```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
BRIAN BURKE,
                              Plaintiff,     07 Civ. 9983(PKC)(DFE)

            - against -                      MEMORANDUM AND ORDER

                                              This is not an ECF case

SOLOMON ACOSTA; and
FASCORE/GREAT WEST [also known as
GREAT WEST/FASCORE]; and
MTA/NYC TRANSIT AUTHORITY,
et al.,
                              Defendants.
------------------------------------------x
```

DOUGLAS F. EATON, United States Magistrate Judge.

    1. District Judge P. Kevin Castel has referred this case to me to conduct general pretrial supervision. This means that I will rule on pretrial scheduling and discovery, but any dispositive motions must be addressed to Judge Castel.

    2. The initial complaint was filed on filed on November 9, 2007. By Order dated November 16, 2007, Judge Castel warned plaintiff that he must complete all action needed for formal service of the summons and [amended] complaint upon each defendant within 120 days after the filing of the initial complaint, i.e. by March 17, 2008.

    3. As soon as any defendant has been served, plaintiff must write to me within 14 days to tell me which defendant has been served.

    4. As soon as plaintiff learns the name and address of any attorney who will represent any of the defendants, then plaintiff must call my Courtroom Deputy Helen Lewis at 212-805-6183 to schedule an Initial Case Management conference.

    5. Plaintiff is required to give prompt written notice, to both the Pro Se Office and my chambers, about any change of address. Failure to do so may result in a dismissal of the lawsuit.

    6. The address of the Pro Se Office is Room 230, United States Courthouse, 500 Pearl Street, New York, NY 10007. That Office can provide assistance in connection with the Court's procedures, but it cannot give legal advice.



*[signature: Douglas F. Eaton]*

DOUGLAS F. EATON
United States Magistrate Judge
500 Pearl Street, Room 1360
New York, New York 10007
Telephone: (212) 805-6175
Fax: (212) 805-6181

Dated:      New York, New York
            December 4, 2007

Copies of this Memorandum and Order are being mailed to:

Brian Burke
145 East 23rd Street
New York, NY 10010

Pro Se Office
U.S. District Courthouse
500 Pearl Street, Room 230
New York, NY 10007

Hon. P. Kevin Castel