- - - - - - - - - - - - - - - - - - - - - X
IN THE MATTER OF THE CLAIM OF
BRIAN T. BURKE
        against
SOLOMON ACOSTA & FASCORP/GREAT WEST &
MTA NYC TRANSIT AUTHORITY, ETC.,

- - - - - - - - - - - - - - - - - - - - - X

                347 Madison Avenue
                New York, New York
                December 20, 2006
                10:10 o'clock A.M.


        EXAMINATION UNDER OATH OF BRIAN T. BURKE,
taken by the Attorneys for MTA, held at 347 Madison
Avenue, New York, New York, on Wednesday, December
20, 2006 at 10:10 o'clock A.M.


            JAY DEITZ & ASSOCIATES, LTD.
            3255 Lawson Boulevard
           Oceanside, New York 11572
        (516) 678-0700 (212) 527-0700

A P P E A R A N C E S:

    MTA

        347 Madison Avenue, 9th Floor

        New York, New York 10017

    BY:  CHIN WAH CHIN, ESQ.


    Brian T. Burke, Pro Se

        145 East 23rd Street, 4R

        New York, New York 10010

- Burke -

BRIAN T. BURKE, after having first been duly sworn

      by Bruce Rothman, a Notary Public in and for

      the State of New York, was examined and

      testified as follows:

EXAMINATION

BY MR. CHIN:

      A    I am Brian T. Burke, and I will be

telling the truth, yes, in the affirmative.

      Q    Mr. Burke, my name is Ching Wah Chin,

I represent the MTA at this hearing.  I understand

you sent a notice of claim to us concerning some

matters.  We'll be asking questions today concerning

that claim of yours.  Since I notice that you're

videotaping yourself could you just take off your

glasses for a moment so that it would have a full

view of your face?

      A    Why would I have to do that, I notice

you're wearing glasses and so are you.

      Q    You're wearing dark classes which

means it's covering up your face?

      A    I also have a beard it's also covering

up my face, I'm not going to be removing either one.

      Q    Okay, but you are Brian T. Burke?

      A    Yes.

- Burke -

Q      You live at 145 East 23rd Street?

A      Apartment 4R, yes, New York, New York
10010.

Q      Mr. Burke, I'll be asking you a series
of questions today regarding your claims, and if you
at any time you do not understand a question I would
ask that you tell me that so I could rephrase the
question, is that all right?

A      Yes.

Q      If at any time you don't understand a
question please tell me and I will repeat the
question.  It's important that you understand my
questions, that you answer them as best as you can.
If there is any part of a question that you don't
understand you please will tell me that, is that
okay?

A      Yes.

Q      Please state your name and address for
the record?

A      My name is Brian Thomas Burke, I live
at 145 East 23rd Street, apartment 4R, New York, New
York 10010.

Q      Mr. Burke, do you have an attorney
representing you on this matter?

- Burke -

    A    At this time I do not.

    Q    Have you been known by any other names than what you've just given me today?

    A    No.

    Q    Do you have any nicknames or aliases?

    A    No.

    Q    Before coming here for this hearing did you review any records, notes or anything else to prepare you for your testimony?

    A    I did review some data.

    Q    Such as?

    A    Well, I reviewed this, for instance this Law 1276 where it doesn't have any request for documentation it's just for oral examination.

    Q    Anything else that you examined?

    A    General research on the RICO Acts and past wrongs done by the MTA and ongoing criminal acts done by the MTA management.

    Q    Such as?

    A    Such as violating the education law, practicing a profession without a license the profession being medicine by a sick desk, the crew office which I brought to the inspector general's office as well as other torts including criminal

- Burke -

acts including the instant case here.

    Q     Putting aside the criminal acts
related to the instant case have you brought a
claim, have you filed an official formal claim on
any of these other matters you discussed?

    A     I did grievances on one of them.

    Q     Which one?

    A     The, about the sick desk and the Class
E felonies, ongoing felonies being performed at
management's instructions.

    Q     When do you claim these incidents
occurred?

    A     Ongoing, I don't know whether, the
start date, certainly since I've been working at the
MTA.

    Q     Do you have, when was the grievance
brought, when did you bring your grievance?

    A     2005.

    Q     Who did you submit that grievance to?

    A     I did a proper grievance through the
union and labor relations and management.

    Q     Do you know the resolution of that
grievance?

    A     No, they refused to answer it even

- Burke -

though they've gone way over time and it's supposed

to go to an arbitrator if they do answer, they seem

to figure that not answering it is the same as

winning a case.

     Q     Any other filings or formal complaints

or written complaints that you have submitted on any

of these issues?

     A     No, just discussions with union

members and others about corruption and other

criminal acts by MTA management.

     Q     What is your date of birth?

     A     9/13/61.

     Q     Where were you born?

     A     Chicago, Illinois.

     Q     Have you ever used or listed another

birthday?

     A     No.

     Q     Do you have a Social Security number?

     A     Yes.

     Q     What is your Social Security number?

     A     Is this going to be a public record, I

just want, I have a problem with possible identity

theft putting my Social Security number on public

records.

- Burke -

Q    If you prefer you could write it down
on a sheet of paper and pass it over to me so it's
not on the transcript, it's just to confirm that
we're looking at the right --

A    That's an excellent idea, thank you.

Q    Thank you.  Where are you working now?

A    I work for MTA New York City Transit
Department of Subways Rapid Transit Operations B
Division --

Q    What do you do there?

A    District 4.  I'm a train operator.

Q    How long have you been working there?

A    Just under six years.

Q    In that specific position or with the
Transit Authority?

A    Always in that position as a train
operator.

Q    And you've been working as a train
opertor for six years with the TA?

A    Just under six years, yes.

Q    Where were you working before then?

A    I was working for the Department of
Census, I mean, excuse me, Department of Commerce
Bureau of Census.

- Burke -

Q    How long were you working with them?

A    Well, I was working there in various episodes as it were, the first time it was in 1993, I worked with them for during the year 2000 and during the year 1999.

Q    Was this a permanent position or was it part-time?

A    No, it was part-time more or less, it was a temporary positions.

Q    Did you have any full-time positions before the Census in 2000 or 1999?

A    I was working in a management consulting firm Peter Vanilla & Associates I believe in both those years but I don't know, I don't know what time period you're talking about.

Q    I just wanted to know the last full-time job you had before the Transit Authority, that was it?

A    Yes, those would be the last two.

Q    Where was that located?

A    Which one?

Q    The management consulting?

A    That was in SOHO, I don't recall the address, on Broadway was the last address.

- Burke -

Q    How do you spell that name?

A    Actually I think they might have changed their name is PVA now, PVA International, PVA International I believe.

Q    What did you do there?

A    Administrative assistant.

Q    How long were you there?

A    Off and on, what is it, two years, I don't have the information on me.

Q    About two years?

A    Yes.

Q    Is there a specific train line that you're operating trains on?

A    Yes, my pick job is 307 Extra North, I work on the A and C lines primarily, I'm also available for L lines and occasionally J and M.

Q    Roughly when is your shift?

A    P.M.'s, always P.M.'s is my pick shift starting work from noon to 10 P.M.

Q    Is there any claim for lost earnings in that matter?

A    I do not think so, no, not at this time unless I was to be terminated for bringing suit then it would be lost earnings which has been

- Burke -

alleged.

     Q    Who alleged that?

     A    By Mr. Kapoor of the inspector general's office, I wasn't allowed to tape my conversations with him on this matter but it was brought up, he brought that up in fact.

     Q    When you say tape your conversations on the matter, what conversations?

     A    I asked to tape it, as obviously you did generously allow me to tape this I asked to tape my discussions with the inspector general's office regarding criminal activity in this matter and they declined that offer and so the discussion was somewhat off the record, discussions plural.

     Q    Now, you brought a claim that states unlawful conversion of plaintiff's 457 account?

     A    That's correct.

     Q    What did you mean by that?

     A    I have a 457 account I've had for, since 2001 and as well as a 401-K, and my best understanding is that this Mr. Solomon Acosta who claims, who may in fact be what's called a plan administrator, I can't say exactly what that title means or what he's empowered to do, but he

- Burke -

apparently has frozen or converted or blocked my

account from taking lawful disbursement or loan for

the purchase, to complete the purchase of my primary

residence that I believe that he's attempted to

cause a default on my residence, the residence is

valued I put in the records there approximately a

million dollars, with the equity and the deposit as

approximately half a million dollars, and I did put

a claim in for duress and mental stress for another

half million dollars to round it out to one million.

     Q     Before your interaction with Mr.

Solomon Acosta concerning this matter did you know

him beforehand?

     A     Absolutely not and I still don't know

him, I've never met him.

     Q     The address that you, the home address

you gave how long have you been living at that

address?

     A     Since 1989, 17 years.

     Q     This is an owned residence?

     A     It's a, no, rent-stabilized studio

apartment.

     Q     So you have no equity in this

particular apartment that you live in?

- Burke -

Q    Absolutely none.

Q    This is your residence?

A    Yes, at this time.

Q    Do you have any other residences?

A    I have a residence that's being built in Las Vegas.

Q    The apartment that you're living in presently do you know whether it's on the market, if you know?

A    What do you mean?

Q    Is it being sold, is the building being sold?

A    The building, no, not to my understanding, no.

Q    Do you have a driver's license?

A    Yes.

Q    Is the same address you've provided me on your driver's license?

A    Yes.

Q    How long have you had your driver's license?

A    This driver's license I had awhile, you know, you know, I don't know what year, '91, something around that, 1990.  I also had a license

- Burke -

when I lived in California.

    Q    When was that?

    A    In the 1980's, 1970's, 1980's to '85.

    Q    What was your name on the California license?

    A    It would have been the same, I don't have, it would have been either Brian Burke, Brian Thomas Burke, Brian T. Burke.

    Q    That is the name on your present driver's license?

    A    Burke, Brian T.

    Q    Mr. Burke, do you vote?

    A    Yes.

    Q    Do you vote -- where do you vote?

    A    I vote in fact in my residence, they actually have the voting machines in the residence in the lobby of my building.

    Q    Do you know who is your state representative?

    A    The assemblyman just elected his name is Brian, what's his last, Cavanaugh, and the state senate you have me on that one.

    Q    It's okay.  How long have you been registered to vote in that location?

- Burke -

A    Approximately around 1990.

Q    Since 1990?

A    Approximately, I think, I can't tell you the exact date.

Q    Now, this in Las Vegas is this built?

A    No, it is not it, it shouldn't be built as I understand to actually the beginning of 2008.

Q    I understand from what you said before that you wanted to take out a loan from your 457 account, is that correct?

A    I did and I do.

Q    What were you going to do with the loan?

A    I was going to pay the second part of my deposit, the second 10 percent of the deposit and I was counting on the money to complete the purchase as far as the deposit requirement.

Q    This is the deposit requirement for which building?

A    The Trump Las Vegas condominium project.

Q    Do you have an address for that location at this point in Las Vegas?

- Burke -

A    I didn't bring it with me, I gave, I
don't know if it was Mr. Acosta, it was actually a
Ms. Margarita Hahn I sent a 50 page contract plus
one page showing the date, the exact date the money
was due and where if it wasn't paid I would go into
default and lose the property which was I believe
September 7th.  They had the 50 page contract which
was all of my information and I obviously I believe
way way way more than they were entitled to for me
to have access to my own money.

Q    Could you repeat that last sentence?

A    I said way way way, I don't know how
many ways.

Q    I meant what was it referring to?

A    Access to my own money, this is my own
money, the 457 is money I already earned and I
contended and do contend it's been illegally seized
by Solomon Acosta in conjunction with Fascorp/Great
West and MTA New York City Transit to my detriment.

Q    I'm sorry, could you finish that?

A    To my detriment.

Q    Have you received any notices of
default on that Las Vegas property?

A    No, I did not default on it as of yet,

- Burke -

obviously I still have to obtain a mortgage which I
suspect I will also be interfered with. I did not
default certainly to no help of MTA and Mr. Acosta,
my understanding is my 457 is still blocked, I had
to get a general disbursement loan from my 401-K
which Fascorp did for me. I did threaten them with
an injunction and an order to show cause in federal
court so they did release some moneys from my 401-K
but not my 457. It was a general disbursement loan,
and it's a great difference because it's a five-year
loan and such a large amount of my check is being
taken from this that I won't be able to obtain a
mortgage which I believe is the whole plan here.

     Q     The plan, which plan?

     A     The plan to cause me to default on
this property and have it go back to Trump and
what's possibly some considerations to Mr. Acosta
and company.

     Q     So no part of the loans that you were
interested in have anything to do with your East
23rd Street address?

     A     Absolutely not, no, though of course I
do owe rents ongoing so I have an obligation there
so, you know, money being fungible obviously I had

- Burke -

to take some of the moneys that I would need for my

ongoing rents to squeeze my money supply greatly.

     Q     Are you behind in your rent at this

moment?

     A     Well, I'm in court with my landlord at

this moment so I guess you could say yes.

     Q     When was the last time you paid your

landlord for rent?

     A     Well, let's see, I lost a case to him

beginning of the year, I paid him in February I paid

him 15,000.

     Q     That had some component of back rent

in it?

     A     Yes.

     Q     What is your, is it a monthly rent

that you pay him?

     A     Yes.

     Q     What is the monthly rent you pay him?

     A     $704.

     Q     Are most of your belongings at that

location at 23rd Street?

     A     Yes.

     Q     Do you have any belongings, personal

belongings or other assets that are located out in

- Burke -

Las Vegas?

     A     No, I haven't moved to Las Vegas yet because it hasn't been built so the condominium is somewhere in space right now and I would be unable to store my property there.

     Q     What do mean in space?

     A     Well, I don't believe they're at that floor yet even, it's on the 48th floor, and they're about the 20th floor.

     Q     Were you planning to move to Las Vegas at one point?

     A     I'm still planning to move to Las Vegas obviously this is being interfered with.

     Q     When are you planning to move to Las Vegas?

     A     Obviously it would be sometime after certificate of occupancy is granted on my residence. I also hope to obtain employment out in Las Vegas.

     Q     So you envision leaving New York City?

     A     Absolutely.

     Q     But this is at some point in the future that you're leaving New York City?

     A     Well, obviously if I was to go in default on this property, etc., due to the actions

- Burke -

of Mr. Acosta and company I wouldn't be able to do
so.

    Q     What is the monthly maintenance on the
location that's being built in Las Vegas, if you
know?

    A     I don't, it's in the contract
certainly, I don't know, they wouldn't give you a
copy of this, you know, there's a great deal of
material being held by Fascorp and Margarita Hahn
and Mr. Acosta regarding this issue.

    Q     Do you have a general idea of what the
monthly maintenance would be?

    A     I do not recall, no.

    Q     Do you have an idea whether it would
be more or less than what you're paying for rent
right now in New York City?

    A     I would just, well, there's two
different, there's two components, are you talking
about the mortgage or are you talking about just the
condominium common fees, there's two?

    Q     The common fees?

    A     I wouldn't even guess, I don't know, I
have it written down, but.

    Q     What was the overall mortgage that you

- Burke -

need to get for the Las Vegas property?

    A    It would be for, let's see, the property was 710,000 minus the 20 percent I already paid so, you know, we're talking what, approximately 500,000 I believe, a little bit less -- no, was it more, I have to do the math on that, in that area, well, 470,000.

    Q    Have you made any preparations to leave New York City at this moment?

    A    You have to define what you mean by preparations, counselor?

    Q    Other than purchasing or this transaction in Las Vegas for the condominium have you done anything else to prepare your eventual move to leave New York City?

    A    Such as what, what do you mean prepare, like call like up a mover or something, what do you mean?

    Q    Movers, put in storage?

    A    Buy airline ticket?

    Q    Yes, anything like that?

    A    No, I've just been researching job opportunities and just researching Las Vegas in general get information on the city.

- Burke -

Q       When did you first sign the contract
for that purchase in Las Vegas?

A       When was it, end of 2005 -- wait, it
would have been the beginning of 2005.  Well, that's
the thing there was, it was an initial deposit of
10,000 but as you define contract it would have been
last summer, yes, I believe, yes, the actual
contract there was a down payment, initial down
payment before that but it wasn't a contract as
such.

Q       Other than with your pension accounts
here at the MTA or in Fascorp did you apply for a
loan anywhere else?

A       No, I did not, I was under the
understanding, and I knew a year before I would need
this money, and of course I had most of the money
outside of the account I knew I was going to need,
actually I wanted to take out 50,000 which was the
maximum I could take out and I knew that this was as
of right this was my money, I presumed, obviously
incorrectly, there would be no difficulty, I didn't
see any need to take out a loan when I could quote
borrow unquote my own money which I of course was
leaving voluntarily in these accounts and I thought

- Burke -

they were secure and, you know, for my interests so
I didn't question it, and when the time came I was
actually told I would get the money, I was even
given a confirmation number, and I was waiting in
the mail for the money and after the money never
arrived and hundreds, approximately a hundred phone
calls to Fascorp I was finally told this individual,
Mr. Acosta with perhaps some attorneys in the
general counsel's office here at the MTA were, had
frozen my account and blocked my disbursement
causing me great distress.

    Q    Who told you this?

    A    A number of people, all my calls to
Fascorp I understand were recorded, I would
certainly like a copy of those if you are able to
obtain copies of those calls, you know, I'm asking
at this time on the record that I also be allowed to
obtain copies for any eventual lawsuits that arise
out of this issue.

    Q    And I'd also appreciate a copy of the
tape after you get a chance to duplicate it that
you're making of this session?

    A    Absolutely.

    Q    Do you have any specific names of

- Burke -

individuals you spoke to?

     A     Well --

     Q     Concerning this matter?  I assume
these were conversations on the phone?

     A     Right, I don't have it with me.  Well,
you know, there are so many different people I
talked to, I was calling them, you know,
approximately 20 times a day for, you know, days in
a row, you know, obviously trying to get my money
because I saw this was some kind of scam to make me
to default on my property to lose, you know,
hundreds of thousands of dollars and, you know, I
wanted to make sure that I availed myself of every
opportunity to obtain access to my money.  I wasn't
aware, you know, obviously I was dealing strictly
with Fascorp/Great West for all this time, I wasn't
aware of any authority and I still do not recognize
any authority that this Mr. Acosta or the MTA New
York City Transit has over my money anymore than my
money which was directly deposited in Presidential
Bank is somehow under the authority of the Transit
Authority, I do not, I believe this conversion is
illegal as you may refer to it freezing, converting,
blocking whatever the exact definition of the status

- Burke -

of my account is.

    Q    Is there any claim that your funds outside of the 401-K and the 457 have in any way been interfered with?

    A    Other than --

    Q    You mentioned Presidential Bank?

    A    No, in the same way that my money is deducted out of my check for the 401-K and 457 it goes to Fastcorp my money is deducted and goes to Presidential Bank, these are different accounts I have with different corporations and I don't recognize any authority the MTA would have over already earned moneys that I would deposit in any type of financial institution obviously, and perhaps that's a matter of controversy it will have to be settled in federal court.

    Q    Just so I understand, the Presidential Bank is where you have your salary regularly sent?

    A    Part of my salary, I consider it all of my salary, some is obviously tax deferred in the 401-K, 457, and the others go to a demand account at Presidential Bank, other parts go to insurance, taxes, etc., also to pay back this loan.

    Q    Were you offered any literature

- Burke -

concerning the 401 and 457 accounts when you first
signed up on it?

    A    Well, that's interesting because I
first signed up on it it wasn't with Fascorp/Great
West it was with Prudential, and I don't know that I
had a copy of the contract, I assume there may have
been some type of contract either implied or in
writing with them, I do not know that I have ever
came to any agreement with Fascorp/Great West or
that I was asked to approve of this move over to
Fascorp, and I do suggest and I did suggest that
there was some considerations apparently between
Fascorp and Mr. Acosta and whoever else with the MTA
signed this contract with Fascorp allowing these
individuals to have control over peoples' accounts.

    Q    You said it was your view that that
was the situation, do you have any evidence of that?

    A    Well, I haven't been able to obtain
whatever agreements or contracts of yet either oral
or written or the considerations involved between
MTA New York City Transit and Fascorp why it was
moved from Prudential and what legal or illegal
considerations were paid to Mr. Acosta or anybody in
the general counsel's office of the MTA.

- Burke -

Q    Now, just so I'm clear was the loan you're requesting -- I'm sorry, did you receive any loans from the pension account?

A    Yes, I received one loan from my 401-K a general, what's called a general loan where basically if you fulfill the requirements of not having any outstanding loans that it's up to half the amount in your account, I believe up to, up to 50,000 you are allowed the loan with no exceptions, there's absolutely no possible reason for them to block it at all, and it's up to five years and this was the one I had to take because I wasn't allowed to take a loan for my primary residence which was the whole reason for the loan, I wasn't allowed to take any loan from the 457, apparently it is still blocked to this day, for any loan even for the general disbursement loan which is of course what I consider that a criminal act in violation of any alleged contracts that exist.

Q    Sitting here today do you have any idea of what the amount is that's in your 457 account?

A    What the amount is, it's approximately, what is it, approximately 60,000.

- Burke -

What did I put on the claim?

    Q    Do you have an idea sitting here today how much was in your 401-K account?

    A    Approximately the same.

    MR. CHIN:  It's kind of stuffy in here could I open the door?

    MR. BURKE:  Absolutely.  Let me check my thing.

    MR. CHIN:  So the record could show that Mr. Burke examined his camera in the interim.

    Q    Did you ever request any other loans from your 457 account?

    A    I don't know, it depends what you mean by request?

    Q    Had you ever received a previous loan from your 457 account?

    A    No.

    Q    Do you have any loans out on your 457 account at all?

    A    No.

    Q    How many loans do you have out on the 401-K account?

    A    One.

- Burke -

Q        This is the present one you told me

about --

A        Yes.

Q        That you took about 25 out?

A        Yes.

Q        The general purpose loan?

A        Yes, general purpose loan.

Q        Now, how do you come to know the

difference between the general purpose loan that you

took and the mortgage loan that you were requesting?

A        Mostly I did this through the web

site, they have a web site, what is it, Fascorp.com

or something like that, I don't have that

information but I applied through the web site, and

I guess that was pretty much it.  Then I called,

there was some initial problem when I first applied

for the 457 and I called, who was it, well, I called

Fascorp and then I spoke with I guess a Margarita

Hahn, and I sent a copy, it was a copy of course of

my 50 pages approximately contract plus as I said

the one page letter showing when the money was due

and when I would be going into default if I did not

have all of the money in Las Vegas a certified

check.  And so I sent that to them and then I was

- Burke -

told the loan was approved as I expected it would

and then I would receive, and it would be sent by I

believe it was FedEx to my residence a $25,000 check

for this primary residence. And after several days

I didn't receive it, and obviously it was still, you

know, several weeks away but I was still getting a

bit stressed about it and I started making phone

calls and getting very little information from

Fascorp and trying to escalate it up to management

and so on, numbers of calls, and eventually I found

this name Solomon Acosta and they wouldn't give me

his direct phone number, we were dealing through

second and third parties, some kind of bizarre, you

know, I don't know if it was phone tag or some other

weird construction of, you know, how you conduct

business, it was apparently some secret person with

some secret number. I eventually did get his

number, and I called him, we had one brief

conversation which did not go well, he apparently

hung up on me.

     Q     Who was this individual?

     A     Solomon Acosta.

     Q     Who did you actually speak to who told

you the check was going to be on its way the time

- Burke -

you said that you would be receiving it by FedEx?

         A      I had the name of the individual, it's

all, it's on tape from Fascorp, they said, and I

asked them specifically I tried to get through to

the president of Fascorp/Great West they wouldn't

let me to talk to him, some woman named Peg Lawford

I believe, she was about the highest person I would

even think of getting in contact with and she wanted

to do it all in writing, so I wasn't able to, and I

didn't think I had the time to deal with this in

writing or that it would accomplish anything of

course, and so I spoke with, you know, various

managers, they have two offices apparently in

Colorado and Wisconsin, you know, I spoke to

innumerable dozens of different people at

Fascorp/Great West.  In fact they sent me a cease

and desist letter to cease and desist from calling

on this matter I called that many times, and I

certainly admit to whatever times, approximately a

hundred times in order to obtain access to my moneys

and allow me to complete the purchase of my

property.

         Q      Now, at the time that you requested

this loan, the loan from the 457 account that you

- Burke -

said was turned down --

     A     I don't know what you would call turned down, blocked, frozen.

     Q     That you did not receive?

     A     I did not receive it, no.

     Q     At that time where were you living?

     A     I was living at my current address 145 East 23rd Street.

     Q     Same address you just gave --

     A     Yes.

     Q     Previously.  And at that time had you made any preparations to move to Las Vegas?

     A     Again, you know, I need clarification what you mean by preparations?

     Q     Any preparations at all, describe the preparations at that time that you had done?

     A     My preparations were and are ongoing just like anyone else would make for, you know, a move to a different location that was, you know, in whatever time in the future there would be just general research about Las Vegas, about the job markets, generally focusing on as a college graduate of possibly being a teacher or obviously, you know, as well as taking, you know, my experience as a

- Burke -

train operator, become a train engineer possibly out

west these were two career options I was

considering, but I was open to also doing some

perhaps, you know, some business as well, you know,

again that's a very vague question what

preparations, I'm trying to answer your question

but, you know, unless you just want me to ramble

about what my preparations were I don't know what

else I could add to that.

     Q     I'm sort of hoping that you could tell

me if you had any examples of specific steps that

you took to prepare for a move to go to Las Vegas at

that time that you requested a loan from your 457

account?

     A     Well, these steps were ongoing, even

before I agreed to purchase the property I was

considering moving for quite some time.  I lived in

New York City for just about 20 years which is much,

much longer than I lived anywhere else, I have lived

in a number of locations including out west, I lived

in Los Angeles, I went to college there, and, you

know, New York City is a great city but it's not the

only one, and I have considered and considered

ongoing moving and this opportunity arose.  My

- Burke -

family also purchased property out there and so, you

know, maybe possibly my family would be moving there

as well, and obviously this blocking of my ability

to move to my property or I guess you're implying I

have to prove that I am going to be moving there

somehow by making some specific preparations, you

used the word preparations without really defining

it, I don't really know what, you know, what you

mean, preparations could mean anything, you know,

mental thought preparations or just imagining myself

in another location I don't know.

     Q     That would be fine as well?

     A     Well then that is fine, you know, I

possibly may be considering.

     Q     In terms of describing what

preparations if that's the amount, the extent of

your preparations that's what I would like to know

about?

     A     You know, I'm not really as maybe as

formal of a person as other people, you know,

taking, you know, writing down specific steps taking

when they move, you know, I don't have a great deal

of property, I have a small apartment unfortunately

not much bigger than this room, you know, I don't, I

- Burke -

wouldn't, it wouldn't take a great deal of
preparation anyway, I probably would just donate my
property which is really nothing that's really too
worth, you know, worth too much money and I would
move pretty much with my clothes but, you know, even
that might go, it's a lot warmer there obviously
some clothing I wouldn't need, mostly the
preparation was, you know, researching different
career options in looking into applying, I know the
job market there is supposed to be very good
specially a big demand for teachers and so on.

Q      Anything else?

A      If you could be more specific, you
know, if you had a more specific question I could
try to answer it, you are just asking a very general
vague question and apparently implying you demand a
specific answer I don't know that anybody could do
that really to be accurate.

Q      It's whatever preparations you had, it
is an open-ended question?

A      Well, that's maybe a polite way, I
think it's a vague question.

Q      You mentioned some of your family have
property out there?

- Burke -

        A      That's correct, they also purchased
property there.

        Q      Who are your family members you're
referring to?

        A      My brother, my mother and my sister.

        Q      What is your brother's name?

        A      Kevin Burke.

        Q      Your mother's name?

        A      Kathleen Fitzgerald.

        Q      And your sister?

        A      Kelley Ann Burke -- no, Kelley Ann
Church, I'm sorry.

        Q      Where do they live presently?

        A      My brother lives here in New York and
my sister lives in Colorado and my mother she''l be,
she lives in California but she'll be moving to Las
Vegas.

        Q      When is your mother moving to Las
Vegas?

        A      On the completion of the property.

        Q      Has she bought the same condominium in
the building as the one that you placed a deposit
on?

        A      That's correct, a different floor.

- Burke -

MR. CHIN:  Let the record show Mr.

Burke just examined his camera again.

Q        Did your brother purchase property

there as well in the same building?

A        Yes.

Q        In Las Vegas?

A        Yes.

Q        Different floor?

A        Yes.

Q        And your sister as well?

A        Yes, I believe for my brother and

sister they would be considered second homes, I

don't know they are going to be moving to Las Vegas,

they are both married, and, you know, my sister has

children and my sister lives outside of Denver,

Colorado.

Q        Can you describe the type of

condominiums these are in Las Vegas?

A        I don't know, the one I bought, I

think my mother bought a one bedroom but I really

couldn't afford it so I bought, it's a, you know, I

have a studio apartment now but this is a larger

studio apartment obviously with a tremendous view

apparently so I'm told it will be of Las Vegas

- Burke -

strip.

     Q     And your brother and sister do you know what type of condominiums they are investing in?

     A     I believe, did they both buy one bedrooms, I believe so.

     Q     How many children does your sister have?

     A     She has one child actually and a stepchild.

     Q     These are minors?

     A     Yes.

     Q     And your brother does he have any children?

     A     No, he's married without a child.

     Q     But of your family only your mother was planning to move to Las Vegas?

     A     Is planning, yes.

     Q     Is planning?

     A     The others, you know, presumably will visit us whenever they can.

     Q     Do you own a car?

     A     No.

     Q     Do you own any real property in terms

- Burke -

of real estate property, apartments, condominiums,
land?

     A     Just this property.

     Q     In Las Vegas?

     A     Yes.

     Q     Did you take out any, did you have
withdrawn from your 457 account any moneys during
this year, 2006?

     A     I never had any withdrawals at all at
any time any year from the 457 account.

     Q     How about your 401 account?

     A     Other than this one general
disbursement loan I did manage to obtain at the end
of August of 2006 I had no other disbursements or
loans or whatever you want to refer to them.

     Q     You stated in your notice of claim
interference with prospective economic advantage?

     A     That's correct.

     Q     Is this in reference to the purchase
of the Las Vegas property?

     A     That's correct.

     Q     Is there anything other than that
purchase, other than that economic advantage you're
referring to?

- Burke -

     A     That would be the main, the main part
of that obviously, other than that by interfering
with my purchase obviously it is interfering with my
moving to Las Vegas, so obviously any other economic
advantage I would obtain from moving there would
also be lost to me but primarily it would be
involving the residence, yes.  Obviously I'm talking
as much about the equity in the property I've
already built up it's apparently a higher value than
the actual purchase price at this time.  They have
been selling other identical condominiums for a
million dollars and up.  They built another building
or they are going to be building another building
alongside what they sold the same properties for
that price so obviously I do believe I have strong
ground to stand on when I suggest that the value of
the property.

     Q     I'm just going to go through the items
on your claim?

     A     Absolutely.

     Q     Attempt to cause default on
plaintiff's primary residence, what are you
referring to?

     A     Again, the condominium, the Trump Las

- Burke -

Vegas property.

Q      And you referred to fraud, what aspect
are you referring to there?

A      Well, fraud obviously that could take,
you know, many avenues potentially of fraud.
Obviously I believe it's illegal seizing of my
account, that even the alleged authority for this
Mr. Acosta and the individuals in the general
counsel's office, Margarita Hahn and Fascorp to
freeze my account is an element of fraud I believe,
I believe it would be a violation of any contract
and as well as any fiduciary responsibility which is
presumably for a plan administrator to act in the
interests of the plan holder which would be me, and
obviously to cause me to default I would contend in
court is not acting as my fiduciary.

Q      Anything else on the issue of fraud?

A      Well, you have to be more specific I
think on that.

Q      Any other things that you're referring
to when you mention fraud?

A      Basically all actions or inactions by
people, the people named as far as what they did or
didn't do including actions or inactions that I'm

- Burke -

not yet aware of, obviously I think there was a

great deal of work behind the scenes including

obviously as I suggested before possible

considerations between Fascorp and Solomon Acosta

and other individuals, MTA employees and

non-employees involved in any oral or written

contracts between them with or without consideration

which is against the interests of plan holders in

general and myself specifically.

     Q     Anything else?

     A     Again, you know, that goes to, you

know, obviously discovery and so on other, you know,

disclosures on the part of the other side, the other

parties would allow me to be more specific as far as

what types of fraud.

     Q     You mentioned tortuous interference

with contract?

     A     Correct.

     Q     Could you describe what you're

refering to?

     A     Well, I believe, I guess I think to me

anyway it seems to be somewhat self-explanatory, I

believe there was a tortuous interference, and

obviously as an attorney I believe you would be

- Burke -

somewhat aware of the term, I'm not an attorney

myself, so I don't know if it's right for me to

define the terms, you know --

    Q    Whatever you understand it to be, sir?

    A    Well, obviously, you kno, I have a

contract, an outstanding contract for this

condominium and I believe the actions or inactions

of the parties mentioned in the notice of claim as

well as possibly others tortuously interfered with

this contract to my detriment and possibly I believe

to their gain, potential gain which is the element

of fraud as well.  It goes, there could be some

agreement with the developer or some individuals

within the development because if I'm going to

default they would own the property and they would

gain approximately half a million dollars in the

equity so obviously there could be some illegal

agreements between the parties, Mr. Acosta and

company and the plan and the condominium developer

potentially in order to have this property convert

to other ownership.

    Q    So the contract you're referring to is

the contract to purchase the condominium in Las

Vegas?

- Burke -

A    To complete the purchase, yes, and --

Q    Anything else?

A    Well, there's other --

Q    Concerning the tortuous interference
with contract?

A    Well, obviously I did mention I
haven't been given any copies of other contracts,
but other contracts that I'm interested in which may
or may not be involved in are any contracts between
Fascorp outstanding and the Authority alleged or
actual contracts, legal or illegal contracts.

Q    When you're saying the Authority
you're talking about New York City Transit
Authority?

A    That's correct, or Mr. Acosta
personally, New York City MTA New York City Transit
obviously as I mentioned there was a changeover from
Prudential which I don't know but, you know, I can
believe that Prudential being perhaps a more
professional organization and perhaps not giving the
correct considerations to Mr. Acosta is more
involving his potential seizure of accounts they
were changed over to Fascorp and there's apparently
some outstanding agreements between Fascorp and

- Burke -

individuals who work for the MTA.

Q    Do you have specific -- sorry, did you finish, do you have anything more to add?

A    Well, just that I would like to have access to those contracts, if I am party to those contracts I should be allowed to review them, all contracts and all negotiations involving those contracts.

Q    But you don't have any specific contracts in mind when you're referring to those side agreements you're talking about?

A    I do but I do not have actual possession of the contracts but I cannot imagine there is not outstanding contracts between Fascorp and MTA New York City Transit.

MR. CHIN:  Let the record show that Mr. Burke placed in a new tape.

Q    Was there anything else that you wanted to add to the reference to tortuous interference with contract?

A    Well, obviously the main thrust was the tortuous interference with my contract, my specific contract to complete the purchase, to purchase the Trump condominium, but I did mention

- Burke -

those other contracts as well that I do not have
access to.

    Q     You also referred to conspiracy to
induce breach of contract?

    A     That's correct.

    Q     Is there anything in this reference
that you have not already discussed?

    A     Well, obviously maybe the operative
word in that sense would be the conspiracy is
obviously involving more than one person, I'm
absolutely alleging that this is conspiracy
involving more than one person. I did name Mr.
Solomon Acosta, I believe also Margarita Hahn has
some relations, you know, obviously business
relations with Mr. Acosta and apparently, again I
guess it would be somewhat hearsay I was under the
impression that Mr. Acosta was in consultation or
under the authority of an individual in the general
counsel's office, one or more individual attorneys
who advised or ordered or allowed or were noticed of
this activity or inactivities by Mr. Acosta in
violation of his fiduciary duty as well of his job
description and of the law.

    Q     Other than what you've just described

- Burke -

is there anything more you would like to add to your
conspiracy reference?

    A    Well, obviously any conspiracy
involving any illegal considerations or transfers of
value with regard to any contracts between Fascorp
and Mr. Acosta specifically and the Transit
Authority in general as to why it went from
Prudential to Fascorp and what, as I said, illegal
or illegal considerations or access to accounts as
well as rights to freeze peoples' accounts mine
and/or others.

    Q    Anything else?

    A    The one regarding to the conspiracy
aspect?

    Q    Yes?

    A    Well, obviously that would be
something that would, you know, have to be proven, I
would need access to, you know, obviously documents
and possibly depositions of the individuals involved
as well as access to any phone calls, taped phone
calls, meetings, memorandums and so on between
Fascorp/Great West and MTA New York City Transit
including but more specifically general counsel's
office.

- Burke -

Q      Anything else?

A      Not at this time.

Q      You refer to a negligent

misrepresentation as fiduciary?

A      That's correct.

Q      What are you referring to there?

A      Well, my understanding is Mr. Acosta

or if he is actually the plan administrator and

whatever or whatever other titles he's assuming, a

plan administrator has the primary job description

as a fiduciary for plan holders and obviously this

gets into, you know, a description or a legal

description of what fiduciary is, what I'm given to

understand the individual who acts in the interests

of, financial interests of and obviously I don't

think that freezing my account or seizing or

converting it and attempting to cause a default on

my home is acting as my fiduciary, again that would

be something for a jury to decide I guess.

Q      Anything else?

A      Well, I guess more generally any other

individuals who have the legal description of

fiduciary within Fascorp or the Authority.

Q      Anything else?

- Burke -

A        If any of the attorneys are involved,
I don't know that they are or are not required to
act as fiduciaries in this instance.

Q        Anything else concerning negligent
misrepresentation as fiduciary?

A        No.

Q        You also mention negligence, just
negligence by itself is this any --

A        Negligence would be more broad
obviously than with the fiduciary because perhaps
not all people involved were necessarily fiduciaries
as I mentioned including various attorneys involved,
employees of Fascorp who may not be in a fiduciary
position.

Q        But the specific acts involved would
be the same as what you described previously for
negligent misrepresentation or something else?

A        No, that would be, well, obviously
we're dealing with both what's known and unknown, we
know or I know what they did and didn't do in regard
to obviously disbursing my loan, obviously what went
on behind the scenes, you know, as of yet obviously,
you know, as far as the question of evidence
obviously I haven't gone to great lengths in

- Burke -

gathering that evidence, you know, it's an ongoing

process obviously I have filed, you know, suit, and

so ongoing through that process but so, you know, I

wouldn't have anything more to add at this time

about negligence, no.

     Q     You referred to civil conspiracy, is

this any, is this separate from the conspiracy to

induce breach of contract that you described

earlier?

     A     Well, the civil conspiracy, obviously

I'm alleging conspiracy involving more than one

person, again this would include Mr. Acosta,

Margarita Hahn and any attorneys who did in fact

advise or order whatever Mr. Acosta as well as

involved in any illegal contracts between Fascorp

and MTA New York City Transit as I mentioned either

oral or written, any illegal considerations and

obviously generally involved with this case.

     Q     Anything else?

     A     Well, at this time obviously not

having gone through discovery, etc., you know, any

disclosures, mandatory disclosures under federal

law, you know, this case has not quite been

developed yet so I can't, you know, fully encompass

- Burke -

what all the conspiracies that allegedly or did

occur or are occurring ongoing.

    Q     But other than --

    A     Or in the future.

    Q     But other than what you described so

far that's all you're aware of at this moment?

    A     Well, obviously, you know, we're

talking to implied what seems to be the case as far

as conspiracies or what, you know, actually that I

know has occurred, you know, these obviously might

be two different things, you know, you know, I

currently deal with logic and my admittedly lack of

information, obviously information has not been

disclosed to me at all so obviously, and it's not

surprising that I would be outside the loop of the

conspiracy as I'm the victim of it or one of the

victims, potential.

    Q     So at this moment do you have anything

more to add to your description of the civil

conspiracy that you referred to in your claim?

    A     Well, obviously I don't know if you're

getting to the last part the RICO Acts, obviously

RICO includes predicate felonies a number of

obviously I'm somewhat aware of, you know, the law

- Burke -

with regard to the RICO Acts and, you know,
obviously I'm contending there's sufficient cause to
be covered under the RICO Acts and possibly civil
conspiracy in some of these other acts, as a non
attorney of course I might contend that in court
that they would fall under that act so we're talking
about the same and different things at the same
time.

    Q    Okay, let's talk about the RICO Acts
then, what are you referring to in the RICO Acts?

    A    Well, obviously any predicate
corruption involving overall contracts or illegal
considerations between Fascorp and the MTA New York
City Transit, specifically Mr. Acosta and/or any
attorneys, Margarita Hahn, etc., employees of both
corporations or corporation authority named and
unnamed, ongoing predicate felonies that I believe
are covered under the RICO Acts.

    Q    When you're referring to the predicate
felonies what are you referring to?

    A    Such as previously mentioned is
illegal conspiracies and tortuous, well, not just
tortuous acts of course but criminal acts I believe,
and I believe I did mention that I did bring this to

- Burke -

which I understand is not an independent inspector

general's office, I did bring, it's not just to the

inspector general's office I brought it to the New

York City Police Department and I'm considering and

I have considered bringing it to other authorities

federal, state and local that I believe this is not

just civil but criminal acts ongoing.

      Q     Anything else you're referring to when

you're referring to the RICO Acts?

      A     Well, obviously I believe any, you

know, any illegal conversion, seizure, you know, any

financial crimes in general by any conspiracies by

these individuals which again, you know, this is my

claim of course, I understand that this would be

covered under, you know, Racketeer Influenced &

Corrupt Organizations Act U.S.C. 18 1961 through

68 --

      Q     Other than what you've already

described --

      A     Section 36.

      Q     Anything else for the RICO Acts?

      A     Well, obviously it would also bring

in, for RICO Acts any other predicate felonies which

may not even be involved in this case just general

- Burke -

corrupt acts, obviously the MTA as been considered

by some as the most, you know, corrupt agency in the

history of mankind, so I don't know whether that

would become part of the case that would be up to I

guess the judge.

    Q    You also refer to mental anguish?

    A    Yes.

    Q    What are you referring to there?

    A    Mental anguish, obviously specifically

related to attempts to cause a default on my

property and to lose as I said this half a million

dollars in equity and deposit on my property, and as

well as what I mentioned previously, you know, the

tortuous interference, etc., and conspiracies, etc.,

it's an unlawful freezing or converting, etc., of my

accounts caused me a great deal of mental anguish.

    Q    Anything else?

    A    Well, if you could be more specific

maybe I could answer you, it's kind of, anything

else, I guess I'm not an attorney I'm sure that term

is used a lot but I don't know if that would be

considered a question.

    Q    Well, have you ever been treated or

counseled or gotten therapy for any emotional or

- Burke -

psychological matters?

    A    Well, that's a good question,
certainly no I haven't, I wasn't treated with this,
obviously as it's known the MTA, you know, controls
what used to be called the Health Benefit Trust and
as far as I know they have access to medical records
and these are used by people in, you know, for
instance the general counsel's office to get people
terminated I believe illegally and in violation of
civil service law and the contract, and obviously
whatever treatments, you know, I have my own
opinions about I did take a great deal of psychology
even though my degree was in economics and so I have
my own opinions about psychology and psychology,
obviously I feel any so-called treatments I would do
would be used against me and result in my
termination so I decided that in that instance
discretion was the better part of valor and I didn't
seek any medical treatments.

    Q    What is the highest level of schooling
you've achieved?

    A    I have a Bachelor's degree, what do
you call it, a Baccalaureate from the University of
California Los Angeles.

- Burke -

Q    What was your major in?

A    Economics.

Q    Did you have any minors?

A    In psychology and accounting.

Q    When did you graduate?

A    1984.

Q    Other than economics did you have another major?

A    I did attempt to get another degree in psychology but because I applied for the major too late I wasn't allowed to obtain a dual major with that, and the accounting was just a minor, you couldn't major in accounting there so I took all the accounting classes they had.

Q    Have you taken any post-graduate studies?

A    Very briefly at the London School of Economics.

Q    When was that?

A    1985.

Q    Did you complete those studies?

A    No.

Q    Why did you leave?

A    There was problems with renewing my

- Burke -

visa and obtaining financial aid.

    Q    Concerning the treatment for any emotional or psychological matters not only about this incident have you ever received any in the past treatment, counseling or gotten any type of therapy for those matters?

    A    No.

    Q    Are you claiming any emotional injury as a result of this matter?

    A    Well, yes, I mean how do you define emotional injury?

    Q    Well, how would you describe the nature of the injury that you're claiming?

    A    Well, about the maximum amount of stress caused by illegal and tortuous acts that, you know, certainly any individual outside of say jail or being physically tortured could undergo these criminal acts, this attempt to, you know, illegal attempt to cause me to go to default in my home, I mean obviously anybody who attempted to steal someone's home, you know, freeze their major assets illegally it would just be I would believe the general public average individual would undergo a great deal of stress and certainly in that context I

- Burke -

would have to consider myself an average individual.

        Q      Other than what you've already
described, anything else?

        A      Well, the stress is ongoing, because,
you know, even involving this claim and obviously I
contending, is my understanding this account is
still frozen, I'm going to have to still obtain a
mortgage with the amount being deducted from my
check to pay off this five-year loan instead of what
should be a 20-year loan I'm going to have very much
difficulty in obtaining a mortgage and I could still
go into default obviously even though I've already
paid the 20 percent deposit, so obviously the stress
is ongoing. And it was much more concentrated there
at the end of August and the beginning of September
when I had an absolute deadline which was at that
time very near, obviously I passed that deadline but
I haven't yet until I obviously obtain a mortgage
and pay off the full purchase price, you know, I
haven't yet completed the purchase of the property.

        Q      Anything else in terms of the
emotional injury you're claiming?

        A      Well, it would depend, obviously, you
know, it's been told that I'm going to be terminated

- Burke -

from this job because of attempting to seek remedy

and I believe there's perhaps some, you know,

histories involved with that I certainly maybe, you

know, perhaps working in the general counsel's

office you might be aware more yourself of people

who are illegally terminated with or without remedy,

you know, as civil servants under contract,

obviously this deposition I may or may not be

terminated of this act of attempting to obtain

remedy as an American citizen obviously that would

additionally cause me stress of mental anguish, etc.

     Q     Anything else?

     A     You know, unless you are more specific

I can't add to that.

     Q     Have you kept any records or are there

any records of what you've been experiencing

mentally?

     A     No, I don't keep a diary, I never did,

there's never anything that interests me, it seems

if you're someone just talking to yourself and

writing, I try to get, you know, over it, around it,

I try to actually get it more out of my head than,

you know, try to do different things that would, you

know, hopefully relieve some of the anxiety and

- Burke -

stress involved in, you know, being a victim of

these criminal acts but, criminal and tortuous acts,

but, no, I never kept any records.

        Q        Other than our discussion here right

today who else have you told about the mental

problems related to this incident, this matter?

        A        Well, I did discuss in general and

specifically with a number of people this case, more

specifically at the general motorman's meetings as

well as other meetings by the union because I felt

that people should be aware that there's individuals

at the MTA New York City Transit who feel they have

a right to seize peoples' accounts or whether 457,

401-K, presumably bank accounts and so on, and I did

want to add it wasn't part of the claims as of yet

and, you know, obviously you have a right to dispute

me adding any legal aspects to the claim but I

believe it's the Fifth Amendment of the United

States Constitution about, you know, converting or

seizing property that, you know, either with or

without due process, I don't have the amendment with

me, but that it has to be any properties seized by a

government have to be compensated.

        Q        Well, I was more focusing on the who

- Burke -

have you told about your mental problems?

     A    Well, I discussed this in general with
a number of people, as I said colleagues at work and
so on some of who have 457's some who do not.

     Q    Who are these individuals you have
spoken to?

     A    Well, I've spoken at general
motorman's meetings so, you know, where you stand up
and you speak in general, they were very interested
in this case, and there's a motorman's meeting
tonight at 6 I'll be doing it again mentioning this
deposition of course, and a number of people, I
guess it was the chairman of the motorman's
division, Curtis Tate, I don't know if I maybe
mentioned it to the incoming chairman, I believe
he's the chairman or vice-president Steve Downs,
D.J. Smalls, he's a board member, some of the names
of people, a number of people, Richard, in fact
someone mentioned to me I think it was Richard
DeJesus, that's his name, who mentioned to me I
wasn't able to find it but apparently there was a
notice or memorandum put out by the MTA somehow
involving this and he suspected it had something to
do with my case, I was trying to get a copy of that,

- Burke -

if you could I'll get a copy of that they put out

regular, I don't know if you're aware some of it

might come out of this office, some of it may not,

regular memorandums and notices and bulletins go out

to the field, we're supposed to read and we do read

and hopefully, you know, covering different topics,

apparently there was some notice or bulletin

regarding this 457 account or rights of the MTA to,

I haven't read it but it had something to do with

the right I guess to seize peoples' accounts I guess

ex post facto whatever.

     Q    Do you know when this, when you heard

that this memorandum came out?

     A    That's what I was trying to look it up

myself, I believe in October perhaps, early October.

     Q    Of this year?

     A    Yes, certainly I would like to obtain

a copy of that.

     Q    So this general motorman's meeting

this was just, this was an open meeting?

     A    Correct, well, open to any, well,

obviously I guess any union member, only motormen

are really allowed to address generally the meeting,

you know, motormen in good standing.

- Burke -

        Q        This is, which union is this?

        A        The Transport Workers Union Local 100,
it's held at 60 West End Avenue New York, New York.

        Q        Anyone else you spoke to about these
mental problems?

        A        Well, I don't know your construction
of discussing mental problems --

        Q        I'm just focusing, this deals with --

        A        Is this a medical term or legal term?

        Q        This is relating back to your claim of
emotional injury and mental anguish?

        A        Well, probably more that I evidenced
this stress to them in discussing more specifically
the details involving the seizure, you know, I guess
I'm not really the type of personality, you know, to
discuss, you know, as you construct mental problems
with someone else, I don't know that that really
accomplishes anything, I feel dealing with the
underlying motive would accomplish more, obviously,
you know, if I'm sitting in a fire and I'm
describing to someone this gentleman for instance
wow, I'm feeling hot, it's not that comfortable, you
know, I'm feeling kind of stressed I think would
make more sense for me to get my rear end out of the

- Burke -

fire essentially and attempt to remedy the problem

than to simply discuss it, you know, to someone

who's obviously not a medical person.

    Q    Well, let me just rephrase the

question as well then, perhaps as a clarification,

other than who you've described have you told

anybody else about these emotional injuries and

mental anguish that you've experienced as a result

of this matter other than what you've already

explained?

    A    Well, wow, you know, you know, I guess

I do understand your question but, you know, again,

you know, I'm not someone just in the context oh let

me describe to you my emotional and mental injuries

to you for a moment, that's something I could never

imagine myself doing, it's just something that is

so, you know, you know, far outside the realm of,

you know, anything I would ever discuss with

someone, I generally discuss specific things not,

you know, my mental state, you know, I don't know,

again, you know, I guess either one of us would have

to be more specific I don't really, you know --

    Q    Okay?

    A    You know, you would have to elaborate

- Burke -

more exactly what you mean I think for me to answer
that accurately.

    Q     When was the last time you ever saw a
psychologist or a psychiatrist?

    A     You mean socially or --

    Q     Professionally, in some professional
context?

    A     Professionally, I mean as a
student/teacher thing or as a client you mean?

    Q     Either as an examination or the client
the last time you spoke to one was when you were
back in UCLA?

    A     You know, I probably may have ran
across, I've had, you know, people I knew who were
in those professions, you know, I may have had a
conversation with them.

    Q     Not in a social context I'm only
referring to in a professional context?

    A     Nothing that I recall.

    Q     Have you ever thought about suicide?

    A     No, as a practicing catholic it would
be against my religion.

    Q     So you never attempted suicide either?

    A     No.

- Burke -

Q     A question about your dark glasses, is there a medical reason why you're wearing them?

A     Well, I do have a slight case of what they call photophobia, I happen to lost my prescription glasses, I'm in the midst of getting some new glasses so these are substitutes.

Q     What is photophobia?

A     It's a sensitivity to light.  I also have myopia as well, nearsightedness.

Q     Are you taking any medications for any of these things?

A     No, the only medication I believe I was told for photophobia is Ritalin which would I believe be outlawed by the MTA, you know, perhaps reasonably so so I just use corrective lenses which I'm required to do for my work.

Q     Actually how are you feeling today, are you feeling, have you had any problems understanding my questions today?

A     No.

Q     You understand English obviously?

A     Yes.

Q     Did you take any medication today of any sort?

- Burke -

        A       No, I'm under no medications.

        Q       You've never taken any medication for
depression?

        A       No.

        Q       Have you had any nightmares concerning
this matter?

        A       Perhaps, you know, obviously getting
to, you know, what is a nightmare, what isn't a
nightmare obviously I've lost a great deal of sleep
over it which has affected my job, you know,
potentially, you know, obviously, you know, nothing
negatively happened on my job which is what I
consider, I guess it's referred to as a safety
sensitive occupation so obviously potential lack of
sleep which we're required to get our rest which I
might, legally required to get our rest for this
specific job is interrupted and interfered with, so
interfering with not just my job but potentially
with the safety and well being of the public itself.

        Q       Other than what you've described any
other types of, anything else referencing
nightmares?

        A       Well, again, you know, nightmares is I
don't know, that's kind of, you know, you're an

- Burke -

attorney not a psychiatrist, not pretending to be,

but nightmares is kind of a vague term, obviously as

I mentioned I did have a great deal of stress

specially around the time end of August beginning of

September when I was facing this loss of, you know,

the vast majority of my assets, over 90 percent of

my assets that I've earned basically over my

lifetime caused by these criminal acts by these

individual employees as well as employees of

Fascorp.

     Q    When you say 90 percent of the assets

you owned are you referring to the amounts, what

amounts --

     A    Obviously my investment in this

property as well as obviously my 457 account as

well.  Obviously my lack of access to that account

what would have been or what would be a default of

my property, this half a million dollars in equity

and deposit money I put into this property is the

vast majority of my outstanding assets.

     Q    By the way, did you have anything to

eat or drink today before coming here?

     A    Yes, I had cereal, juice and some milk

and tea.

- Burke -

Q    You didn't have anything alcoholic?

A    No.

Q    Have you ever taken any illegal drugs?

A    No.

Q    Have you ever been deemed mentally imcompetent for any legal proceeding?

A    No.

Q    Have you had any serious illnesses or injuries before?

A    Serious illnesses, no.

Q    Whatever you would consider serious?

A    No, I wouldn't say I did.

Q    Have you consulted an attorney about this matter?

A    Well, it gets into, you know, what do you mean by consult, and also it might violate, it might be privileged.

Q    I don't want to know the details of the description I just want to know whether there was any representation by any attorney on this matter?

A    There is no representation, there was no agreements about any representation at this time.

Q    Now, you mentioned that you had made

- Burke -

complaints to the inspector general's office?

        A        Exactly.

        Q        Who did you speak to at the inspector

general's office?

        A        Two people primarily, a Theresa Smith,

she's a, I guess an investigator is her title and a

Mr. Nicholas Kapoor who is an attorney and and

investigator for the inspector general's office, and

they claim that they did do, I believe they did some

investigation though I certainly did not acknowledge

it being sufficient or correct.

        Q        Did you speak to anybody else?

        A        I think I spoke to one other person

because they did initially apparently want a cost

investigation, I tried to speak to the head of the

inspector general's office who was at the time the

head of the inspector general's office, his deputy,

I got someone in his office and then they did sort

of reignite the investigation and again I dealt with

Mr. Kapoor both over the phone and in person.

                MR. CHIN:  I'm going to try

        opening the door a little bit it's kind of

        stuffy again.

        Q        Other than the, you also mentioned

- Burke -

speaking to the New York City Police Department?

    A    That's correct.

    Q    Who did you speak to there?

    A    I spoke to a number of people, I believe, what department was it, some detectives if I could remember, I don't know if it was in the Transit Bureau or, no, in fact I also attempted to and I did call the MTA police as well but they claim they only had sovereignty as such over the Long Island Railroad and Metro-North, I didn't necessarily agree with them either about that but, you know, I do know a number of police officers and so, my grandfather was a police officer I know that sometimes they rather like many other people not do their job for various reasons.

    Q    Did you speak with the New York City Police Department by phone or by person?

    A    By phone, by phone.

    Q    Do you remember which number you called?

    A    I think I went through the Transit Bureau and then I got sent to, there was a division dealing with different types of financial crimes but they apparently were more about, you know, people

- Burke -

swiping credit cards and using them, frankly it
seemed the crimes I alleged were perhaps a little
bit more complex than they wanted to deal with at
that time, they seemed to think that the only
possible crime again in the inspector general's
office that Mr. Acosta had apparently removed the
money and like Mr. Callico bought a Ferrari with it
or spent it on, you know, prostitutes and cocaine or
something which, you know, is not something I agreed
with obviously, I think simply unlawfully freezing
someone's account for potentially fraudulent reasons
is a criminal act in and of itself but again, you
know, that would, people make their own decisions on
things.

    Q    Do you have any specific names of a
police officer that you spoke to?

    A    At this time obviously I'm under oath
here and I don't, I spoke to primarily two different
ones, a male and female detective, and just to be
honest which I am, I'm hoping I am honest I can't,
you know, I don't, I can't recall their name.

    Q    Do you remember when you called them?

    A    It was around this time, end of
August, last two weeks of August when this was

- Burke -

really hopping.

    Q    Other than the inspector general's office and the New York City Police Department and this office any other government entities that you've contacted?

    A    I mentioned MTA police, yes, I called the comptroller's offices both city and state.

    Q    The city and state comptroller's?

    A    Yes, it was, which one is the, there's actually a federal authority over, it's generally over 401-K's, 457's, what is it, is it the FCC, no, F, it seems though for whatever reason it may even be what I've been doing research that somehow because it's MTA, you know, to borrow a term no controlling legal authority over these accounts which I guess is great for the MTA, you can steal this money and that would have no remedy but obviously, you know, I don't necessarily believe that, some federal authorities seem to think that this falls through some loophole that there is not any actual regulator which is interesting involved with this situation.

    Q    So do you have the name of the federal person you spoke to?

- Burke -

A    At this time I do not, I'm trying to remember the agency that would probably help you some.

Q    Do you remember the time that you called?

A    It would have been, you know, again at the end of August.

Q    Did you exchange anything in writing or send anything in writing to them?

A    I do not believe so, no.

Q    At the comptroller's office, this is two separate city and separately the state?

A    Oh, and also the attorney general's office as well I believe I might have talked to the state attorney general, I was planning on speaking with, you know, the federal government as far as the United States Attorney's office on this.

Q    Do you have any names of individuals you spoke to at the city comtroller's office?

A    No, whoever answered the phone.

Q    What was the resolution of that matter?

A    They, you know, obviously people, you know, they said in my opinion try to weasel out of

- Burke -

doing their job and they tend to pass the buck it

doesn't sound like something we cover, I don't know,

whatever, you know, you know, basically a kissoff.

    Q    Do you have a name of anybody at the

state comptroller's office?

    A    No, obviously I asked for was Alan

Hevesi, I didn't get him I know that but it was

somebody in his office.

    Q    What was the resolution of the matter

with the state comptoller's office?

    A    It certainly wasn't a positive

resolution I can't state, I think the state

department of labor I talked to in fact and also the

federal department of labor, that's right.

    Q    Do you have any names --

    A    I think I was getting a little closer

there.

    Q    Do you have any names of any

individuals you spoke to there?

    A    No, again it was who answered the

phone.

    Q    How about the A.G's office?

    A    I might, I don't know if I talked to

them in person, it's very difficult to talk to the

- Burke -

A.G.'s office in person they like to do it over the
internet, I might have done it over the internet
with them like an internet complaint, again, you
know, I was calling, you know, this was a time I was
making, you know, I guess you might say, you know,
over a hundred phone calls, certainly dozens of
phone calls just to different agencies as well as to
Fascorp and Transit Authority as well, including I
called the general counsel's office here and tried
to speak to, I believe it was a Ms. Steel about the
only name I could remember, I then tried to speak
to, in fact I left a message to the attorney who
was, you know, accused again of, you know, obviously
accused of consulting with Mr. Acosta, perhaps being
in conspiracy with.

     Q     Do you know the name of that attorney
at this time?

     A     At this time?

     Q     Yes?

     A     If you say a name I could probably
remember it but it sounded like kind of a Greek
name.

     Q     Do you have any written documentation
of any of these calls or communications with these

- Burke -

agencies?

    A       Certainly I don't know that I do, you

know, if I made some notes or something I don't

know, you know, I didn't bring anything with me.

    Q       I'd ask that you preserve whatever

documentation you have?

    A       I would do that anything I have.  I

would ask again the same with the other parties

involved including especially I did ask Fascorp to,

in fact I went into them about the phone calls how

long they keep them and they said, you know, some

cases six months, in others forever, and I asked

that they keep that pending any litigation, again I

would ask that MTA New York City Transit preserve

any records, and I would do likewise.

    Q       By the way, the photophobia you have

is it diagnosed as a medical diagnosis?

    A       Yes.

    Q       When did that occur?

    A       Well, I guess it's an inherited

condition from my father, but apparently I did make

it worse when, I'm a skier and I used to ski without

tinted lenses and it tended to damage somewhat my

retina and help make it sensitive.

- Burke -

Q        Other than these agencies you
described any other government agencies you might
have left a complaint with?

A        I could tell you I called everyone I
could think of just about, you know, I didn't go to,
did I go, no, I didn't go to congress but it might
have been some other ones, yes, state, federal and
city, for instance I might have even talked to the
federal reserve bank.

Q        Did any of them have anymore follow-up
with you other than through the phone calls, any of
your initial phone calls with them other than what
you've described already?

A        Did I get something from the attorney
general's office, maybe just an knowledgement letter
maybe, you know, understanding obviously the
attorney general's office is in transition right now
but I spoke to a number of people within MTA, I
called all the way up to Katherine Lapp's office,
all the bosses of Mr. Acosta, apparently at least
three levels above him as well as I mentioned the
general counsel's office here and, as I said, you
know, obviously the MTA police but other federal
agencies --

- Burke -

Q       Any agencies, state, local, city,
federal?

A       I probably did, maybe the public
advocate's office, maybe the mayor's office, I don't
think I called the governor's office, yes, I was
pretty much trying to find out who was, you know,
again the controlling legal authority or the
regulator of these specific types of accounts for a
state agency and as of yet I haven't reached
complete success with that.

Q       Other than government entities were
there any groups or organizations that you contacted
concerning this matter?

A       Other than the union, as of yet did I
do that, I'm trying to think, you know, I might have
but it's not ringing a bell right now, you know, I
certainly acknowledge making a significant number of
phone calls regarding this topic in reaching out to
a number of people but nothing that I could think,
non government, you know, other than, you know, if
I, you know, I'm not saying if I have or haven't if
I've ever spoken with any attorneys that would be
one possibility I guess.

Q       Other than the folks you've already

- Burke -

mentioned from the union anybody else at the union

that you spoke to concerning this matter?

A        I did want to speak with their

attorneys, I didn't, I didn't get to speak with them

yet, I was supposed to speak with them about some

outstanding grievances I was going to plan to bring

it up at that time, I'm sure counsel's times are

valuable, Randy Nevels, he's maybe I guess another

person, you know, you know, I spoke at another

meeting that was, you know, obviously there was, you

know, people running for office and so on, it was

held in Brooklyn and I brought it up, I spoke about

it, I had a number of people who were running for

office, one office, you know, I spoke in general I

guess you say soto vos, to the public at large, was

at the auditorium about this matter and obviously,

you know, try to put them on notice about this MTA's

presumed right to, you know, seize or convert

peoples' accounts and operate as antifiduciaries.

Q        Nobody specifically, no other specific

union official?

A        I might have been to a shop steward's

meeting I might have mentioned, I was at shop

steward classes I took, you know, ongoing I might

- Burke -

have mentioned it there for, you know, the people

that get the shop steward class.

    Q    When did you speak to Randy Nevel?

    A    Well, it probably would have been,

there's a motorman's meeting every third Wednesday

of the month and I believe he was at the last

meeting and I would have spoke to him there last

month as there is as I mentioned tonight there's

another meeting, I don't know what day of the week,

you could look on the calendar.

    Q    And the shop steward classes when did

these occur that you might have spoken to them?

    A    It was, you know, in September I

believe.

    Q    All of this year?

    A    September, yes.

    Q    The other union officials that you

mentioned earlier you would have spoken to them all

at these meetings, did you go --

    A    Mostly, I go to every meeting unless,

you know, my, what they refer to as regular days off

are illegally in violation of the contract illegally

changed which was one of my grievances, I missed one

motorman's meeting this year because of that, but

- Burke -

otherwise I attend all of them and obviously I bring

up various issues, you know, and certainly something

like this is of interest to the members.

    Q    So when did you seek to Chris Tate

about this matter?

    A    More than once, I spoke to him more

than once, probably at least starting in September

at least I spoke to him, you know, I spoke to him as

a shop steward, you know, maybe not in regular

contact with him, at least monthly contact,

sometimes I call on the phone to the union,

occasionally drop by the office there at 60 West

End.

    Q    What was his response to you?

    A    Well, he said I should talk to the

attorneys, you know, obviously he's not an attorney

and he was, you know, you know, I guess somewhat,

you know, disappointed to hear that, you know. Just

to be perfectly frank some members of the union do

not always have, you know, a highest degree of

respect for management for whatever reason I don't

know, so they tend to, you know, be not so surprised

when certain instances like this occur to them it's

just, you know, one more thing.

- Burke -

have mentioned it there for, you know, the people

that get the shop steward class.

    Q    When did you speak to Randy Nevel?

    A    Well, it probably would have been,

there's a motorman's meeting every third Wednesday

of the month and I believe he was at the last

meeting and I would have spoke to him there last

month as there is as I mentioned tonight there's

another meeting, I don't know what day of the week,

you could look on the calendar.

    Q    And the shop steward classes when did

these occur that you might have spoken to them?

    A    It was, you know, in September I

believe.

    Q    All of this year?

    A    September, yes.

    Q    The other union officials that you

mentioned earlier you would have spoken to them all

at these meetings, did you go --

    A    Mostly, I go to every meeting unless,

you know, my, what they refer to as regular days off

are illegally in violation of the contract illegally

changed which was one of my grievances, I missed one

motorman's meeting this year because of that, but

- Burke -

otherwise I attend all of them and obviously I bring

up various issues, you know, and certainly something

like this is of interest to the members.

    Q    So when did you seek to Chris Tate

about this matter?

    A    More than once, I spoke to him more

than once, probably at least starting in September

at least I spoke to him, you know, I spoke to him as

a shop steward, you know, maybe not in regular

contact with him, at least monthly contact,

sometimes I call on the phone to the union,

occasionally drop by the office there at 60 West

End.

    Q    What was his response to you?

    A    Well, he said I should talk to the

attorneys, you know, obviously he's not an attorney

and he was, you know, you know, I guess somewhat,

you know, disappointed to hear that, you know. Just

to be perfectly frank some members of the union do

not always have, you know, a highest degree of

respect for management for whatever reason I don't

know, so they tend to, you know, be not so surprised

when certain instances like this occur to them it's

just, you know, one more thing.

- Burke -

Q    So Chris Tate suggested you meet with the union attorneys?

A    That's correct.

Q    When you're referring to management you're referring to the MTA management not the union management?

A    Yes.

Q    When did you speak with Steve Downs?

A    It would have been probably at one of the meetings he goes to, you know, most of the meetings as well as he would have to as, you know, he's running for office he would go to the meetings. I also see him in the yard he works or he worked at 207th Street yard he was in the A.M.'s.

Q    But did you speak to him about this matter in the yards or just at the meetings?

A    I might have spoken to him about it but, you know, in the yard, you know, he's dealt with a lot of different things, so I didn't try to take up too much of peoples' times which I'm not really sure they could do something about it, it's more noticing about an issue than really be expecting to be resolved by them, I didn't think myself it was really within their power but they

- Burke -

thought they could do something they didn't really
come up with anything other than what Mr. Tate.

Q        Did you speak to the union attorneys?

A        Not yet.

Q        Not yet?

A        I spoke to them about other issues,
you know, previously but I haven't spoken to them
actually since this time, I was expecting to talk to
them about my outstanding grievances, they were
supposed to have a meeting, a scheduled meeting with
them about that and so I was going to bring up about
this issue as well.

Q        What outstanding grievances do you
have?

A        Well, there are two but they are
actually broken into three because one of the
grievances was split into two, it was regarding,
one, it was regarding the changing of my RDO's and
tours which is I believe against the contract, it is
against the contract an order for the Transit
Authority calls training which is some kind of
undefined term which I guess but their construction
can encompass anything including work, it's all
work, that's one grievance. The other one was

- Burke -

involving I mentioned previously the violation of

the education law of New York State practicing a

profession without a license that profession being

medicine by the sick desk them diagnosing or

referring, etc., etc., medical complaints or, you

know, medical situations without any medical

training at all and it's a Class E felony one to

four years, this is one of the things, I actually

did also bring that to the inspector general as an

informal complaint, I didn't do it as a formal

complaint yet, they said because the grievances was

ongoing they thought it was for some reason a worker

management issue which is interesting, I guess it is

essentially, there is also criminal acts but that

was my second grievance was involving him holding me

out of service illegally, using my sick time up for

what they construed and for some reason it turned

out to be incorrect, but not only was it incorrect

but obviously I believe it was illegal of course for

them to diagnose me whatever.

              MR. BURKE:  Excuse me.

              MR. CHIN:  Let the record show Mr.

         Burke checked his camera, and we just had to

         add more paper to the court reporting

- Burke -

machine.

    MR. BURKE:  I have about three minutes
I was going to put in another tape, that's
all right.

    MR. CHIN:  How long are these tapes
anyway?

    MR. BURKE:  One hour.

    MR. CHIN:  I think we'll just burn
this tape out then.

    Q    I just want to clarify, I didn't quite
understand the three grievances that you have, one
is for the changing of the RDO?

    A    Actually it's two grievances because
labor relations wouldn't join in it was two
identical issues, they did it twice, in fact they
did it three times, they did it again recently and
this time they didn't even give me eight hours
between jobs which was violating federal law but,
you know, you guys can do what you want I guess it's
within the authority.

    Q    Is there a pending hearing for these
three grievances?

    A    Yes, I had Step One and Step Two and I
did receive an answer in the Step Two for the change

- Burke -

of the RDO's which wasn't surprising, of course you
could imagine what it was, and as far as the
criminal acts involving the sick desk I have yet
received no answer and this was, these hearings were
during the summer, you know, obviously well past
their contracted allowed time to respond.

    MR. CHIN:  Let the record show Mr.
Burke has added a new tape to the machine.
Are these digital tapes?

    MR. BURKE:  Yes.

    MR. CHIN:  Eight millimeter digital?

    MR. BURKE:  No, DVD, DVC I guess
ditigal, compact digital.

    Q    When you mentioned, going back to the
notice now, you end up the paragraph with the nature
of the claim with an ect., or E-T-C, did you have
anything more that you wanted to add to that?

    A    Yes, obviously I did want to mention
at the very minimum in the United States
Constitution, I believe it's amendment, is it
Amendment Five about takings of property by the, by
government, I don't know if it's referred to by
federal government that it has to be duly
compensated and obviously I believe this is a taking

- Burke -

of my property by the government.

    Q    Anything else?

    A    Well, obviously you know, the RICO Act
itself involves, you know --

    Q    I meant other than what we've
described?

    A    Yes, no, I'm going to mention the RICO
Act regards potentially other, you know, predicate
felonies, you know, as a requirement, and so
obviously anything that would be covered under that,
so.

    Q    Anything else?

    A    Well, obviously the criminal acts but,
you know, in the civil suit, you know, obviously I
can mention them, I'm not a prosecutor so, you know,
you know, if I had the authority I would but I'm not
so I guess it's pretty reasonable I wouldn't have
the authority, as a victim I guess you want someone
more objective apparently to decide whether
something is or isn't criminal obviously, you know,
I'm contending it's ongoing criminal acts.

    Q    Does the etc. or the E-T-C that you
mentioned in the nature of the claim refer to
anything more than what you've already described

- Burke -

today?

        A       Well, obviously etc. would tend to
include anything involving specifically any, you
know, new or new to me anyway information involving,
you know, you know, criminal acts and civil torts
against me and, you know, possibly against other
people but obviously, you know, arising out of this
claim but potentially, you know, any type, you know,
of corruption would be for instance included within
a RICO claim even if it's something that's really
not necessarily related to this claim from my
understanding of RICO Acts.

        Q       Other than what you've just described
is there anything more you would include in the etc.
or the E-T-C that you mentioned in the notice of
claim?

        A       Well, I guess, you know, not really to
elaborate on what I just said, you know, obviously,
you know, we have, you know, this claim itself the
acts or inaction of certain, you know, individuals
the party, you know, mentioned previously MTA New
York City Transit, you know, as well as named
individuals including Fascorp/Great West but, you
know, obviously, you know, I guess what you want is

- Burke -

it you're asking the size of the umbrella

potentially in a RICO case or you want to know

specifically etc., I guess, you know, including, you

know, other potential elements that, you know, might

be uncovered for instance I guess in discovery or to

be added, for instance, you know, if I was to obtain

counsel or, you know, an attorney or attorneys, you

know, a law firm was to represent me in this matter

they might, you know, attempt to try to, you know,

adjust the claim, you know, to more accurately

reflect their own, you know, legal view of the

matter.

     Q     But at this moment in time do you have

anything more to add to your description of the

etc.?

     A     Well, etc. obviously probably comes, I

believe it comes out after the mention of RICO Acts,

it's more, it's covering the RICO Acts in the sense

of etc. would be including more claims under that

act or as well as, you know, anything that I would

come up with new, you know, for instance in

discovery if I discover an illegal contract, illegal

considerations between Fascorp and individuals, you

know, including Solomon Acosta obviously, you know,

- Burke -

that would, you know, be something would be more

specific.  I understand you would have me rather be

more specific but, you know, at this time I'm not,

you know, having not gone through discovery, etc.,

or depositions of anyone else what you're doing one

of me right now, you know, you know, I can't yet

close out any other claims or avenues unfortunately.

    Q    But other than what you described so

far is there anything more that you would include in

that etc. other than what you've already included?

    A    Well, no, just from my own as a non

attorney I probably included quite a bit a RICO Act

would potentially include things that would

otherwise have nothing to do with this case just

general, you know, predicate felonies, you know, so

obviously anything, any other types of corruption

that would tend to fit under, you know, said act

would potentially fall there and, you know, would

perhaps be included either as the etc. or as, you

know, as under the RICO Act.

    Q    So the etc. is actually referring more

to any other types of corruption that you already

alluded to earlier today?

    A    Yes, as well as I mentioned the

- Burke -

specific amendment again, I don't want to misquote

the constitution I was sworn to upheld and gladly

do, but I believe, you know, if you do we have some

law books here but I believe it is the Fifth

Amendment, but I don't want to misconstured that

that refers to the federal, to government seizure of

property.

    Q    That's okay, I just need to know what

you perceive to be --

    A    That would be an etc., definitely, but

other than that as far as, you know, I would say

leaving it open to amendment by, you know, any

counsel that I would choose to retain or, you know,

would come into agreement with me then, no, I

wouldn't add to anything at this time, no.

    Q    Referring further to your notice of

claim you mention an unlawful seizure and conversion

of 457 account?

    A    Yes.

    Q    Is it your, what exactly is your

understanding is the unlawful seizure and conversion

that occurred?

    A    It's my understanding it still is

extant is the word, it still existed that I'm

- Burke -

totally locked out of this account that's why I had

to borrow from my 401-K, that apparently this Mr.

Acosta, I don't know, maybe I don't know how, maybe

he didn't even know I had a 401-K, maybe he would

have froze that one as well, obviously I'm purely

speculating there I admit, but he apparently totally

froze or has frozen and/or converted, I don't know,

I have no access to it at all as far as I don't know

it exists, where it's claimed to exist, in fact I

would really like to know if Fascorp for instance is

acting as a bank where in fact my money is, if it

isn't what bank, how it's being held and some of the

details involved with that where it's allegedly

being held or actually being held where these moneys

and for my 401-K as well, but it's my understanding

that this account is still frozen illegally I

believe, criminally, that this Mr. Acosta, whoever

is working with him, I did mention some people that

they are acting criminally and against my fiduciary

interests, and I believe against the interests, at

least in a technical sense to the Authority as well,

obviously creating these torts and criminal acts is

something that doesn't, you know, bring good repute.

I happen to be an MTA employee myself, it certainly

- Burke -

does me no favor to, you know, to make these

accusations and so on and certainly it's something I

would like to see resolved ASAP.

    Q    Now, when was the last, have you been

able to get onto the web access to look at your

accounts?

    A    I can look, yes, I can look at the

accounts, I can't, but basically I have problems

with logging onto the 457 account as far as doing

any changes to the account at all including

obviously a loan. I did attempt to even, you know,

get a general disbursement loan from, I wasn't

allowed to make any type of loan and I was told by

Fascorp that as well that Mr. Acosta has frozen this

account.

    Q    Who did you speak to at Fascorp that

said that?

    A    It was several different people, you

know, these are people, you know, they input you

through different levels, different people answer

the phone --

    Q    You don't remember --

    A    Give you the first name, I don't know

if it's really their real name, it's supposed to be

- Burke -

recorded, you know, as I said mention I made

approximately a hundred calls I must have talked to,

obviously some of those were the same person but,

you know, more than a score of people and

management, basically anybody who would get on the

line with me which became less and less over time

for whatever reason.

    Q    So when is the last time you actually

looked at your account on the web, the 457 account

let's start with that?

    A    Well, fairly recently, you know,

certainly in the beginning of the month I do it I

look at it monthly.

    Q    And you saw the 401-K account as well

during the beginning of the month?

    A    Yes, and of course it shows my, you

know, the outstanding loan, etc.

    Q    Do you disagree with the numbers

itself that exist on it?

    A    The one thing I disagree with and I

would also I guess use the term, I guess a legal

term demanding that the loan I did obtain from the

401-K be correctly seen as, which it is, as it in

fact what it was used for immediately was to pay for

- Burke -

my primary residence and that it be considered as a

20-year loan not a five-year loan and that the

correct amount be deducted from my paycheck, this is

causing more stress, financial and mental anguish,

financial stress and mental anguish by limiting my

income.

    Q    And so the limitations on your web

access is that you would no longer be able to effect

any changes at all on the account?

    A    On the 457 account, apparently I have

access to the 401-K of course since I have an

outstanding loan which is apparently equal to the

amount I would be able to obtain from the 401 alone,

okay, certainly I can't obtain anymore loans from

that and there's no way for me to change it on line

absolutely after the fact from my knowledge to a

what they call, I don't know what you call it, a

primary residence loan or housing loan whatever they

call it, real estate loan I don't know.

    Q    But the 457 account you have the

numbers you see on the 457 account are accurate as

far as I know?

    A    As far as I know, yes, it's all in MTA

stable value, what is that bonds or whatever a

- Burke -

hundred percent in that account it's not in any

stocks or anything, both accounts.

        Q       But you cannot change any, what were

you trying to change on the account?

        A       The first couple of times I tried to

get another loan because I was always intending to

get a loan both from a 401-K and 457 both as primary

loans which I was legally entitled, am legally

entitled to do up to the maximum amount which would

have been 50,000, it would have been 25,000 in the

401-K, 25,000 for the 457, both, as a matter of fact

I may have obtained a little bit more, like 27 up to

half, so maybe by now it would be like 30,000 from,

you know, either one but say I was planning to take

out 25,000 from each one and as my primary residence

loan in which 20 years there's a very significant

difference in the amount that is deducted on the

order of, you know, many hundreds of dollars every

paycheck which my paycheck is being I believe

illegally diminished by these acts.

        Q       So when you're referring to it not

being changed you're referring specifically to not

being specifically to order to enact a loan?

        A       Yes.

- Burke -

Q    Anything else?

A    I wouldn't try to change anything else
actually, but it does say that it's locked out or I
forget what it says, calls it a pending loan or
something ridiculous, like I can't obtain a loan, it
basically tells me to call Fascorp if I need
something about that and, you know, I'm not allowed
to, with their cease and desist letter I'm not
allowed to call them, so it's kind of a bit of a
catch 22 with that I guess I just lost the money so
it's too bad.

Q    The loan that you are trying to access
is for a primary residence loan?

A    Yes, for my condominium.

Q    For your condominium, this is for both
the 457 that you're referring to that you cannot get
into?

A    Yes, and the 401-K as part of this I
would be asking, you know, when I go to court
injunctive relief that the 401-K loan be correctly
reflected as a primary residence loan as it is and
that the correct amount ongoing be deducted from my
check as well, I don't know about any past debits
but, you know, obviously I would ask that, request

- Burke -

that the court ask that the Authority deduct the

correct amount and that the loan would be seen as

what it is.

Q       On your request for the loans when you

state the residence that you're getting the loan for

are you placing the, which address are you placing

down on the request?

A       Well, it's for the purchase and I'm

only purchasing one home so it's obviously for the

condominium at Trump Las Vegas, you know, I don't

own the apartment I live in and frankly my landlord

would rather see me leave, so.

Q       Is it your understanding that, well,

let me retract that, did you place in your request

for the loans that your primary residence is your

Las Vegas residence?

A       I'm trying to remember if they even

ask you that, I don't know if they do on the web,

because I did, you know what, I did, it worked, you

know, one time in August it worked, you know, when I

put it in as a primary loan I did it through the web

and I don't know if they asked for the address, they

asked for, you know, they, you know, mention there's

a primary residence, I forget what their rules were

- Burke -

that for, you know, the 20-year loan and obviously,

you know, that it be for a residence, a real estate

investment or home purchase however you want to

refer to it.

    Q    So somewhere during the process of

applying you put down the Las Vegas address?

    A    I don't know if you do that on the web

to be honest with you, I'm trying to remember the

exact procedure it was awhile ago, but I don't

recall them requesting, asking what the address was,

I mean maybe they intended, obviously I did in fact

disclose to them, you know, by mailing them a copy

of the contract which obviously had a great deal

more than just the address, but everything possibly

that could be covered about this residence to

Margarita Hahn and apparently who works for Fascorp

for some reason within MTA property, I don't know

how that works.

    Q    So the contract that you sent would

have indicated that the property that you wished to

get the loan for is located in Las Vegas?

    A    Yes, or had the address and purchase

price, you know, as I said approximately 50 pages

obviously there was a plethora of data.

- Burke -

Q    Now, are you planning to retire soon?

A    Unless I win the Lotto, I don't know, I'm 45, it's yearlier than most people retire, I'm certainly not a man of means.

Q    You have years, more productive years ahead of you?

A    I hope so, knock and wood.

Q    Did you get an appraisal of the condominium property in Las Vegas?

A    I did not, no, you know, I discussed it with my brother who is a real estate agent and, you know, also he mentioned and I was told that in fact they sent me some more literature they are sending me Trump they are building in other places Chicago and Hawaii as well they are building an identical building apparently next to the one they are building that I own this property in that they are selling for the same property for instance that I bought for 710,000, well, it was either 30 or 33 percent more so it would have been appraised, I don't know, obviously I guess it's a legal term it wasn't appraised, but it's my understanding the property is worth approximately a million dollars because they've been selling identical property,

- Burke -

absolutely identical properties in an identical

building next to this building for a million plus.

  Q  What do you expect your apartment if

and when you eventually get it would be worth?

  A  As I said this is a very approximate

number, you know, because real estate goes up and

down somewhat, it seems to be leveled off in Las

Vegas for instance, I did use the figure a million

dollars it might be a little more, you know, you

know, whatever it's worth is what it's worth, you

know, or it might be a little less if it starts

going down I don't know, but I did use the term a

million.

  Q  But the number you achieved you

reached a million dollars with is from --

  A  From them selling identical, the Trump

itself is selling identical properties identical to

this studio, obviously it's more on higher floors

for instance, all of them, the whole building is

pretty much identical and every property he was

selling 30 to 33 percent more than for instance the

purchase price, so he was selling this identical,

what would be this identical studio for something

approximately a million dollars or just over a

- Burke -

million but let's, you know, round it to a million.

Q     You're getting that from literature

that Trump has been sending out to you?

A     Right, and information from my brother

etc., and, yes, he sends out E-mails he's trying to

get, you know, obviously people to buy, you know,

and bragging about how quickly he sold it and they

are sending me regular E-mails about how far up the

construction is, and the amenities blah blah blah.

Q     How long has your brother been in the

real estate business?

A     I don't know --

Q     Roughly?

A     Three or four years.

Q     What exactly does he do?

A     Well, yes, he's a real estate broker

and I believe he also teaches jazz at the New

School, he's I guess not a professor I guess a

lecturer or something.

Q     How much actually have you deposited,

when you say including deposit what is the deposit

you're referring to?

A     I deposited 20 percent of the purchase

price so, okay, that would have been 140, so that

- Burke -

would have been 142,000.

     Q     You have given over to Trump with a
deposit of $142,000?

     A     Yes, in total.

     Q     When was your first payment that you
gave them?

     A     Well, the first payment it was a
$10,000 deposit that was before any contracts, that
was just, I don't know what you, what the term is,
like mostly like a holding deposit fee which you
could withdraw, it wasn't any legal in a sense
deposit that you couldn't get back, that was in
either around December 2005 around that time I think
and then I made, no, no, it couldn't, it would have
been December 2004 and then so, yes, the first 10
percent would have been September 2005 and then the
second was obviously September 2006.

     Q     When is your next payment due?

     A     Well, I owe the mortgage, I get a
mortgage, you know, obviously any moneys, cash
moneys I could put in to lower the amount of the
mortgage will be when the building is completed
that's from my understanding, they said the
beginning of 2008, I guess, I don't know if you have

- Burke -

to wait for the certificate of occupancy or what,

those are, those are obviously important details I

would like to know myself what the exact date is.

    Q    So is it a $10,000 deposit each time?

    A    No, I made a $10,000 deposit and then

when I agreed to purchase the property the agreement

was done in, you know, the summer of 2005, you know,

I did the original contract, the contract I sent to

Margarita Hahn, and then in September of 2005 I

made, well, I already had the 10,000 deposit so I

made a $61,000 deposit to complete the first 10

percent and then in this year I had, 2006, I believe

it was September 7, 2006 I was required by the terms

of the contract to make a second 10 percent deposit

of 71,000.

    Q    And that's been paid?

    A    Yes.

    Q    And your next, the next --

    A    No, there is going to be no next, the

next is the rest of it which I'm going to have to

obtain a mortgage for, and obviously any amount

would be, you know, if I could put in some more, you

know, capital then it would obviously lower the

amount of the mortgage, obviously I have to come up

- Burke -

with over, I guess it would be 568,000 something
like that, no, 558,000 I believe something like
that.

     Q     When do you have to have the mortgage
in place?

     A     I guess at the time of the completion
or, you know, sometime after that I haven't, I have
to either look, I guess, you know, the exact
completion date was obviously, you know, it was
somewhat of a moving target, so I believe it's
sometime after that I would imagine I would be
noticed hopefully I would have enough time to be
able to put that together but obviously I'm somewhat
looking into mortgages and, you know, this again
goes back, you know, to this deduction, for instance
in this five-year loan obviously lowering my income
it creates potential problems as far as being able
to obtain a mortgage and, you know, can potentially
perhaps intended to interfere as I mentioned
tortuously as well and fraudulently with the
purchase of my property to complete the purchase in
order to create a default for whatever reasons.

     Q     What is your base salary right now,
roughly?

- Burke -

A    My base salary is, well, I don't know,
50 some thousand a year I guess, it just went up a
little bit.

Q    And how much are you actually, how
much are you actually taking home, roughly?

A    Well, it depends take home, I don't
know, it gets deposited, you know, I have to look on
my check, you know, the gross is about, you know,
2200 every two weeks something around there.

Q    So you actually only have to worry
about getting the next payment for this Las Vegas
property in 2008 sometime?

A    I believe that's correct.

Q    You are not presently in default of
anything --

A    No.

Q    In the Las Vegas property.  Have you
ever defaulted on any other loans --

A    No.

Q    In the past?

A    No.

Q    I'm sorry, have you ever defaulted on
any contract I should say if you're aware of any?

A    No.

- Burke -

Q      And you haven't defaulted on any
loans?

A      No.

Q      I'm nearly done at this point, Mr.
Burke, could you just tell me what would satisfy you
in terms of your claim right now in terms of this
matter how would you like it to be resolved?

A      That's a good question, well,
obviously I would demand that, you know, the parties
cease and desist from interfering with the purchase
of my property in getting, you know, a lawful loan
of my own money just as you know a bank who can, you
know, reject I suppose someone's loan for certainly
at least any non discriminatory reason, but, you
know, the MTA desist and desist that they, in fact I
really don't think Solomon Acosta can be doing this
job, he should either be doing some other job, I
think he really needs to be terminated or moved, you
know, certainly to some area where he has no direct
control over peoples' moneys and, well, I don't
know, as far as, you know, making me whole I don't
know, obviously there was as I did allege some
mental stress, you know, I had figures with the
notice of claim obviously, you know, I'm assuming in

- Burke -

this that this is going to be, that this is ongoing

that your position is that you have the right to do

this and, you know, including seizing my moneys and,

you know, attempt to your interfere with my contract

and the purchase of my property. And I also did

want to bring up again, you know, this gets to

motive with Mr. Acosta, again there isn't a great

deal of proof involved as of yet, but I did file a

discrimination claim against an employee who may or

may not be a friend of Mr. Acosta's, and this all

may be resulting in retaliatory acts involved with

the discrimination claim obviously because people

were asking me all during this time what is the

motive for this individual, obviously one is, you

know, to create a default on the property, and I

lose the property and maybe, you know, if they get

some consideration in return from the developer, the

other is simply, you know, acts of retaliation for

my discrimination complaint against a supervisor.

     Q     Who is this individual?

     A     The supervisor's name is Mr. Martinez.

     Q     Full name, if you know?

     A     I don't have his first name, he's a

dispatcher, he's at the 207th Street station and I

- Burke -

made a discrimination complaint against him

regarding, you know, obviously contract violations

and illegal acts resulting in shortage of my pay.

Q    What is the claim of discrimination

again, what are you claiming that, how, in what

aspect did he discriminate against you?

A    Well, you know, he made comments, he

apparently doesn't like people of Irish background,

maybe the reasons are good or not good I don't know,

I don't want to go into that too much, but, you

know, that's pretty much what it was involving and,

you know, as far as, you know, Mr. Acosta obviously

I don't know the gentleman but, you know, there is

some possibility that he knows Mr. Martinez, I

certainly haven't been able to eliminate that, and

that is a possible motivation if you're interested,

I don't know if I necessarily have to prove

motivation, but it was mentioned in notice the

people involved with the discrimination complaint

about that this might be considered as an aspect of

retaliation for discrimination, the discrimination

complaint excuse me.

Q    Other than these grievances that

you've already mentioned are you involved in any

- Burke -

other lawsuits at this time?

    A    Yes.

    Q    What type of lawsuits are you involved
in?

    A    Well, against the Department of
Commerce and against my landlord.

    Q    What lawsuit do you have against the
Department of Commerce?

    A    That is also a discrimination lawsuit
involving the Bureau of Census.

    Q    Where was this lawsuit filed?

    A    In federal court, right now in front
of the Second Circuit.

    Q    It was filed in Manhattan?

    A    Yes, the Southern District.

    Q    Was any particular individual that you
named as defendant in that case?

    A    Yes, a David Brown.

    Q    Were you represented by an attorney in
this case?

    A    No.

    Q    What is the pending status of the
Department of Commerce case?

    A    It's in front of the Second Circuit,

- Burke -

briefs were filed and I got to do a reply brief and

then I guess you get the oral arguments in front of

the Second Circuit.

    Q    So did the lower court had made a

decision at one point?

    A    Yes, they ruled against me in summary

judgment.

    Q    And the other case you mentioned was

against your landlord?

    A    Yes.

    Q    What is that case over, concerning?

    A    It was a number of complaints but

obviously warranty of habitability, etc.

    Q    Is that still pending?

    A    Yes, it is, it's a new case, I had a

previous case which I lost and then this case it's

before a judge, it's been there for awhile.

    Q    Is that housing court?

    A    Yes.

    Q    Also in Manhattan?

    A    Yes.

    Q    What is the landlord's name?

    A    Kenmore Associates.

    Q    Same landlord for the previous case

- Burke -

you had with the landlord?

        A     Yes.

        Q     Other than these three cases, these

three lawsuits any other lawsuits you've been

involved with in the past?

        A     No.

        Q     You mentioned warranty of

habitability, is anything --

        A     Yes, there's a number of problems

mostly with the plumbing, etc., with the apartment.

        Q     Does anybody live with you?

        A     No.

        Q     Do you yourself have any family other

than --

        A     You mean am I married, no, I'm not

married, no.

        Q     Any children?

        A     No.

        Q     Before the 23rd Street address you

gave where did you live before then?

        A     Actually I lived with my brother on

Thompson Street, I lived it was 175 Thompson Street.

        Q     Does he still live there?

        A     No, he has a brownstone on West 129th

- Burke -

Street.

    Q    How long were you at 175 Thompson or
with your brother?

    A    Two years.

    Q    Did you pay any rent at that location?

    A    Yes.

    Q    Were you on the lease?

    A    No, it was his lease.

    Q    And before that where did you live?

    A    Well, I was, I guess that's when I was
in Europe, I was in Europe for a year and then
before that I was in Los Angeles.

    Q    How long were you in Europe, a year?

    A    One year.

    Q    This wasn't when you were, were you at
school in Europe at that time?

    A    Yes.

    Q    This is in London then?

    A    Yes, for the most part I was in
London.

    Q    Are you claiming any physical
injuries, physical now as a result of this matter?

    A    No, no physical injuries.

    Q    Do you have anything more that you

- Burke -

would like to put on the record at this point?

        A       No, I would just, you know, I don't

know how much you did, you know, on this case yet

but I would ask that if you could get any of the

tapes from Fascorp obviously, and, you know, I

believe, you know, inspector general they might have

some, you know, information if you care to get it

from them, I don't know if they'll give it to me

they might give it to you.  They did give me a plan

document, that was it, and, you know, obviously they

contended that this Mr. Acosta pointed to something

and the plan document said it had to be a building,

it had to be, you know, done in a reasonable time, I

believe in the IRS code Mr. Acosta quoted IRS codes

in no detail in a letter to me that I understand a

reasonable time, the IRS code is two years, the two

years that if you purchase, for instance if you

purchase a bearer piece of property you have two

years to build a home, I believe in the interim it

can be considered, you know, for obviously tax

purposes as your primary residence even though

you're not living in that place, this is from my

understanding settled law, you know, obviously Mr.

Acosta is simply incompetent in his job, obviously

- Burke -

you get in a gray area between incompetency and

criminality in doing these sort of things, I mean,

again obviously it gets to motivation and, you know,

what he's intending to do, sometimes it doesn't

matter, you know, if I'm operating my train and I

tend to run someone over or I accidentally do it the

person is still dead and in this situation I would

still be, you know, due to his actions and default

of the property, you know, certainly he did nothing

that would help me not be in default of this

property, you know, to prevent me to make a lawful

loan of my own money.  I can't fail to add that how

many times, again I would like to add this is my own

money that we're talking about that I'm not allowed

to borrow this is terms of my own money is just

something that's obviously, you know, I did contend

that this is a conversion, you know, or theft, or

whatever have you that this individual seemed to be

acting with power of attorney over my money which I

never granted to him and obviously exercises degrees

of control which, you know, obviously would perhaps

be more for, you know, triers of fact and law to

decide but, you know, I certainly would be willing

to discuss, you know, any types of settlement or,

- Burke -

you know, types of any agreement where this can be
resolved amicably without having to, you know, use
up the court's time and those types of resources.

Q       Did you ever apply for a general
purpose loan from the 457 account?

A       I believe I tried to get a general
disbursement, yes, and it's just totally blocked
from any type of loan, when I just click on just
trying to obtain a loan, and of course and then I
try to do it by phone they said that the 457 was
still blocked and again --

Q       For all loans?

A       Yes, for all loans, and, you know,
obviously this is totally illegal and criminal in
violation of any plan or any alleged or actual
regulations involving this, you know, obviously it's
alleged but a tortuous act and a criminal act it's
ongoing up to this very minute from my understanding
and again, you know, one of the things you did, you
know, as a discussion, you know, what would be due
to resolve this obviously I think, you know,
removing this individual from any, absolutely any
authority over my money at all ever would certainly
be a start, it would certainly be something that I

- Burke -

would consider to be, you know, moving in a

direction of, you know, of resolution, you know,

obviously I don't think every single person in the

MTA was involved in this situation and certainly to

isolate or eliminate or remove, removing obviously

someone who had nothing to do with this I don't know

what this individual's training or experience or

agenda involved with moneys but obviously moneys is

not safe around him, so.

     Q     Now, you mentioned the two-year, you

described some type of two-year --

     A     From my reading of IRS regulations

this individual, I was quoted second and third-hand

IRS regulations like it was some kind of mantra open

sesame or something you could just said well you

said IRS regulations you get to seize my money oh,

that's, you know, the quietus est domino of that

that, you know, I can't answer that now, you know,

because there's a million different regulations, you

know, I guess you beat me but just for whatever

reason I happened to look at IRS regulations up

including, you know, the regulation 457 and 401-K

but also other regulations and it's my understanding

that you could have a two-year period, I was

- Burke -

interested in, also, you know, living in this place

I believe is two years out of five when it's

completed it's for IRS purposes it can be considered

a permanent residence and sold and obviously the

capital gains are not taxed up to 250,000 or if

you're married up to 500,000, this is the IRS

regulations and I did ask, I asked the inspector

general's office and others that I get a specific

detail what IRS regulations are involved with this,

you know, power of attorney, converstion or, you

know, freezing etc., etc., of my account and, you

know, obviously it's tortuous interference, etc.

    Q    Do you have a specific section you're

referring to when you're talking about a two-year

period?

    A    I'm trying to remember, I don't know

if it has to do with primary residence as far as, as

far as the well known now feature of basically not

having, basically not having to pay a capital gains

tax on gains for property that the two-year, you

know, this is what people do they buy a blank piece

of property, they build on it, this is being built

I'm not the contractor I didn't buy, the contractor

he's building it, someone else is building the

- Burke -

property, it will be, it's being built, at least my

unit is being built in my name and it would be, you

know, I guess, I don't know as you define I believe

under the two-year period and it would certainly

qualify as a primary residence by every piece of the

IRS code, and again these individuals, and the

attorneys who consulted with them are just

incompetent or indifferent or whatever, again it

really has the same outcome, you know, of whether it

was because of, you know, retaliation for the

discrimination claim or maybe this individual is

hoping to profit off of this default or they don't

like me for some reason they just want to, you know,

oppress the hourlies, they didn't like the strike

because I'm a shop steward or any reason at all, to

me I'm not really that interested in, you know,

maybe as much as the why's as the what, and this

what they are doing is, you know, I mentioned some

of the people I did call I would be calling some

more obviously, I did mention I have other cases so

I haven't spent all my time on this case but

obviously when I filed the case and so on I'll be

notifying other, there's going to be a new attorney

general, a new governor and so on and, you know, I

- Burke -

believe a new executive director and possibly even

an independent I.G.'s office these people will all

be noticed again.

      Q     Did somebody, this two-year period

that you're referring you did it from your own

research, correct?

      A     Right.

      Q     Did anyone from the MTA or Fascorp

refer to this time period to you?

      A     No.

      Q     Has anybody else --

      A     No, the inspector general he showed me

the plan documents that he believes he was told are

allegedly, I don't know, again this would be pure

hearsay, this is the area that they were operating

under and the plan documents not that I, it wasn't

any signed agreement as far as I saw between me and

Fascorp or the MTA it's just their plan documents

which I guess ex post facto they can write anything

in there which I guess limits my rights to my own

property but in that it says something about

reasonable time for I guess either to move in or to

purchase, to be complete whatever it is and I don't

know if it was in quotes but obviously it doesn't

- Burke -

define reasonable time within this plan document and

I'm certainly not agreeing that those plan documents

are governing authority it was even or that it is or

isn't a part of any agreement I made with Prudential

which I never made with Fascorp I don't know that I

made with the Transit Authority regarding my money.

    Q    Understanding that you're not claiming

to be part of that contract how do you understand

the term reasonable time to mean?

    A    It was, it was referred to, Mr. Acosta

referred to it IRS codes, the IRS code is two years,

he didn't use any term of time, I believe he thinks

he has absolute authority over, working for the

Authority he has absolute construction over what the

amount of time is reasonable time which, you know,

as my antifiduciary he could just construe it I

don't like this guy so I'm construing reasonable

time to mean one month or one year or six months,

I'm not interested in what he thinks, it's not his

money he has nothing to do with it, we can just

decide it, you know, in front of a judge and jury,

that's it.

    Q    I'm asking you your personal opinion

at this time?

- Burke -

A    My opinion it means two years.

Q    It means two years?

A    At least two years, but certainly two
years that's what I got from the IRS code, you know,
I don't expect anybody to memorize the IRS code
including yourself.

Q    I'm not a tax attorney I have no idea.

MR. CHIN:    I'm done at this point,
thank you for your time, Mr. Burke.

MR. BURKE:    All right, thanks a lot.
Anything else that you want, I would like to
give you my E-mail at least.

MR. CHIN:    That's fine, what would
that be?

MR. BURKE:    It's
BRIANTBURKE@GMAIL.COM.

MR. CHIN:    The time presently is 1:05.

(Time Noted:    1:05 P.M.)

_____

Subscribed and sworn to

before me this_____day

of_____2007

_____

Notary Public

C E R T I F I C A T E

STATE OF NEW YORK        )

                                    ss.

COUNTY OF NASSAU          )


    I, Bruce Rothman, a Notary Public in and for

the County of Nassau, State of New York, hereby

certify that the foregoing examination of

                Brian T. Burke,

was taken on the 20th day of December 2006, Pursuant

to Notice, and recorded stenographically by me; and

that the foregoing examination is a correct and

accurate transcript of my stenographic notes.  I

further certify that the witness was duly sworn by

me, prior to testifying, to tell the truth, the

whole truth, and nothing but the truth:

    I further certify that I am not an attorney or

counsel for any of the parties, that I am not

related to or employed by any of the parties or any

of the attorneys in this action, and that I am not

financially interested in the action.

    IN WITNESS WHEREOF, I have hereunto set my

hand this 30th day of December 2006.

                    _Bruce Rothman_

                    Bruce Rothman

**A**

**bility** 34:4
**able** 17:13 20:2
  23:16 26:19 31:10
  61:22 94:6 96:9
  96:14 106:14,18
  110:16
**absolute** 58:17
  122:14,15
**absolutely** 12:15
  13:2 17:23 19:21
  23:24 27:11 28:8
  40:21 46:12 96:17
  102:2 117:23
**access** 16:11,16
  24:15 31:21 45:6
  46:3 47:10,19,21
  55:7 68:17 93:9
  94:6 96:9,12
  98:13
**accidentally** 116:7
**accomplish** 31:12
  63:20
**accomplishes** 63:19
**account** 11:17,20
  12:3 15:12 22:18
  23:11 25:2,22
  27:4,9,23 28:4,14
  28:18,21,24 31:25
  33:15 39:8,11,12
  41:8,11 48:17
  58:7 62:9 68:16
  68:17 72:12 92:19
  93:2,17 94:10,11
  94:16 95:10,10,15
  96:10,11,21,22
  97:2,5 117:6
  119:12
**accounting** 56:5,13
  56:14,15
**accounts** 22:12,25
  25:11 26:2,16
  44:23 47:10,11
  54:17 60:14,15
  62:11 73:16 79:9
  80:20 94:7,9 97:3

**accurate** 35:19
  96:22 124:13
**accurately** 65:3
  90:11
**accusations** 94:3
**accused** 76:14,15
**achieved** 55:22
  102:15
**acknowledge** 70:11
  79:18
**Acosta** 1:6 11:22
  12:13 16:3,19
  17:4,18 20:2,11
  23:9 24:19 26:14
  26:24 30:12,23
  41:9 42:5 43:19
  44:16,22 46:14,16
  46:18,22 47:7
  48:8 50:13,15
  52:15 72:7 76:15
  78:21 90:25 93:4
  93:18 94:15
  108:17 109:8
  110:13 115:12,15
  115:25 122:11
**Acosta's** 116:11
**act** 27:19 41:14
  49:4 52:7 53:17
  59:10 72:13 88:4
  88:9 90:21 91:13
  91:18,21 117:18
  117:18
**acting** 41:17 48:19
  93:12,20 116:20
**action** 124:20,21
**actions** 19:25 41:23
  41:25 43:8 116:9
**activity** 11:13
  46:22
**acts** 5:17,19 6:2,3
  7:11 48:15 49:16
  51:23 52:2,4,5,10
  52:11,19,24,24
  53:8,10,22,24
  54:2 57:16,19
  60:3,3 68:9 85:15

87:4 88:14,22
  89:6,13,21 90:18
  90:19 93:23 97:21
  109:12,19 110:4
**actual** 22:8 40:11
  44:12 45:13 73:22
  117:16
**add** 33:10 45:4,20
  47:2 50:5 51:20
  59:15 60:16 85:25
  87:18 90:15 92:16
  116:13,14
**added** 87:9 90:7
**adding** 60:18
**additionally** 59:12
**address** 4:19 9:25
  9:25 12:17,17,19
  13:18 15:24 17:22
  32:8,10 62:24
  99:7,23 100:7,11
  100:15,23 113:20
**adjust** 90:11
**Administrative**
  10:7
**administrator**
  11:24 41:14 48:9
  48:11
**admit** 31:20 93:7
**admittedly** 51:13
**advantage** 39:18,24
  40:6
**advise** 50:15
**advised** 46:21
**advocate's** 79:5
**affirmative** 3:9
**afford** 37:22
**agencies** 76:8 77:2
  78:2,3,25 79:2
**agency** 54:3 74:3
  79:10
**agenda** 118:9
**agent** 101:12
**ago** 100:10
**agree** 71:12
**agreed** 33:17 72:10
  105:7

**agreeing** 122:3
**agreement** 26:10
  43:14 92:15 105:7
  117:2 121:18
  122:5
**agreements** 26:20
  43:19 44:25 45:12
  69:24
**ahead** 101:7
**aid** 57:2
**airline** 21:21
**Alan** 75:7
**alcoholic** 69:2
**aliases** 5:6
**allege** 108:23
**alleged** 11:2,3
  27:20 41:8 44:11
  72:3 117:16,18
**allegedly** 51:2
  93:14 121:15
**alleging** 46:12
  50:12
**allow** 11:11 31:22
  42:15
**allowed** 11:5 23:18
  27:10,13,15 45:7
  46:21 56:12 62:24
  87:7 94:14 98:8
  98:10 116:15
**allowing** 26:15
**alluded** 91:24
**alongside** 40:15
**amendment** 60:19
  60:22 87:21,22
  92:2,6,13
**amenities** 103:10
**American** 59:11
**amicably** 117:3
**amount** 17:12 27:9
  27:22,24 34:17
  57:15 58:9 96:4
  96:14 97:10,18
  98:23 99:3 104:22
  105:22,25 122:16
**amounts** 68:13,14
**and/or** 47:12 52:15

93:8
**Angeles** 33:22
  55:25 114:13
**anguish** 54:7,10,17
  59:12 63:12 64:9
  96:5,6
**Ann** 36:12,12
**answer** 4:14 6:25
  7:3 33:7 35:16,18
  54:20 65:2 86:25
  87:5 94:21 118:19
**answered** 74:21
  75:21
**answering** 7:4
**antifiduciaries**
  80:20
**antifiduciary**
  122:17
**anxiety** 59:25
**anybody** 26:24
  35:18 57:21 64:8
  70:13 75:5 80:2
  95:6 113:12
  121:12 123:6
**anymore** 24:20
  78:11 96:15
**anyway** 35:3 42:23
  86:7 89:5
**apartment** 4:3,22
  12:23,25 13:8
  34:24 37:23,24
  99:12 102:4
  113:11
**apartments** 39:2
**apparently** 12:2
  26:13 27:16 30:17
  30:20 31:14 35:17
  37:25 40:10 44:24
  46:16 61:22 62:8
  70:15 71:25 72:7
  77:22 78:21 88:20
  93:3,7 96:11,13
  100:17 101:17
  110:9
**applied** 29:15,17
  56:11

apply 22:13 117:5
applying 35:10
    100:7
appraisal 101:9
appraised 101:21
    101:23
appreciate 23:21
approve 26:11
approved 30:2
approximate 102:6
approximately
    12:7,9 15:2,4 21:5
    23:7 24:9 27:25
    27:25 28:5 29:21
    31:20 43:17 95:3
    100:24 101:24
    102:25
arbitrator 7:3
area 21:7 108:20
    116:2 121:16
arguments 112:3
arising 89:8
arose 33:25
arrived 23:7
ASAP 94:4
aside 6:3
asked 11:10,11
    26:11 31:5 75:7
    77:13 99:23,24
    119:8
asking 3:13 4:5
    23:17 35:16 90:2
    98:20 100:11
    109:14 122:24
aspect 41:3 47:15
    110:7,21
aspects 60:18
assemblyman
    14:21
assets 18:25 57:22
    68:7,8,12,21
assistant 10:7
Associates 1:23
    9:14 112:24
assume 24:4 26:7
assuming 48:10

108:25
attempt 40:22
    56:10 57:19,20
    64:2 90:10 94:12
    109:5
attempted 12:5
    57:21 65:24 71:8
attempting 48:18
    59:2,10
attempts 54:11
attend 82:2
attorney 4:24 42:25
    43:2 52:6 54:21
    68:2 69:14,21
    70:8 74:14,16
    76:13,17 78:15,18
    82:17 90:8 91:13
    111:20 116:20
    119:11 120:24
    123:8 124:17
attorneys 1:14 23:9
    46:20 49:2,13
    50:14 52:16 79:23
    80:5 82:17 83:3
    84:4 90:8 120:8
    124:20
Attorney's 74:18
auditorium 80:17
August 39:15 58:16
    68:5 72:25,25
    74:8 99:21
authorities 53:6
    73:20
authority 1:6 8:16
    9:18 24:18,19,22
    24:23 25:13 41:8
    44:11,13,15 46:19
    47:8 48:24 52:17
    73:11,16 76:9
    79:8 84:22 86:21
    88:17,19 93:22
    99:2 117:24 122:4
    122:7,14,15
available 10:17
availed 24:14
Avenue 1:8,15 2:3

63:4
avenues 41:6 91:8
average 57:24 58:2
aware 24:16,18
    42:2 43:2 51:7,25
    59:6 60:12 62:3
    107:24
awhile 13:23
    100:10 112:18
A.G 76:2
A.G's 75:23
A.M 1:10,16 83:15

B

B 8:9
Baccalaureate
    55:24
Bachelor's 55:23
back 17:17 18:13
    25:24 63:11 65:13
    87:15 104:13
    106:16
background 110:9
bad 98:12
bank 24:22 25:7,11
    25:19,23 60:15
    78:10 93:12,13
    108:13
base 106:24 107:2
basically 27:7
    41:23 68:8 75:4
    94:9 95:6 98:7
    119:19,20
beard 3:22
bearer 115:19
beat 118:21
bedroom 37:21
bedrooms 38:7
beginning 15:8
    18:11 22:5 58:16
    68:5 95:13,16
    104:25
believe 9:14 10:5
    12:5 16:7,9 17:14
    19:8 21:6 22:8
    24:23 27:9 30:4

31:8 37:12 38:6,7
    40:16 41:7,11,12
    42:22,24,25 43:8
    43:11 44:20 46:14
    52:18,24,25 53:7
    53:11 55:10 57:23
    59:3 60:19 61:16
    62:16 66:13,15
    70:10 71:6 73:19
    74:11,15 76:11
    81:7,15 84:20
    85:20 87:21,25
    90:18 92:4,5
    93:18,21 97:20
    103:18 105:13
    106:3,11 107:14
    115:7,15,20 117:7
    119:3 120:4 121:2
    122:13
believes 121:14
bell 79:17
belongings 18:21
    18:24,25
Benefit 55:6
best 4:14 11:21
better 55:19
big 35:12
bigger 34:25
birth 7:12
birthday 7:17
bit 21:6 30:8 70:23
    72:4 91:13 97:13
    98:10 107:4
bizarre 30:14
blah 103:10,10,10
blank 119:22
block 27:12
blocked 12:2 17:5
    23:11 27:17 32:4
    117:8,12
blocking 24:25
    34:4
board 61:18
bonds 96:25
books 92:5
born 7:14

borrow 22:24
    73:15 93:3 116:16
bosses 78:21
bought 36:22 37:20
    37:21,22 72:8
    101:20
Boulevard 1:24
bragging 103:8
breach 46:5 50:9
Brian 1:4,13 2:5
    3:2,8,24 4:21 14:8
    14:8,9,12,22
    124:9
BRIANTBURK...
    123:17
brief 30:19 112:2
briefly 56:18
briefs 112:2
bring 6:18 16:2
    52:25 53:3,23
    77:5 80:7 82:2
    84:12 85:10 93:24
    109:7
bringing 10:24
    53:6
broad 49:10
Broadway 9:25
broken 84:17
broker 103:17
Brooklyn 80:13
brother 36:6,15
    37:4,12 38:3,14
    101:12 103:5,11
    113:22 114:4
brother's 36:7
brought 5:24 6:4
    6:18 11:7,7,16
    53:4 80:13
Brown 111:19
brownstone 113:25
Bruce 3:3 124:6,25
buck 75:2
build 115:20
    119:23
building 13:12,14
    14:18 15:21 36:23

37:5 40:13,14,14
101:15,16,17,18
102:3,3,20 104:23
115:13 119:25,25
**built** 13:6 15:6,8
19:4 20:5 40:10
40:13 119:23
120:2,3
**bulletin** 62:8
**bulletins** 62:5
**Bureau** 8:25 71:8
71:23 111:11
**Burke** 1:4,13 2:5
3:1,2,8,10,24 4:1
4:5,21,24 5:1 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1,8,9,9,12,13
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1,8,11
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1,8,12
37:1,3 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1,18
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1,22,24 86:1,3
86:8 87:1,9,11,13
88:1 89:1 90:1
91:1 92:1 93:1

94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
108:6 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1,10,11,16
124:9
**burn** 86:9
**business** 30:17 33:5
46:15 103:12
**buy** 21:21 38:6
103:7 119:22,24

**C**

**C** 2:2 10:16 124:2,2
**calendar** 81:11
**California** 14:2,5
36:17 55:25
**call** 21:18 32:3
55:24 66:5 71:9
82:12 96:18,18,20
98:7,10 120:20
**called** 11:23 27:6
29:16,18,18 30:19
31:19 55:6 71:21
72:23 73:7 74:6
76:10 78:5,20
79:6
**Callico** 72:8
**calling** 24:8 31:18
76:5 120:20
**calls** 23:8,14,17
30:9,11 47:21,22
76:7,8,25 77:11
78:12,13 79:19
84:22 95:3 98:5
**camera** 28:11 37:3
85:24
**capital** 105:24
119:6,20
**car** 38:23

**cards** 72:2
**care** 115:8
**career** 33:3 35:10
**case** 6:2,4 7:5 18:10
50:19,24 51:9
53:25 54:5 60:9
61:11,25 66:4
90:3 91:15 111:18
111:21,24 112:9
112:12,16,17,17
112:25 115:4
120:22,23
**cases** 77:13 113:4
120:21
**cash** 104:21
**catch** 98:11
**catholic** 65:22
**cause** 12:6 17:8,16
40:22 41:16 48:18
52:3 54:11 57:20
59:12
**caused** 54:17 57:16
68:9
**causing** 23:12 96:5
**Cavanaugh** 14:22
**cease** 31:17,18 98:9
108:11
**Census** 8:24,25
9:12 111:11
**cereal** 68:24
**certain** 82:24 89:21
**certainly** 6:15 17:4
20:8 23:16 31:20
55:4 57:17,25
59:4 62:18 70:11
75:12 76:7 77:3
79:18 82:3 93:25
94:3 95:13 96:15
101:5 108:14,20
110:16 116:10,24
117:24,25 118:5
120:5 122:3 123:4
**certificate** 19:18
105:2
**certified** 29:24
**certify** 124:8,14,17

**chairman** 61:14,16
61:17
**chance** 23:22
**change** 86:25 96:16
97:4,5 98:3
**changed** 10:4 44:24
81:24 97:23
**changeover** 44:18
**changes** 94:11
96:10
**changing** 84:19
86:13
**check** 17:12 25:9
28:8 29:25 30:4
30:25 58:10 98:24
107:9
**checked** 85:24
**Chicago** 7:15
101:16
**child** 38:10,16
**children** 37:16 38:8
38:15 113:18
**Chin** 2:4,4 3:7,10
28:6,10 37:2
45:17 70:22 85:23
86:6,9 87:8,12
123:9,14,18
**Ching** 3:10
**choose** 92:14
**Chris** 82:5 83:2
**Church** 36:13
**Circuit** 111:14,25
112:4
**citizen** 59:11
**city** 8:8 16:20 19:20
19:23 20:17 21:10
21:16,25 24:20
26:22 33:19,23,23
44:14,17,17 45:16
47:23 50:17 52:15
53:5 60:13 71:2
71:17 73:4,8,9
74:13,20 77:15
78:9 79:2 89:23
**civil** 50:7,11 51:20
52:4 53:8 55:11

59:8 88:15 89:6
**claim** 1:3 3:12,14
6:5,5,12 10:21
11:16 12:10 25:3
28:2 39:17 40:20
43:9 51:21 53:15
58:6 60:18 63:11
70:10 71:9 87:17
88:24 89:9,11,12
89:17,20 90:11
92:18 108:7,25
109:10,13 110:5
120:12
**claimed** 93:10
**claiming** 57:9,14
58:23 110:6
114:22 122:8
**claims** 4:6 11:23
60:16 90:20 91:8
**clarification** 32:14
64:6
**clarify** 86:11
**class** 6:9 81:3 85:8
**classes** 3:20 56:15
80:25 81:12
**clear** 27:2
**click** 117:9
**client** 65:10,11
**close** 91:8
**closer** 75:17
**clothes** 35:6
**clothing** 35:8
**cocaine** 72:9
**code** 115:15,17
120:7 122:12
123:5,6
**codes** 115:15
122:12
**colleagues** 61:4
**college** 32:23 33:22
**Colorado** 31:15
36:16 37:17
**come** 29:9 62:4
84:3 90:22 92:15
105:25
**comes** 90:17,18

**comfortable** 63:23
  oming 5:8 68:23
**comments** 110:8
**Commerce** 8:24
  111:7,9,24
**common** 20:21,22
**communications**
  76:25
**compact** 87:14
**company** 17:19
  20:2 43:20
**compensated** 60:24
  87:25
**complaint** 76:4
  78:4 85:11,12
  109:20 110:2,20
  110:23
**complaints** 7:6,7
  70:2 85:6 112:13
**complete** 12:4
  15:18 31:22 44:2
  45:24 56:22 79:11
  105:12 106:22
  121:24
  ompleted 58:21
  104:23 119:4
**completion** 36:21
  106:7,10
**complex** 72:4
**component** 18:13
**components** 20:19
**comptoller's** 75:11
**comptroller's** 73:8
  73:9 74:12 75:6
**comtroller's** 74:20
**concentrated** 58:15
**concerning** 3:12,13
  12:13 24:4 26:2
  44:5 49:5 57:3
  67:6 79:14 80:3
  112:12
**condition** 77:22
**condominium**
  15:22 19:4 20:21
  21:14 36:22 40:25
  43:8,20,24 45:25

98:15,16 99:11
  101:10
**condominiums**
  37:19 38:4 39:2
  40:12
**conduct** 30:16
**confirm** 8:4
**confirmation** 23:5
**congress** 78:7
**conjunction** 16:19
**consider** 25:20
  27:19 58:2 67:14
  69:12 118:2
**consideration** 42:8
  109:18
**considerations**
  17:18 26:13,21,24
  42:5 44:22 47:5
  47:10 50:18 52:14
  90:24
**considered** 33:24
  33:24 37:13 53:6
  54:2,23 96:2
  110:21 115:21
  119:4
**considering** 33:4
  33:18 34:15 53:5
**conspiracies** 51:2
  51:10 52:23 53:13
  54:15
**conspiracy** 46:4,10
  46:12 47:3,4,14
  50:7,8,11,12
  51:17,21 52:5
  76:16
**constitution** 60:20
  87:21 92:3
**construct** 63:17
**construction** 30:16
  63:7 84:23 103:10
  122:15
**construe** 122:17
**construed** 85:18
**construing** 122:18
**consult** 69:17
**consultation** 46:18

**consulted** 69:14
  120:8
**consulting** 9:14,23
  76:15
**contact** 31:9 82:11
  82:11
**contacted** 73:6
  79:13
**contend** 16:18
  41:16 52:6 116:17
**contended** 16:18
  115:12
**contending** 52:3
  58:7 88:22
**context** 57:25 64:14
  65:8,18,19
**contract** 16:4,8
  20:7 22:2,7,9,10
  26:7,8,15 29:21
  41:12 42:18 43:7
  43:7,11,23,24
  44:6 45:21,23,24
  46:5 50:9 55:11
  59:8 81:23 84:20
  84:21 90:23
  100:14,20 105:9,9
  105:15 107:24
  109:5 110:3 122:9
**contracted** 87:7
**contractor** 119:24
  119:24
**contracts** 26:20
  27:20 42:8 44:8,9
  44:10,12,12 45:6
  45:7,8,9,11,14,15
  46:2 47:6 50:16
  52:13 104:9
**control** 26:16
  108:21 116:22
**controlling** 73:16
  79:8
**controls** 55:5
**controversy** 25:16
**conversation** 30:20
  65:17
**conversations** 11:6

11:8,9 24:5
**conversion** 11:17
  24:23 53:12 92:18
  92:22 116:18
**converstion** 119:11
**convert** 43:21
  80:19
**converted** 12:2
  93:8
**converting** 24:24
  48:18 54:16 60:20
**copies** 23:17,19
  44:8
**copy** 20:9 23:16,21
  26:7 29:20,20
  61:25 62:2,19
  100:13
**corporation** 52:17
**corporations** 25:12
  52:17
**correct** 11:18 15:12
  36:2,25 39:19,22
  42:19 44:16,22
  46:6 48:6 62:22
  70:12 71:3 83:4
  96:4 98:23 99:3
  107:14 121:7
  124:12
**corrective** 66:16
**correctly** 95:24
  98:21
**corrupt** 53:17 54:2
  54:3
**corruption** 7:10
  52:13 89:10 91:17
  91:23
**cost** 70:15
**counsel** 90:8 92:14
  124:18
**counseled** 54:25
**counseling** 57:6
**counselor** 21:12
**counsel's** 23:10
  26:25 41:10 46:20
  47:24 55:9 59:5
  76:10 78:23 80:8

**counting** 15:18
**County** 124:4,7
**couple** 97:6
**course** 17:23 22:17
  22:24 27:18 29:20
  31:13 52:6,24
  53:15 61:13 85:20
  87:2 95:17 96:12
  117:10
**court** 17:9 18:6
  25:17 41:17 52:6
  85:25 98:20 99:2
  111:13 112:5,19
**court's** 117:4
**cover** 75:3
**covered** 52:4,19
  53:16 88:11
  100:16
**covering** 3:21,22
  62:7 90:19
**create** 106:23
  109:16
**creates** 106:18
**creating** 93:23
**credit** 72:2
**crew** 5:23
**crime** 72:6
**crimes** 53:13 71:24
  72:3
**criminal** 5:18,25
  6:3 7:11 11:13
  27:19 52:24 53:8
  57:19 60:3,3 68:9
  72:13 85:15 87:4
  88:14,21,22 89:6
  93:23 117:15,18
**criminality** 116:3
**criminally** 93:18,20
**current** 32:8
**currently** 51:13
**Curtis** 61:15

**D**

**damage** 77:24
**dark** 3:20 66:2
**data** 5:11 100:25

**date** 6:15 7:12 15:5
  16:5,5 105:4
  106:10
**David** 111:19
**day** 24:9 27:17
  81:10 123:22
  124:10,23
**days** 24:9 30:5
  81:22
**dead** 116:8
**deadline** 58:17,18
**deal** 20:9 31:11
  34:23 35:2 42:3
  51:13 54:17 55:13
  57:25 67:10 68:4
  72:4 100:14 109:9
**dealing** 24:16 30:13
  49:20 63:19 71:24
**deals** 63:9
**dealt** 70:20 83:19
**debits** 98:24
**December** 1:9,15
  104:14.16 124:10
  124:23
 **decide** 48:20 88:20
  116:24 122:22
**decided** 55:18
**decision** 112:6
**decisions** 72:14
**declined** 11:14
**deduct** 99:2
**deducted** 25:9,10
  58:9 96:4 97:18
  98:23
**deduction** 106:16
**deemed** 69:6
**default** 12:6 16:7
  16:24.25 17:4,16
  19:25 24:12 29:23
  40:22 41:16 43:16
  48:18 54:11 57:20
  58:13 68:18
  106:23 107:15
  109:16 116:9,11
  120:13
**defaulted** 107:19

107:23 108:2
**defendant** 111:18
**deferred** 25:21
**define** 21:11 22:7
  43:4 57:11 120:4
  122:2
**defining** 34:8
**definitely** 92:11
**definition** 24:25
**degree** 55:14,23
  56:10 82:21
**degrees** 116:21
**DEITZ** 1:23
**DeJesus** 61:21
**demand** 25:22
  35:12,17 108:10
**demanding** 95:23
**Denver** 37:16
**department** 8:9,23
  8:24 53:5 71:2,6
  71:18 73:4 75:14
  75:15 111:6,9,24
**depend** 58:24
**depends** 28:15
  107:7
**deposit** 12:8 15:17
  15:17,19,20 22:6
  25:14 36:23 54:13
  58:14 68:20
  103:22,22 104:4,9
  104:11,13 105:5,6
  105:11,12,15
**deposited** 24:21
  103:21,24 107:8
**deposition** 59:9
  61:13
**depositions** 47:20
  91:6
**depression** 67:4
**deputy** 70:18
**describe** 32:16
  37:18 42:20 57:13
  64:15
**described** 46:25
  49:17 50:9 51:6
  53:20 58:4 64:7

67:21 78:3,14
  88:7,25 89:14
  91:9 118:12
**describing** 34:16
  63:22
**description** 46:24
  48:11,13,14,23
  51:20 69:20 90:15
**desist** 31:18,18
  98:9 108:11,16,16
**desk** 5:23 6:9 85:5
  87:4
**detail** 115:16
  119:10
**details** 63:15 69:19
  93:14 105:3
**detective** 72:20
**detectives** 71:6
**detriment** 16:20,22
  43:11
**developed** 50:25
**developer** 43:14,20
  109:18
**development** 43:15
**diagnose** 85:21
**diagnosed** 77:18
**diagnosing** 85:5
**diagnosis** 77:18
**diary** 59:19
**difference** 17:11
  29:10 97:18
**different** 20:19
  24:7 25:11,12
  31:16 32:20 35:9
  36:25 37:9 51:12
  52:8 59:24 62:7
  71:24 72:19 76:8
  83:20 94:19,21,21
  118:20
**difficult** 75:25
**difficulty** 22:22
  58:12
**digital** 87:10,12,14
**diminished** 97:21
**direct** 30:13 108:20
**direction** 118:3

**directly** 24:21
**director** 121:2
**disagree** 95:19,21
**disappointed** 82:19
**disbursement** 12:3
  17:6,10 23:11
  27:18 39:14 94:13
  117:8
**disbursements**
  39:15
**disbursing** 49:22
**disclose** 100:13
**disclosed** 51:15
**disclosures** 42:14
  50:23,23
**discover** 90:23
**discovery** 42:13
  50:22 90:6,23
  91:5
**discretion** 55:19
**discriminate** 110:7
**discrimination**
  109:10,13,20
  110:2,5,20,22,22
  111:10 120:12
**discriminatory**
  108:15
**discuss** 60:8 63:17
  64:3,19,20 116:25
**discussed** 6:6 46:8
  61:3 101:11
**discussing** 63:8,14
**discussion** 11:14
  60:5 117:21
**discussions** 7:9
  11:12,15
**dispatcher** 109:25
**dispute** 60:17
**distress** 23:12
**District** 8:12
  111:16
**ditigal** 87:14
**division** 8:10 61:15
  71:23
**document** 115:11
  115:13 122:2

**documentation**
  5:15 76:24 77:7
**documents** 47:19
  121:14,17,19
  122:3
**doing** 33:4 61:12
  64:17 73:14 75:2
  91:6 94:10 108:17
  108:18 116:3
  120:19
**dollars** 12:8,9,11
  24:13 40:13 43:17
  54:13 68:19 97:19
  101:24 102:10,16
  102:25
**domino** 118:18
**donate** 35:3
**door** 28:7 70:23
**Downs** 61:17 83:9
**dozens** 31:16 76:7
**drink** 68:23
**driver's** 13:16,19
  13:21,23 14:11
**drop** 82:13
**drugs** 69:4
**dual** 56:12
**due** 16:6 19:25
  29:22 60:22
  104:19 116:9
  117:21
**duly** 3:2 87:24
  124:14
**duplicate** 23:22
**duress** 12:10
**duty** 46:23
**DVC** 87:13
**DVD** 87:13
**D.J** 61:18

**E**

**E** 2:2,2 6:10 85:8
  124:2,2
**earlier** 50:10 81:19
  91:24
**early** 62:16
**earned** 16:17 25:14

68:8
arnings 10:21,25
cast 2:6 4:2,22
   17:21 32:9
cat 68:23
economic 39:18,24
   40:5
economics 55:14
   56:3,8,19
ect 87:17
education 5:21
   85:3
effect 96:9
eight 86:18 87:12
either 3:23 14:8
   26:8,20 50:17
   60:21 64:22 65:11
   65:24 71:12 91:20
   97:15 101:20
   104:14 106:9
   108:18 121:23
elaborate 64:25
   89:19
elected 14:21
lement 41:11
   43:12
elements 90:5
eliminate 110:16
   118:6
emotional 54:25
   57:4,9,12 58:23
   63:12 64:8,15
employed 124:19
employee 93:25
   109:10
employees 42:6
   49:14 52:16 68:10
   68:10
employment 19:19
empowered 11:25
enact 97:24
encompass 50:25
   84:24
engineer 33:2
English 66:22
entities 73:5 79:12

entitled 16:10 97:9
   97:10
envision 19:20
episodes 9:4
equal 96:13
equity 12:8,24 40:9
   43:18 54:13 68:19
escalate 30:10
especially 77:10
ESQ 2:4
essentially 64:2
   85:15
est 118:18
estate 39:2 96:20
   100:3 101:12
   102:7 103:12,17
Europe 114:12,12
   114:14,17
eventual 21:15
   23:19
eventually 30:11,18
   102:5
evidence 26:18
   49:24 50:2
evidenced 63:13
ex 62:12 121:20
exact 15:5 16:5
   24:25 100:10
   105:4 106:9
exactly 11:24 65:2
   70:3 92:21 103:16
examination 1:13
   3:6 5:15 65:11
   124:8,12
examined 3:4 5:16
   28:11 37:3
examples 33:12
excellent 8:6
exceptions 27:10
exchange 74:9
excuse 8:24 85:22
   110:23
executive 121:2
exercises 116:21
exist 27:20 93:10
   95:20

existed 92:25
exists 93:10
expect 102:4 123:6
expected 30:2
expecting 83:24
   84:9
experience 32:25
   118:8
experienced 64:9
experiencing 59:17
explained 64:11
extant 92:25
extent 34:17
Extra 10:15
E-mail 123:13
E-mails 103:6,9
E-T-C 87:17 88:23
   89:16

**F**

F 73:13 124:2
face 3:17,21,23
facing 68:6
fact 11:7,23 14:16
   31:17 50:14 61:19
   71:8 75:14 76:13
   77:11 86:16 93:10
   93:12 95:25 96:17
   97:12 100:12
   101:14 108:16
   116:23
facto 62:12 121:20
fail 116:13
fairly 95:12
fall 52:7 91:19
falls 73:21
family 34:2,3 35:24
   36:4 38:17 113:14
far 15:19 41:24
   42:15 49:24 51:7
   51:9 55:7 64:18
   74:17 87:3 91:10
   92:12 93:9 94:10
   96:23,24 103:9
   106:18 108:22
   110:13 119:18,19

121:18
Fascorp 17:7 20:10
   22:13 23:8,15
   26:12,14,15,22
   29:19 30:10 31:4
   41:10 42:5 44:11
   44:24,25 45:15
   47:6,9 48:24
   49:14 50:16 52:14
   68:11 76:9 77:10
   90:24 93:11 94:15
   94:17 98:7 100:17
   115:6 121:9,19
   122:6
Fascorp.com 29:13
Fascorp/Great 1:6
   16:19 24:17 26:5
   26:10 31:6,17
   47:23 89:24
Fastcorp 25:10
father 77:22
favor 94:2
FCC 73:12
feature 119:19
February 18:11
federal 17:8 25:17
   50:23 53:7 73:11
   73:20,24 74:17
   75:15 78:8,10,24
   79:3 86:19 87:24
   92:7 111:13
FedEx 30:4 31:2
fee 104:11
feel 55:16 60:13
   63:19
feeling 63:23,24
   66:18,19
fees 20:21,22
felonies 6:10,10
   51:24 52:18,21
   53:24 88:10 91:16
felony 85:8
felt 60:11
female 72:20
Ferrari 72:8
fiduciaries 49:4,12

fiduciary 41:13,17
   46:23 48:5,12,14
   48:19,24 49:6,11
   49:14 93:20
field 62:6
Fifth 60:19 92:5
figure 7:4 102:9
figures 108:24
file 109:9
filed 6:5 50:3
   111:12,15 112:2
   120:23
filings 7:6
finally 23:8
financial 25:15
   48:16 53:13 57:2
   71:24 96:5,6
financially 124:21
find 61:22 79:7
fine 34:13,14
   123:14
finish 16:21 45:4
fire 63:21 64:2
firm 9:14 90:9
first 3:2 9:4 22:2
   26:2,5 29:17
   94:24 97:6 104:6
   104:8,16 105:12
   109:24
fit 91:18
Fitzgerald 36:10
five 27:12 87:22
   119:3
five-year 17:11
   58:10 96:3 106:17
floor 2:3 19:9,9,10
   36:25 37:9
floors 102:19
focusing 32:23
   60:25 63:9
folks 79:25
follows 3:5
follow-up 78:11
foregoing 124:8,12
forever 77:13
forget 98:5 99:25

formal 6:5 7:6
    34:21 85:11
found 30:11
four 85:9 103:15
frank 82:20
frankly 72:2 99:12
fraud 41:3,5,6,11
    41:18,22 42:16
    43:13
fraudulent 72:12
fraudulently
    106:21
freeze 41:11 47:11
    57:22
freezing 24:24
    48:17 54:16 72:11
    119:12
friend 109:11
front 111:13,25
    112:3 122:22
froze 93:6,8
frozen 12:2 23:11
    32:4 58:8 93:8,17
    94:15
fulfill 27:7
full 3:16 58:20
    109:23
fully 50:25
full-time 9:11,18
funds 25:3
fungible 17:25
further 92:17
    124:14,17
future 19:23 32:21
    51:5

_____ G_____
gain 43:12,12,17
gains 119:6,20,21
gathering 50:2
general 5:17 17:6
    17:10 20:12 21:25
    23:10 26:25 27:6
    27:6,18 29:7,8,10
    32:22 35:16 39:13
    41:9 42:10 46:19

47:8,24 53:13,25
    55:9 72:5 94:5
    60:8,10 61:3,8,10
    62:20 74:16 76:10
    78:23 80:15 85:10
    91:16 94:13 115:7
    117:5,7 120:25
    121:13
generally 32:23
    48:22 50:19 62:24
    64:20 73:11
general's 5:24 11:5
    11:12 53:3,4 70:2
    70:5,9,17,18 72:6
    73:3 74:14 78:16
    78:18 119:9
generously 11:11
gentleman 63:22
    110:14
getting 30:7,9 31:9
    51:23 66:6 67:8
    75:17 99:6 103:3
    107:12 108:12
give 20:8 30:12
    86:18 94:24 115:9
    115:10,10 123:13
given 5:4 23:5 44:8
    48:14 104:3
giving 44:21
gladly 92:3
glasses 3:16,19
    66:2,6,7
go 7:3 16:6 17:17
    19:24 25:22,23
    30:20 33:13 35:7
    40:19 57:20 58:13
    62:5 78:6,7,7
    81:20,21 83:13
    98:20 110:11
goes 25:10,10 42:12
    43:13 83:11 102:7
    106:16
going 3:23 7:22
    15:14,16 22:18
    29:23 30:25 34:6
    37:14 40:14,19

43:15 58:8,11,25
    70:22 80:7 84:12
    86:4 87:15 88:8
    102:13 105:20,21
    109:2 120:24
good 35:11 55:3
    62:25 93:24 108:9
    110:10,10
gotten 54:25 57:6
governing 122:4
government 60:24
    73:5 74:17 78:3
    79:12,21 87:23,24
    88:2 92:7
governor 120:25
governor's 79:6
graduate 32:23
    56:6
grandfather 71:14
granted 19:18
    116:21
gray 116:2
great 17:11 20:9
    23:12 33:23 34:23
    35:2 42:3 49:25
    54:17 55:13 57:25
    67:10 68:4 73:17
    100:14 109:8
greatly 18:3
Greek 76:22
grievance 6:17,18
    6:20,21,24 84:25
    85:16
grievances 6:7 80:7
    81:24 84:10,14,18
    85:12 86:12,14,23
    110:24
gross 107:9
ground 40:17
groups 79:13
guess 18:7 20:23
    29:16,19 34:5
    42:22 46:17 48:20
    48:22 54:6,21
    61:14 62:11,11,23
    63:15 64:12,22

67:14 70:7 73:17
    76:6 77:21 79:24
    80:9,16 82:18
    84:23 85:14 86:20
    87:13 88:18,19
    89:18,25 90:4,6
    95:22,22 98:11
    101:22 103:19,19
    104:25 106:2,7,9
    107:3 112:3
    114:11 118:21
    120:4 121:20,21
    121:23
guy 122:18
guys 86:20

        H
habitability 112:14
    113:9
Hahn 16:4 20:10
    29:20 41:10 46:14
    50:14 52:16
    100:17 105:10
half 12:9,11 27:8
    43:17 54:12 68:19
    97:14
hand 124:23
happen 66:5 93:25
happened 67:13
    118:22
Hawaii 101:16
head 59:23 70:16
    70:18
Health 55:6
hear 82:19
heard 62:13
hearing 3:11 5:8
    86:22
hearings 87:5
hearsay 46:17
    121:16
held 1:14 20:10
    63:4 80:13 93:13
    93:15,15
help 17:4 74:3
    77:25 116:11

hereunto 124:22
Hevesi 75:8
higher 40:10
    102:19
highest 31:8 55:21
    82:21
histories 59:4
history 54:4
holder 41:15
holders 42:9 48:12
holding 85:16
    104:11
home 12:17 48:19
    57:20,22 99:10
    100:4 107:6,7
    115:20
homes 37:13
honest 72:21,21
    100:9
hope 19:19 101:8
hopefully 59:25
    62:7 106:13
hoping 33:11 72:21
    120:13
hopping 73:2
hot 63:23
hour 86:8
hourlies 120:15
hours 86:18
housing 96:19
    112:19
hundred 23:7
    31:21 76:7 95:3
    97:2
hundreds 23:7
    24:13 97:19
hung 30:21

_____ I_____
idea 8:6 20:12,15
    27:22 28:3 123:8
identical 40:12
    86:16 101:17,25
    102:2,2,17,18,18
    102:21,23,24
identity 7:23

illegal 24:24 26:23
  41:7 43:18 44:12
  47:5,9,10 50:16
  50:18 52:13,23
  53:12 57:16,19
  69:4 85:20 90:23
  90:23 110:4
  117:15
illegally 16:18
  55:10 57:23 59:7
  81:23,23 85:17
  93:17 97:21
Illinois 7:15
illnesses 69:9,11
imagine 45:14
  64:17 87:3 106:12
imagining 34:11
imcompetent 69:7
immediately 95:25
implied 26:8 51:9
implying 34:5
  35:17
important 4:13
  105:3
  mpression 46:18
inaction 89:21
inactions 41:23,25
  43:8
inactivities 46:22
incident 57:5 60:7
incidents 6:12
include 50:13 89:4
  89:15 91:10,14
included 89:10
  91:11,13,20
includes 51:24
including 5:25 6:2
  33:21 41:25 42:3
  47:24 49:13 76:9
  77:10 84:24 89:24
  90:4.20.25 94:11
  103:22 109:4
  118:23 123:7
income 96:7 106:17
incoming 61:16
incompetency

116:2
incompetent
  115:25 120:9
incorrect 85:19,19
incorrectly 22:22
independent 53:2
  121:3
indicated 100:21
indifferent 120:9
individual 23:8
  30:22 31:3 46:19
  46:20 48:15 57:17
  57:24 58:2 68:10
  109:15,21 111:17
  116:19 117:23
  118:14 120:12
individuals 24:2
  26:16 41:9 42:6
  43:14 45:2 47:20
  48:23 53:14 60:12
  61:6 74:19 75:20
  89:21,24 90:24
  120:7
individual's 118:8
induce 46:5 50:9
Influenced 53:16
informal 85:11
information 10:10
  16:9 21:25 29:15
  30:9 51:14,14
  89:5 103:5 115:8
inherited 77:21
initial 22:6,9 29:17
  78:13
initially 70:15
injunction 17:8
injunctive 98:21
injuries 64:8,15
  69:10 114:23,24
injury 57:9,12,14
  58:23 63:12
innumerable 31:16
input 94:20
inspector 5:24 11:4
  11:12 53:2,4 70:2
  70:4,9,17,18 72:6

73:3 85:10 115:7
  119:8 121:13
instance 5:13 49:4
  55:9,18 63:22
  78:9 89:10 90:6,7
  90:22 93:11
  101:19 102:9,20
  102:22 106:16
  115:18
instances 82:24
instant 6:2,4
institution 25:15
instructions 6:11
insurance 25:23
intended 100:12
  106:20
intending 97:7
  116:5
interaction 12:12
interest 82:4
interested 17:21
  44:9 61:10 110:17
  119:2 120:17
  122:20 124:21
interesting 26:4
  73:22 85:14
interests 23:2 41:15
  42:9 48:15,16
  59:20 93:21,21
interfere 106:20
  109:5
interfered 17:3
  19:14 25:5 43:10
  67:18
interference 39:18
  42:17,24 44:5
  45:21,23 54:15
  119:13
interfering 40:3,4
  67:19 108:11
interim 28:12
  115:20
International 10:4
  10:5
internet 76:3,3,4
interrupted 67:18

investigation 70:11
  70:16,20
investigator 70:7,9
investing 38:4
investment 68:15
  100:4
involved 26:21 42:7
  44:10 47:20 49:2
  49:12,13,16 50:16
  50:19 53:25 59:4
  60:2 73:22 77:10
  93:14 109:9,12
  110:20,25 111:4
  113:6 118:5,9
  119:10
involves 88:5
involving 40:8
  44:23 45:8 46:11
  46:13 47:5 50:12
  52:13 58:6 61:24
  63:15 85:2,16
  87:4 89:4,5
  110:12 111:11
  117:17
Irish 110:9
IRS 115:15,15,17
  118:13,15,17,22
  119:4,7,10 120:7
  122:12,12 123:5,6
Island 71:11
isolate 118:6
issue 20:11 23:20
  41:18 83:23 84:13
  85:14
issues 7:8 82:3 84:7
  86:16
items 40:19
I.G 121:3

____ J

J 10:17
jail 57:17
JAY 1:23
jazz 103:18
job 9:18 10:15
  21:23 32:22 35:11

46:23 48:11 59:2
  67:11,13,18,19
  71:16 75:2 108:18
  108:18 115:25
jobs 86:19
join 86:15
judge 54:6 112:18
  122:22
judgment 112:8
juice 68:24
jury 48:20 122:22

____ K

Kapoor 11:4 70:8
  70:21
Katherine 78:20
Kathleen 36:10
keep 59:19 77:12
  77:14
Kelley 36:12,12
Kenmore 112:24
kept 59:16 60:4
Kevin 36:8
kind 24:11 28:6
  30:14 54:20 63:24
  67:25 68:3 70:23
  76:22 84:22 98:10
  118:15
kissoff 75:4
knew 22:16,18,20
  65:15
kno 43:6
knock 101:8
know 6:14,23 9:15
  9:15,17 12:13,15
  13:9,10,24,24,24
  14:19 16:3,13
  17:25 20:6,8,9,23
  21:5 23:2,17 24:7
  24:8,9,10,12,13
  24:16 26:6,9
  28:15 29:9 30:7
  30:15,15,16 31:13
  31:15 32:3,14,19
  32:20,24,25 33:5
  33:5,8,9,23 34:3,9

34:9,10,12,14,18
34:20,21,22,23,25
35:5,6,9,10,15,18
37:14,15,20,22
38:4,21 41:6
42:12,13,13 43:3
43:4 44:19,19
46:15 47:18,19
48:13 49:3,21,21
49:23,24 50:2,3,4
50:22,24,25 51:8
51:10,11,11,12,12
51:22,25 52:2
53:12,12,14,16
54:3,4,14,22 55:5
55:7,8,12 57:17
57:19,22 58:6,20
58:25 59:3,5,8,14
59:22,24,25 60:2
60:17,20,21 61:9
61:15 62:3,7,13
62:25 63:7,15,16
63:17,18,21,24
64:3,12,12,13,14
64:18,18,19,21,21
64:21,22,23,25
65:14,15,16 66:15
67:8,9,11,12,12
67:24,25,25 68:6
69:16,19,20 71:7
71:13,13,14,25
72:9,10,14,22
73:15,19 74:7,17
74:24,25 75:3,4,4
75:8,24 76:5,5,6,6
76:14,14,17 77:3
77:4,5,5,12 78:6
78:17,24 79:7,16
79:17,21,21,22
80:10,10,11,12,15
80:18,19,25 81:2
81:10,14,22 82:3
82:9,10,17,18,18
82:19,19,21,23,23
82:25 83:11,12,19
83:19 84:8 85:7

86:20 87:6,23
88:4,5,9,10,15,15
88:16,17,21 89:5
89:6,6,7,8,9,9,18
89:19,20,20,21,22
89:23,25,25 90:3
90:4,5,5,7,8,9,10
90:10,11,12,21,22
90:25,25 91:2,4,5
91:7,7,16,16,18
91:19,21 92:4,9
92:12,13,14 93:4
93:4,5,8,9,11,24
94:2,12,20,20,24
95:2,5,12,18
96:18,20,23,24
97:15,19 98:8,20
98:24,25 99:11,19
99:20,21,21,23,24
99:24 100:2,3,8
100:13,18,24
101:3,11,13,22
102:7,10,11,12,13
103:2,7,7,13
104:10,21,25
105:4,8,8,23,24
106:8,9,10,15,16
106:19 107:2,8,8
107:9,9 108:10,12
108:13,14,16,20
108:22,22,23,24
108:25 109:4,5,7
109:16,17,19,23
110:3,8,10,12,13
110:13,14,14,18
115:3,4,4,6,7,8,9
115:11,14,21,24
116:4,6,9,10,12
116:17,18,22,23
116:24,25 117:2,3
117:14,17,20,21
117:21,22 118:2,3
118:3,7,18,19,19
118:21,23 119:2
119:11,12,13,17
119:22 120:4,4,10

120:11,14,17,19
120:25 121:15,25
122:6,16,22 123:5
knowledge 96:17
knowledgement
78:16
known 5:3 49:20
55:5 119:19
knows 110:15

                    L
l 110:17 36:16
labor 6:22 75:14,15
86:15
lack 51:13 67:15
68:17
land 39:3
landlord 18:6,9
99:12 111:7
112:10,25 113:2
landlord's 112:23
Lapp's 78:20
large 17:12 80:16
larger 37:23
Las 13:7 15:6,22,25
16:24 19:2,3,11
19:13,15,19 20:5
21:2,14,24 22:3
29:24 32:13,22
33:13 36:17,19
37:7,14,19,25
38:18 39:5,21
40:5,25 43:24
99:11,17 100:7,22
101:10 102:8
107:12,18
late 56:12
law 5:14,21 46:24
50:24 51:25 55:11
85:3 86:19 90:9
92:5 115:24
116:23
Lawford 31:7
lawful 12:3 108:12
116:12
Lawson 1:24

lawsuit 111:8,10,12
lawsuits 23:19
111:2,4 113:5,5
lease 114:8,9
leave 21:10,16
56:24 99:13
leaving 19:20,23
22:25 92:13
lecturer 103:20
left 76:13 78:4
legal 26:23 44:12
48:13,23 60:18
63:10 69:7 73:16
79:8 90:12 95:22
101:22 104:12
legally 67:17 97:9,9
lengths 49:25
lenses 66:16 77:24
letter 29:22 31:18
78:16 98:9 115:16
let's 18:10 21:3
52:10 95:11 103:2
level 55:21
leveled 102:8
levels 78:22 94:21
license 5:22 13:16
13:19,22,23,25
14:6,11 85:4
lifetime 68:9
light 66:9
likewise 77:16
limitations 96:8
limiting 96:6
limits 121:21
line 10:13 95:7
96:16
lines 10:16,17
listed 7:16
literature 25:25
101:14 103:3
litigation 77:14
little 21:6 30:9
70:23 72:3 75:17
97:13 102:10,12
107:4
live 4:2,21 12:25

36:14 99:12
113:12,21,24
114:10
lived 14:2 33:18,20
33:20,21 113:22
113:23
lives 36:15,16,17
37:16
living 12:18 13:8
32:7,8 115:23
119:2
loan 12:3 15:11,15
17:6,10,12 22:14
22:23 25:24 27:2
27:5,6,10,14,15
27:16,17,18 28:17
29:7,8,10,11 30:2
31:25,25 33:14
39:14 49:22 58:10
58:11 94:12,13,14
95:18,23 96:3,3
96:13,19,19,20
97:7,8,17,24 98:5
98:6,13,14,21,22
99:3,6,22 100:2
100:22 106:17
108:12,14 116:13
117:6,9,10
loans 17:20 27:4,8
28:13,20,23 39:16
96:15 97:9 99:5
99:16 107:19
108:3 117:13,14
lobby 14:18
local 53:7 63:3 79:2
100:22
located 9:21 18:25
100:22
location 14:25
15:25 18:22 20:5
32:20 34:12 114:6
locations 33:21
locked 93:2 98:4
logging 94:10
logic 51:13
London 56:18
114:19,21

**long** 8:13 9:2 10:8
    12:18 13:21 14:24
    71:10 77:12 86:6
    103:11 114:3,14
**longer** 33:20 96:9
**look** 62:15 81:11
    94:6,8,8 95:14
    106:9 107:8
    118:22
**looked** 95:10
**looking** 8:5 35:10
    106:15
**loop** 51:16
**loophole** 73:21
**Los** 33:22 55:25
    114:13
**lose** 16:7 24:12
    54:12 109:17
**loss** 68:6
**lost** 10:21,25 18:10
    40:7 66:5 67:10
    98:11 112:17
**lot** 35:7 54:22
    83:20 123:11
**lotto** 101:3
**lower** 104:22
    105:24 112:5
**lowering** 106:17

**M**

**M** 10:17
**machine** 86:2 87:9
**machines** 14:17
**Madison** 1:8,14 2:3
**mail** 23:6
**mailing** 100:13
**main** 40:2,2 45:22
**maintenance** 20:4
    20:13
**major** 56:2,9,11,12
    56:14 57:22
**majority** 68:7,21
**making** 23:23 30:8
    34:7 76:6 79:18
    108:22
**male** 72:20

**man** 101:5
**manage** 39:14
**management** 5:19
    6:22 7:11 9:13,23
    30:10 82:22 83:5
    83:6,7 85:14 95:6
**management's** 6:11
**managers** 31:14
**mandatory** 50:23
**Manhattan** 111:15
    112:21
**mankind** 54:4
**mantra** 118:15
**Margarita** 16:4
    20:10 29:19 41:10
    46:14 50:14 52:16
    100:17 105:10
**market** 13:9 35:11
**markets** 32:23
**married** 37:15
    38:16 113:16,17
    119:7
**Martinez** 109:22
    110:15
**material** 20:10
**math** 21:7
**matter** 1:3 4:25
    10:22 11:6,9,13
    12:13 24:4 25:16
    31:19 57:10 60:7
    64:10 67:7 69:15
    69:22 74:23 75:10
    79:14 80:3,17
    82:6 83:17 90:9
    90:13 97:12 108:8
    114:23 116:6
**matters** 3:13 6:6
    55:2 57:4,7
**maximum** 22:20
    57:15 97:10
**mayor's** 79:5
**mean** 8:24 11:19
    13:11 19:7 21:11
    21:17,19 28:15
    32:15 34:10,10
    57:11,21 65:2,6,9

65:10 69:17
    100:12 113:16
    116:3 122:10,19
**means** 3:21 11:25
    101:5 123:2,3
**meant** 16:15 88:6
**medical** 55:7,20
    63:10 64:4 66:3
    77:18 85:6,7,7
**medication** 66:13
    66:24 67:3
**medications** 66:11
    67:2
**medicine** 5:23 85:5
**meet** 83:2
**meeting** 61:11
    62:20,21,24 80:11
    80:24 81:6,8,10
    81:21,25 84:11,11
**meetings** 47:22
    60:10,11 61:9
    81:20 83:11,12,13
    83:17
**member** 61:18
    62:23
**members** 7:10 36:4
    82:4,20
**memorandum**
    61:23 62:14
**memorandums**
    47:22 62:5
**memorize** 123:6
**mental** 12:10 34:11
    54:7,10,17 59:12
    60:6 61:2 63:6,8
    63:12,17 64:9,15
    64:21 96:5,6
    108:24
**mentally** 59:18
    69:6
**mention** 41:22 44:7
    45:25 49:8 52:25
    87:19 88:8,16
    90:18 92:18 93:19
    95:2 99:24 120:21
**mentioned** 25:7

35:24 42:17 43:9
    44:18 49:13 50:17
    52:22 54:14 61:16
    61:20,21 68:4
    69:25 70:25 73:7
    78:22 80:2,24
    81:2,9,19 85:2
    87:15 88:24 89:16
    89:22 91:25
    101:13 106:20
    110:19,25 112:9
    113:8 118:11
    120:19
**mentioning** 61:12
**message** 76:13
**met** 12:16
**Metro-North** 71:11
**midst** 66:6
**milk** 68:24
**millimeter** 87:12
**million** 12:8,9,11
    12:11 40:13 43:17
    54:12 68:19
    101:24 102:3,9,14
    102:16,25 103:2,2
    118:20
**mind** 45:11
**mine** 47:11
**minimum** 87:20
**minor** 56:13
**minors** 38:12 56:4
**minus** 21:4
**minute** 117:19
**minutes** 86:3
**misconstrued** 92:6
**misquote** 92:2
**misrepresentation**
    48:5 49:6,18
**missed** 81:24
**moment** 3:16 18:5
    18:7 21:10 51:7
    51:19 64:16 90:14
**money** 15:18 16:5
    16:11,16,17,17
    17:25 18:3 22:17
    22:17,21,24 23:4

23:6,6 24:10,15
    24:20,21 25:8,10
    29:22,24 35:5
    68:20 72:8 73:18
    93:12 98:11
    108:13 116:13,15
    116:16,20 117:24
    118:17 122:7,21
**moneys** 17:9 18:2
    25:14 31:21 39:8
    93:15 104:21,22
    108:21 109:4
    118:9,9
**month** 81:7,9 95:13
    95:16 122:19
**monthly** 18:16,19
    20:4,13 82:11
    95:14
**months** 77:13
    122:19
**mortgage** 17:2,14
    20:20,25 29:11
    58:9,12,19 104:20
    104:21,23 105:22
    105:25 106:5,19
**mortgages** 106:15
**mother** 36:6,16,19
    37:21 38:17
**mother's** 36:9
**motivation** 110:17
    110:19 116:4
**motive** 63:20 109:8
    109:15
**motorman's** 60:10
    61:9,11,14 62:20
    81:6,25
**motormen** 62:23
    62:25
**move** 19:11,13,15
    21:15 26:11 32:13
    32:20 33:13 34:5
    34:23 35:6 38:11
    121:23
**moved** 19:3 26:23
    108:19
**mover** 21:18

**Movers** 21:20
moving 33:18,25
  34:3,6 36:17,19
  37:14 40:5,6
  106:11 118:2
**MTA** 1:6,14 2:3
  3:11 5:18,19 6:16
  7:11 8:8 16:20
  17:4 22:13 23:10
  24:19 25:13 26:14
  26:22,25 42:6
  44:17 45:2,16
  47:23 50:17 52:14
  54:2 55:5 60:13
  61:23 62:9 66:15
  71:9 73:7,15,17
  77:15 78:19,24
  83:6 89:22 93:25
  96:24 100:18
  108:16 118:5
  121:9,19
**MTA's** 80:18
myopia 66:10

**N**

N 2:2
name 3:10 4:19,21
  10:2,4 14:5,10,21
  30:12 31:3 36:7,9
  46:13 61:21 72:22
  73:24 75:5 76:12
  76:17,21,23 94:24
  94:25 109:22,23
  109:24 112:23
  120:3
named 31:7 41:24
  52:17 89:23
  111:18
names 5:3 23:25
  61:18 72:16 74:19
  75:16,19
Nassau 124:4,7
nature 57:14 87:16
  88:24
near 58:18
nearly 108:5

nearsightedness
  66:10
necessarily 49:12
  71:12 73:19 89:12
  110:18
need 18:2 21:2
  22:16,18,23 32:14
  35:8 47:19 92:9
  98:7
needs 108:19
negatively 67:13
negligence 49:8,9
  49:10 50:6
negligent 48:4 49:5
  49:18
negotiations 45:8
Nevel 81:4
Nevels 80:9
never 12:16 23:6
  39:10 59:19,20
  60:4 64:16 65:24
  67:3 116:21 122:6
new 1:9,9,15,15,24
  2:4,4,6,6 3:4 4:3,3
  4:22,22 8:8 16:20
  19:20,23 20:17
  21:10,16 24:19
  26:22 33:19,23
  36:15 44:14,17,17
  45:16,18 47:23
  50:17 52:14 53:4
  60:13 63:4,4 66:7
  71:2,17 73:4
  77:15 85:3 87:9
  89:5,5,22 90:22
  103:18 112:16
  120:24,25 121:2
  124:3,7
Nicholas 70:8
nicknames 5:6
nightmare 67:9,10
nightmares 67:6,23
  67:24 68:3
non 52:5 79:21
  91:12 108:15
non-employees

42:7
noon 10:20
North 10:15
Notary 3:3 123:25
  124:6
Noted 123:19
notes 5:9 77:4
  124:13
notice 3:12,14,18
  39:17 43:9 61:23
  62:8 80:18 87:16
  89:16 92:17
  108:25 110:19
  124:11
noticed 46:21
  106:13 121:4
notices 16:23 62:5
noticing 83:23
notifying 120:24
number 7:19,21,24
  23:5,14 30:13,18
  30:19 33:21 51:24
  60:9 61:4,13,19
  71:5,13,20 78:19
  79:18,20 80:14
  102:7,15 112:13
  113:10
numbers 30:11
  95:19 96:22
NYC 1:6

**O**

oath 1:13 72:18
objective 88:20
obligation 17:24
obtain 17:2,13
  19:19 23:17,19
  24:15 26:19 31:21
  39:14 40:6 56:12
  58:8,19 59:10
  62:18 90:7 95:23
  96:14,15 98:6
  105:22 106:19
  117:10
obtained 97:13
obtaining 57:2

58:12
obviously 11:10
  16:9 17:2,25
  19:14,17,24 22:21
  24:10,16 25:15,21
  30:6 32:24 34:4
  35:7 37:24 40:3,4
  40:5,8,16 41:5,7
  41:16 42:2,4,13
  42:25 43:6,18
  44:7,18 45:22
  46:9,11,15 47:4
  47:17,19 48:12,16
  49:11,19,22,22,23
  49:25 50:3,11,19
  50:21 51:8,11,14
  51:15,22,23,25
  52:3,12 53:11,23
  54:2,10 55:5,11
  55:16 57:21 58:6
  58:13,14,18,19,24
  59:9,11 60:17
  62:23 63:20 64:4
  66:22 67:8,10,12
  67:15 68:3,15,16
  68:17 72:11,18
  73:19 74:24 75:7
  76:14 78:17,24
  80:11,17 82:2,17
  85:20 87:6,19,25
  88:4,11,14,15,21
  89:3,8,19,25
  90:17,25 91:17
  93:6,23 94:12
  95:4 98:25 99:10
  100:2,12,14,25
  101:22 102:19
  103:7 104:18,21
  105:3,22,24,25
  106:10,14,17
  108:10,23,25
  109:13,15 110:3
  110:13 112:14
  115:6,11,21,24,25
  116:4,17,21,22
  117:15,17,22

118:4,6,9 119:5
  119:13 120:21,23
  121:25
occasionally 10:17
  82:13
occupancy 19:18
  105:2
occupation 67:15
occur 51:3 77:20
  81:13 82:24
occurred 6:13
  51:11 92:23
occurring 51:3
Oceanside 1:24
October 62:16,16
offer 11:14
offered 25:25
office 5:24,25 11:5
  11:12 23:10 26:25
  41:10 46:20 47:25
  53:3,4 55:9 59:6
  62:4 70:2,5,9,17
  70:18,19 72:7
  73:4,5 74:12,15
  74:18,20 75:6,9
  75:11,23 76:2,10
  78:16,18,20,23
  79:5,5,6 80:12,15
  80:15 82:13 83:13
  119:9 121:3
officer 71:14 72:17
officers 71:13
offices 31:14 73:8
official 6:5 80:22
officials 81:18
oh 64:14 74:14
  118:17
okay 3:24 4:17
  14:24 52:10 64:24
  92:9 96:15 103:25
once 82:7,8
ones 72:20 78:8
ongoing 5:18 6:10
  6:14 17:24 18:3
  32:18 33:16,25
  50:2,4 51:3 52:18

53:8 58:5,15
  80:25 85:13 88:22
  98:23 109:2
  117:19
open 28:7 33:4
  62:21,22 92:13
  118:15
opening 70:23
open-ended 35:21
operate 80:20
operating 10:14
  116:6 121:16
Operations 8:9
operative 46:9
operator 8:12,18
  33:2
opertor 8:20
opinion 74:25
  122:24 123:2
opinions 55:13,15
opportunities
  21:24
opportunity 24:15
  33:25
ppress 120:15
options 33:3 35:10
oral 5:15 26:20
  42:7 50:18 112:3
order 17:8 31:21
  43:21 50:15 84:21
  97:19,24 106:23
ordered 46:21
organization 44:21
organizations
  53:17 79:13
original 105:9
outcome 120:10
outlawed 66:15
outside 22:18 25:4
  37:16 51:16 57:17
  64:18
outstanding 27:8
  43:7 44:11,25
  45:15 68:21 80:7
  84:10,14 95:18
  96:13

overall 20:25 52:13
owe 17:24 104:20
owned 12:21 68:13
ownership 43:22
o'clock 1:10,16

                P

P 2:2,2
page 16:4,5,8 29:22
pages 29:21 100:24
paid 16:6 18:8,11
  18:11 21:5 26:24
  58:14 105:17
paper 8:3 85:25
paragraph 87:16
part 4:15 15:16
  17:20 25:20 40:2
  42:14 51:23 54:5
  55:19 60:16 98:19
  114:20 122:5,9
particular 12:25
  111:17
parties 30:14 42:15
  43:9,19 77:9
  108:10 124:18,19
parts 25:23
party 45:6 89:22
part-time 9:8,9
pass 8:3 75:2
passed 58:18
pay 15:16 18:17,19
  25:24 58:10,20
  95:25 110:4 114:6
  119:20
paycheck 96:4
  97:20,20
paying 20:16
payment 22:9,10
  104:6,8,19 107:12
Peg 31:7
pending 77:14
  86:22 98:5 111:23
  112:15
pension 22:12 27:4
people 23:14 24:7
  31:16 34:21 41:24

41:24 49:12 55:8
  55:9 59:6 60:9,12
  61:4,13,19,19
  65:15 70:6 71:5
  71:15,25 72:14
  74:24 78:19 79:20
  80:12,14 81:2
  89:8 93:19 94:19
  94:20,21 95:5
  101:4 103:7
  109:13 110:9,20
  119:22 120:20
  121:3
peoples 26:16
  47:11 60:14 62:11
  80:20 83:21
  108:21
perceive 92:10
percent 15:17 21:4
  58:14 68:7,12
  97:2 101:21
  102:22 103:24
  104:17 105:13,15
perfectly 82:20
performed 6:10
period 9:16 118:25
  119:16 120:5
  121:5,10
permanent 9:7
  119:5
person 30:17 31:8
  34:21 46:11,13
  50:13 64:4 70:14
  70:21 71:18 73:25
  75:25 76:2 80:10
  95:4 116:8 118:4
personal 18:24
  122:24
personality 63:16
personally 44:17
Peter 9:14
phone 23:7 24:5
  30:8,13,15 47:21
  47:21 70:21 71:18
  71:19,19 74:21
  75:22 76:7,8

77:11 78:12,13
  79:19 82:12 94:22
  117:11
photophobia 66:5
  66:8,14 77:17
physical 114:22,23
  114:24
physically 57:18
pick 10:15,19
piece 115:19
  119:22 120:6
place 99:15 106:6
  115:23 119:2
placed 36:23 45:18
places 101:15
placing 99:7,7
plaintiff's 11:17
  40:23
plan 11:23 17:14
  17:15,15,16 41:14
  41:15 42:9 43:20
  48:9,11,12 80:7
  115:10,13 117:16
  121:14,17,19
  122:2,3
planning 19:11,13
  19:15 38:18,19,20
  74:16 97:15 101:2
please 4:12,16,19
plethora 100:25
plumbing 113:11
plural 11:15
plus 16:4 29:21
  102:3
point 15:25 19:12
  19:22 108:5 112:6
  115:2 123:9
pointed 115:12
police 53:5 71:2,9
  71:13,14,18 72:17
  73:4,7 78:24
polite 35:22
position 8:15,17
  9:7 49:15 109:3
positions 9:10,11
positive 75:12

possession 45:14
possibility 79:24
  110:15
possible 7:23 27:11
  42:4 72:6 110:17
possibly 17:18
  32:24 33:2 34:3
  34:15 43:10,11
  47:20 52:4 89:7
  100:15 121:2
post 62:12 121:20
post-graduate
  56:16
potential 43:12
  44:23 51:18 67:15
  90:5 106:18
potentially 41:6
  43:21 67:12,19
  72:12 88:9 89:9
  90:3 91:14,19
  106:19
power 83:25
  116:20 119:11
practicing 5:22
  65:22 85:3
predicate 51:24
  52:12,18,20 53:24
  88:9 91:16
prefer 8:2
preparation 35:3,9
preparations 21:9
  21:12 32:13,15,16
  32:17,18 33:7,9
  34:7,8,10,11,17
  34:18 35:20
prepare 5:10 21:15
  21:18 33:13
prescription 66:6
present 14:10 29:2
presently 13:9
  36:14 107:15
  123:18
preserve 77:6,15
president 31:6
Presidential 24:21
  25:7,11,18,23

presumably 38:21 41:14 60:15
presumed 22:21 80:19
pretending 68:2
pretty 29:16 35:6 79:7 88:18 102:21 110:12
prevent 116:12
previous 28:17 112:17,25
previously 32:12 49:17 52:22 54:14 84:8 85:2 89:22
price 40:11,16 58:20 100:24 102:23 103:25
primarily 10:16 40:7 70:6 72:19
primary 12:4 27:14 30:5 40:23 48:11 96:2,19 97:8,16 98:14,22 99:16,22 99:25 115:22 119:18 120:6
prior 124:15
privileged 69:18
Pro 2:5
probably 35:3 63:13 65:14 74:3 76:21 79:4 81:5 82:8 83:10 90:17 91:13
problem 7:23 29:17 64:2
problems 56:25 60:7 61:2 63:6,8 63:17 66:19 94:9 106:18 113:10
procedure 100:10
proceeding 69:7
process 50:3,4 60:22 100:6
productive 101:6
profession 5:22,23 85:4,4

professional 44:21 65:7,19
Professionally 65:7 65:9
professions 65:16
professor 103:19
profit 120:13
project 15:23
proof 109:9
proper 6:21
properties 40:15 60:23 102:2,18
property 16:7,24 17:17 19:6,25 21:2,4 24:12 31:23 33:17 34:2 34:5,24 35:4,25 36:3,21 37:4 38:25 39:2,4,21 40:9,18 41:2 43:16,21 54:12,13 58:21 60:21 68:16 68:19,20 87:22 88:2 92:8 100:18 100:21 101:10,18 101:19,24,25 102:21 105:7 106:22 107:13,18 108:12 109:6,16 109:17 115:19 116:10,12 119:21 119:23 120:2 121:22
prosecutor 88:16
prospective 39:18
prostitutes 72:9
prove 34:6 110:18
proven 47:18
provided 13:18
Prudential 26:6,23 44:19,20 47:9 122:5
psychiatrist 65:5 68:2
psychological 55:2 57:4

psychologist 65:5
psychology 55:13 55:15,15 56:5,11
public 3:3 7:22,24 57:24 67:20 79:4 80:16 123:25 124:6
purchase 12:4,4 15:18 22:3 31:22 33:17 37:4 39:20 39:24 40:4,11 43:24 44:2 45:24 45:25 58:20,21 99:9 100:4,23 102:23 103:24 105:7 106:22,22 108:11 109:6 115:18,19 121:24
purchased 34:2 36:2
purchasing 21:13 99:10
pure 121:15
purely 93:6
purpose 29:7,8,10 117:6
purposes 115:22 119:4
Pursuant 124:10
put 12:7,9 21:20 28:2 61:23 62:2 68:20 80:18 86:4 99:22 100:7 104:22 105:23 106:14 115:2
putting 6:3 7:24
PVA 10:4,4,5
P.M 10:19,19,20 123:19

Q
qualify 120:6
question 4:7,9,12 4:13,15 23:3 33:6 33:7 35:15,17,21 35:23 49:24 54:23

55:3 64:6,13 66:2 108:9
questions 3:13 4:6 4:14 66:20
quickly 103:8
quietus 118:18
quite 33:18 50:24 86:11 91:13
quote 22:23
quoted 115:15 118:14
quotes 121:25

R
R 2:2 124:2
Racketeer 53:16
Railroad 71:11
ramble 33:8
ran 65:14
Randy 80:9 81:4
Rapid 8:9
RDO 86:13
RDO's 84:19 87:2
reached 79:10 102:16
reaching 79:19
read 62:6,6,10
reading 118:13
real 38:25 39:2 94:25 96:20 100:3 101:12 102:7 103:12,17
really 34:8,9,20 35:4,4,19 37:21 62:24 63:16,18 64:23 73:2 83:22 83:23,25 84:2 89:11,18 93:11 94:25 108:17,19 120:10,17
realm 64:18
rear 63:25
reason 27:11,15 66:3 73:13 82:22 85:13,18 95:8 100:18 108:15

118:22 120:14,16
reasonable 88:18 115:14,17 121:23 122:2,10,16,18
reasonably 66:16
reasons 71:16 72:12 106:23 110:10
recall 9:24 20:14 65:20 72:22 100:11
receive 27:3 30:3,6 32:5,6 86:25
received 16:23 27:5 28:17 57:5 87:5
receiving 31:2
recognize 24:18 25:13
record 4:20 7:22 11:15 23:18 28:10 37:2 45:17 85:23 87:8 115:2
recorded 23:15 95:2 124:11
records 5:9 7:25 12:7 55:7 59:16 59:17 60:4 77:16
refer 24:24 39:16 48:4 54:7 81:22 88:24 100:5 121:10
reference 39:20 45:20 46:7 47:3
referencing 67:22
refering 42:21
referred 41:3 46:4 50:7 51:21 67:14 87:23 122:11,12
referring 16:15 36:5 39:25 40:24 41:4,21 43:23 45:11 48:7 52:11 52:20,21 53:9,10 54:9 65:19 68:13 83:5,6 85:6 91:22 92:17 97:22,23

98:17 103:23
119:15 121:6
refers 92:7
reflect 90:12
reflected 98:22
refused 6:25
regard 47:6 49:21
52:2
regarding 4:6
11:13 20:11 47:14
62:9 79:19 84:18
84:19 110:3 122:7
regards 88:9
registered 14:25
regular 62:3,5
81:22 82:10 103:9
regularly 25:19
regulation 118:23
regulations 117:17
118:13,15,17,20
118:22,24 119:8
119:10
regulator 73:22
79:9
eignite 70:20
reject 108:14
related 6:4 54:11
60:7 89:12 124:19
relating 63:11
relations 6:22
46:15,16 86:15
release 17:9
relief 98:21
relieve 59:25
religion 65:23
remedy 59:2,7,11
64:2 73:18
remember 71:7,20
72:23 74:3,5
76:12,22 94:23
99:18 100:9
119:17
remove 118:6
removed 72:7
removing 3:23
117:23 118:6

renewing 56:25
rent 18:4,9,13,16
18:19 20:16 114:6
rents 17:24 18:3
rent-stabilized
12:22
repeat 4:12 16:12
rephrase 4:8 64:5
reply 112:2
reporting 85:25
represent 3:11 90:9
representation
69:21,23,24
representative
14:20
represented 111:20
representing 4:25
repute 93:24
request 5:14 28:13
28:16 98:25 99:5
99:8,15
requested 31:24
33:14
requesting 27:3
29:11 100:11
required 49:3
66:17 67:16,17
105:14
requirement 15:19
15:20 88:10
requirements 27:7
research 5:17
32:22 73:14 121:7
researching 21:23
21:24 35:9
reserve 78:10
residence 12:5,6,6
12:21 13:3,6
14:16,17 19:18
27:14 30:4,5 40:8
40:23 96:2,19
97:16 98:14,22
99:6,16,17,25
100:3,16 115:22
119:5,18 120:6
residences 13:5

resolution 6:23
74:22 75:10,13
118:3
resolve 117:22
resolved 83:24 94:4
108:8 117:3
resources 117:4
respect 82:22
respond 87:7
response 82:15
responsibility
41:13
rest 67:16,17
105:21
result 55:17 57:10
64:9 114:23
resulting 109:12
110:4
retain 92:14
retaliation 109:19
110:22 120:11
retaliatory 109:12
retina 77:25
retire 101:2,4
retract 99:15
return 109:18
review 5:9,11 45:7
reviewed 5:13
Richard 61:19,20
RICO 5:17 51:23
51:24 52:2,4,10
52:11,19 53:10,22
53:24 88:4,8
89:11,13 90:3,18
90:19 91:13,21
ridiculous 98:6
right 4:9 8:5 19:5
20:17 22:21 24:6
43:3 60:5,14,17
62:11 75:15 78:18
79:17 80:19 86:5
91:7 103:5 106:24
108:7 109:3
111:13 121:8
123:11
rights 47:11 62:9

121:21
ringing 79:17
Ritalin 66:14
room 34:25
Rothman 3:3 124:6
124:25
roughly 10:18
103:14 106:25
107:6
round 12:11 103:2
row 24:10
ruled 112:7
rules 99:25
run 116:7
running 80:12,14
83:13

S

s 2:2 10:19,19 76:2
83:15 121:3
safe 118:10
safety 67:14,20
salary 25:19,20,21
106:24 107:2
satisfy 108:6
saw 24:11 65:4
95:15 121:18
saying 44:13 79:22
says 98:5 121:22
scam 24:11
scenes 42:3 49:23
scheduled 84:11
school 56:18
103:19 114:17
schooling 55:21
score 95:5
Se 2:5
second 15:16,17
30:14 37:13 85:16
104:18 105:15
111:14,25 112:4
118:14
secret 30:17,18
section 53:21
119:14
secure 23:2

Security 7:19,21,24
see 18:10 21:3
22:23 83:14 94:4
96:22 99:13
seek 55:20 59:2
82:5
seen 95:24 99:3
seize 60:14 62:11
80:19 118:17
seized 16:18 60:23
seizing 41:7 48:17
60:21 109:4
seizure 44:23 53:12
63:15 92:7,18,22
self-explanatory
42:23
selling 40:12
101:19,25 102:17
102:18,22,23
senate 14:23
send 74:10
sending 101:15
103:4,9
sends 103:6
sense 46:10 63:25
90:19 93:22
104:12
sensitive 67:15
77:25
sensitivity 66:9
sent 3:12 16:4
25:19 29:20,25
30:3 31:17 71:23
100:20 101:14
105:9
sentence 16:12
separate 50:8 74:13
separately 74:13
September 16:8
58:16 68:6 81:14
81:17 82:8 104:17
104:18 105:10,14
series 4:5
serious 69:9,11,12
servants 59:8
service 55:11 85:17

sesame 118:16
ession 23:23
..et 124:22
settled 25:17
    115:24
settlement 116:25
sheet 8:3
she'll 36:17
shift 10:18,19
shop 80:23,24 81:3
    81:12 82:10
    120:16
shortage 110:4
show 17:8 28:10
    37:2 45:17 85:23
    87:8
showed 121:13
showing 16:5 29:22
shows 95:17
sick 5:23 6:9 85:5
    85:17 87:4
side 42:14 45:12
sign 22:2
signed 26:3,5,15
    121:18
significant 79:18
    97:17
simply 64:3 72:11
    109:19 115:25
single 118:4
sir 43:5
sister 36:6,11,16
    37:11,13,15,16
    38:3,8
site 29:13,13,15
sitting 27:21 28:3
    63:21
situation 26:18
    73:23 116:8 118:5
situations 85:7
six 8:14,20,21
    77:13 122:19
size 90:2
ski 77:23
skier 77:23
sleep 67:10,16

slight 66:4
small 34:24
Smalls 61:18
Smith 70:6
social 7:19,21,24
    65:18
socially 65:6
SOHO 9:24
sold 13:12,13 40:15
    103:8 119:5
Solomon 1:6 11:22
    12:13 16:19 30:12
    30:23 42:5 46:14
    90:25 108:17
somebody 75:9
    121:5
someone's 57:22
    72:12 108:14
somewhat 11:15
    42:23 43:2 46:17
    51:25 77:24 82:18
    102:8 106:11,14
soon 101:2
sorry 16:21 27:3
    36:13 45:3 107:23
sort 33:11 66:25
    70:19 116:3
soto 80:16
sound 75:3
sounded 76:22
Southern 111:16
sovereignty 71:10
so-called 55:16
space 19:5,7
speak 30:24 61:10
    70:4,13,16 71:4
    71:17 76:11,12
    80:4,5,6 81:4 83:9
    83:16 84:4 94:17
speaking 71:2
    74:16
specially 35:12
    68:5
specific 8:15 10:13
    23:25 33:12 34:7
    34:22 35:14,15,18

41:19 42:15 45:3
    45:10,24 49:16
    54:19 59:14 64:20
    64:23 67:18 72:16
    79:9 80:21 91:3,4
    92:2 119:9,14
specifically 31:5
    42:10 47:7,24
    52:15 54:10 60:9
    60:10 63:14 80:21
    89:4 90:4 97:23
    97:24
speculating 93:7
spell 10:2
spent 72:9 120:22
split 84:18
spoke 24:2 29:19
    31:13,15 63:5
    65:12 70:14 71:5
    72:17,19 73:25
    74:20 75:20 78:19
    80:3,10,13,15
    81:8 82:7,9,9 84:7
spoken 61:7,8
    79:23 81:13,19
    83:18 84:8
squeeze 18:3
ss 124:3
stable 96:25
stand 40:17 61:9
standing 62:25
start 6:15 95:11
    117:25
started 30:8
starting 10:20 82:8
starts 102:12
state 3:4 4:19 14:19
    14:22 53:7 64:21
    73:8,9 74:13,16
    75:6,11,13,13
    78:8 79:2,10 85:3
    99:6 124:3,7
stated 39:17
states 11:16 60:20
    74:18 87:20
station 109:25

status 24:25 111:23
steal 57:21 73:17
Steel 76:11
stenographic
    124:13
stenographically
    124:11
Step 86:24,24,25
stepchild 38:11
steps 33:12,16
    34:22
Steve 61:17 83:9
steward 80:25 81:3
    81:12 82:10
    120:16
steward's 80:23
stocks 97:3
storage 21:20
store 19:6
Street 2:6 4:2,22
    17:22 18:22 32:9
    83:15 109:25
    113:20,23,23
    114:2
stress 12:10 57:16
    57:25 58:5,14
    59:12 60:2 63:14
    68:4 96:5,6
    108:24
stressed 30:8 63:24
strictly 24:16
strike 120:15
strip 38:2
strong 40:16
student/teacher
    65:10
studies 56:17,22
studio 12:22 37:23
    37:24 102:19,24
stuffy 28:6 70:24
submit 6:20
submitted 7:7
Subscribed 123:21
substitutes 66:7
Subways 8:9
success 79:11

sufficient 52:3
    70:12
suggest 26:12,12
    40:17
suggested 42:4 83:2
suicide 65:21,24
suit 10:24 50:3
    88:15
summary 112:7
summer 22:8 87:6
    105:8
supervisor 109:20
supervisor's
    109:22
supply 18:3
suppose 108:14
supposed 7:2 35:11
    62:6 80:6 84:11
    94:25
sure 24:14 54:21
    80:8 83:22
surprised 82:23
surprising 51:16
    87:2
suspect 17:3
suspected 61:24
swiping 72:2
sworn 3:2 92:3
    123:21 124:14

                T

T 1:4,13 2:5 3:2,8
    3:24 14:9,12
    124:2,2,9
TA 8:20
tag 30:15
take 3:15 15:11
    18:2 22:19,20,23
    27:13,14,16 35:2
    39:7 41:5 55:13
    66:24 83:21 97:15
    107:7
taken 1:14 17:13
    56:16 67:3 69:4
    124:10
takings 87:22

talk 31:7 52:10
  75:25 82:16 84:9
.alked 24:8 74:15
  75:14,24 78:9
  95:3
talking 9:16 20:19
  20:20 21:5 40:8
  44:14 45:12 51:9
  52:7 59:21 116:15
  119:15
tape 11:5,8,10,11
  11:11 23:22 31:4
  45:18 86:4,10
  87:9
taped 47:21
tapes 86:6 87:10
  115:6
target 106:11
Tate 61:15 82:5
  83:2 84:3
tax 25:21 115:21
  119:21 123:8
taxed 119:6
'axes 25:24
  ea 68:25
teacher 32:24
teachers 35:12
teaches 103:18
technical 93:22
tell 4:8,12,16 15:4
  33:11 78:5 108:6
  124:15
telling 3:9
tells 98:7
temporary 9:10
tend 75:2 82:23
  89:3 91:18 116:7
tended 77:24
term 43:2 54:21
  63:10,10 68:3
  73:15 84:23 95:22
  95:23 101:22
  102:13 104:10
  122:10,13
terminated 10:24
  55:10 58:25 59:7

59:10 108:19
termination 55:18
terms 34:16 38:25
  43:4 58:22 105:14
  108:7,7 116:16
testified 3:5
testifying 124:15
testimony 5:10
thank 8:6,7 123:10
thanks 123:11
theft 7:24 116:18
therapy 54:25 57:6
Theresa 70:6
thing 22:6 28:9
  65:10 82:25 95:21
things 41:21 51:12
  52:8 59:24 64:20
  66:12 72:15 83:20
  85:9 91:14 116:3
  117:20
think 10:3,23 15:4
  31:9,11 35:23
  37:21 41:20 42:2
  42:22 48:17 61:20
  63:24 65:2 70:14
  71:22 72:5,11
  73:20 75:13,17
  78:6 79:6,16,20
  83:24 86:9 104:14
  108:17,19 117:22
  118:4
thinks 122:13,20
third 30:14 81:6
third-hand 118:14
Thomas 4:21 14:9
Thompson 113:23
  113:23 114:3
thought 22:25
  34:11 65:21 84:2
  85:13
thousand 107:3
thousands 24:13
threaten 17:7
three 78:22 84:17
  86:3,12,17,23
  103:15 113:4,5

thrust 45:22
ticket 21:21
time 4:7,11 5:2 7:2
  9:4,16 10:24 13:4
  18:8 23:3,18
  24:17 30:25 31:11
  31:24 32:7,12,17
  32:21 33:14,18
  39:11 40:11 48:3
  50:5,21 52:9
  58:18 65:4,12
  68:5 69:24 70:17
  72:5,18,24 74:2,5
  76:5,18,19 80:8
  84:9 85:17 86:18
  87:7 90:14 91:4
  92:16 95:7,9
  99:21 104:14
  105:5 106:7,13
  109:14 111:2
  114:17 115:14,17
  117:4 120:22
  121:10,23 122:2
  122:10,13,16,16
  122:19,25 123:10
  123:18,19
times 24:9 31:19,20
  31:21 80:8 83:21
  86:17 97:6 116:14
tinted 77:24
title 11:24 70:7
titles 48:10
today 3:13 4:6 5:4
  27:21 28:3 60:6
  66:18,20,24 68:23
  89:2 91:24
told 23:4,8,13 29:2
  30:2,24 37:25
  58:25 60:6 61:2
  64:7 66:14 94:14
  101:13 121:14
tonight 61:12 81:9
topic 79:19
topics 62:7
torts 5:25 89:6
  93:23

tortuous 42:17,24
  44:5 45:20,23
  52:23,24 54:15
  57:16 60:3 117:18
  119:13
tortuously 43:10
  106:21
tortured 57:18
total 104:5
totally 93:2,7 117:8
  117:15
tours 84:20
train 8:12,17,19
  10:13 33:2,2
  116:6
training 84:22 85:8
  118:8
trains 10:14
transaction 21:14
transcript 8:4
  124:13
transfers 47:5
Transit 1:6 8:8,9
  8:16 9:18 16:20
  24:20,22 26:22
  44:14,17 45:16
  47:7,23 50:17
  52:15 60:13 71:8
  71:22 76:9 77:15
  84:21 89:23 122:7
transition 78:18
Transport 63:3
treated 54:24 55:4
treatment 57:3,6
treatments 55:12
  55:16,20
tremendous 37:24
tried 31:5 70:16
  76:10,12 97:6
  117:7
triers 116:23
Trump 15:22 17:17
  40:25 45:25 99:11
  101:15 102:17
  103:4 104:3
Trust 55:6

truth 3:9 124:15,16
  124:16
try 35:16 59:22,23
  59:24 70:22 74:25
  80:18 83:20 90:10
  98:3 117:11
trying 24:10 30:10
  33:7 61:25 62:15
  74:2 79:7,16 97:5
  98:13 99:18 100:9
  103:6 117:10
  119:17
turned 32:2,4
  85:18
twice 86:16
two 9:20 10:9,11
  20:18,19,21 31:14
  33:3 51:12 70:6
  72:19,25 74:13
  84:16,18 86:14,15
  86:24,25 107:10
  114:5 115:17,17
  115:19 119:3
  122:12 123:2,3,4
  123:4
two-year 118:11,12
  118:25 119:15,21
  120:5 121:5
type 25:15 26:8
  37:18 38:4 57:6
  63:16 89:9 94:14
  111:4 117:9
  118:12
types 42:16 67:22
  71:24 79:9 91:17
  91:23 116:25
  117:2,4

_____U_____
UCLA 65:13
umbrella 90:2
unable 19:5
uncovered 90:6
undefined 84:23
undergo 57:18,24
underlying 63:20

understand 3:11
    4:7,11,13,16 15:8
    15:10 23:15 25:18
    43:5 48:15 53:2
    53:15 64:13 66:22
    86:12 91:3 115:16
    122:9
understanding
    11:22 13:15 17:5
    22:16 48:8 58:7
    66:20 78:17 89:13
    92:22,24 93:16
    99:14 101:23
    104:24 115:24
    117:19 118:24
    122:8
unfortunately
    34:24 91:8
union 6:22 7:9
    60:11 62:23 63:2
    63:3 79:15 80:2,2
    80:22 81:18 82:12
    82:20 83:3,6 84:4
unit 120:3
United 60:19 74:18
    87:20
University 55:24
unknown 49:20
unlawful 11:17
    54:16 92:18,22
unlawfully 72:11
unnamed 52:18
unquote 22:24
upheld 92:3
use 66:16 95:22
    102:9,13 117:3
    122:13
U.S.C 53:17

                V
vague 33:6 35:17
    35:23 68:3
valor 55:19
valuable 80:9
value 40:10,17 47:6
    96:25

valued 12:7
Vanilla 9:14
various 9:3 31:13
    49:13 71:16 82:3
vast 68:7,21
Vegas 13:7 15:6,22
    15:25 16:24 19:2
    19:3,11,14,16,19
    20:5 21:2,14,24
    22:3 29:24 32:13
    32:22 33:13 36:18
    36:20 37:7,14,19
    37:25 38:18 39:5
    39:21 40:5 41:2
    43:25 99:11,17
    100:7,22 101:10
    102:9 107:12,18
vice-president
    61:17
victim 51:17 60:2
    88:19
victims 51:18
videotaping 3:15
view 3:17 26:17
    37:24 90:12
violate 69:17
violating 5:21
    86:19
violation 27:19
    41:12 46:23 55:10
    81:23 85:2 117:16
violations 110:3
visa 57:2
visit 38:22
voluntarily 22:25
vos 80:16
vote 14:13,15,15,16
    14:25
voting 14:17

                W
Wah 2:4 3:10
wait 22:4 105:2
waiting 23:5
want 7:23 33:8
    39:16 60:16 69:19

69:20 70:15 80:4
    86:11,20 87:19
    88:19 89:25 90:3
    92:2,6 100:4
    109:7 110:11
    120:14 123:12
wanted 9:17 15:11
    22:19 24:14 31:9
    45:20 72:4 87:18
warmer 35:7
warranty 112:14
    113:8
wasn't 11:5 16:6
    22:10 24:15,17
    26:5 27:13,15
    31:10 55:4 56:12
    60:16 61:22 75:12
    87:2 94:13 101:23
    104:12 114:16
    121:17
way 7:2 16:10,10
    16:10,13,13,13
    25:4,8 30:25
    35:22 68:22 77:17
    78:20 96:16
ways 16:14
wearing 3:19,20
    66:3
weasel 74:25
web 29:12,13,15
    94:6 95:10 96:8
    99:19,22 100:8
Wednesday 1:15
    81:6
week 81:10
weeks 30:7 72:25
    107:10
weird 30:16
went 33:22 47:8
    49:22 71:22 77:11
    107:3
west 1:6 16:20
    24:17 26:6,10
    31:6,17 33:3,21
    47:23 63:4 82:13
    89:24 113:25

we'll 3:13 86:9
we're 8:5 21:5
    49:20 51:8 52:7
    62:6 67:16 116:15
we've 88:6
WHEREOF
    124:22
why's 120:18
willing 116:24
win 101:3
winning 7:5
Wisconsin 31:15
wished 100:21
withdraw 104:12
withdrawals 39:10
withdrawn 39:8
witness 124:14,22
woman 31:7
wood 101:8
word 34:8 46:10
    92:25
work 8:8 10:16,20
    42:3 45:2 61:4
    66:17 84:24,25
worked 9:5 83:14
    99:20,21
worker 85:13
Workers 63:3
working 6:15 8:7
    8:13,19,22,23 9:2
    9:3,13 59:5 93:19
    122:14
works 83:14 100:17
    100:19
worry 107:11
worse 77:23
worth 35:5,5
    101:24 102:5,11
    102:11
wouldn't 20:2,8,23
    30:12 31:6 35:2,2
    35:8 50:5 69:13
    86:15 88:18 92:16
    98:3
wow 63:23 64:12
write 8:2 121:20

writing 26:9 31:10
    31:12 34:22 59:22
    74:9,10
written 7:7 20:24
    26:21 42:7 50:18
    76:24
wrongs 5:18

                X
X 1:2,7

                Y
yard 83:14,15,19
yards 83:17
year 9:5,6 13:24
    18:11 22:16 39:9
    39:11 62:17 81:16
    81:25 105:13
    107:3 114:12,14
    114:15 122:19
yearlier 101:4
years 8:14,20,21
    9:15 10:9,11
    12:20 27:12 33:19
    85:9 97:17 101:6
    101:6 103:15
    114:5 115:17,18
    115:20 119:3
    122:12 123:2,3,4
    123:5
York 1:9,9,15,15
    1:24 2:4,4,6,6 3:4
    4:3,3,22,23 8:8
    16:20 19:20,23
    20:17 21:10,16
    24:20 26:22 33:19
    33:23 36:15 44:14
    44:17,17 45:16
    47:23 50:17 52:14
    53:5 60:13 63:4,4
    71:2,17 73:4
    77:15 85:3 89:23
    124:3,7

                $
$10,000 104:9
    105:5,6

**$142,000** 104:4
  **25,000** 30:4
  **561,000** 105:12
**S704** 18:20

**1**

**1:05** 123:18,19
**10** 10:20 15:17
  104:16 105:12,15
**10,000** 22:7 105:11
**10:10** 1:10,16
**100** 63:3
**10010** 2:6 4:4,23
**10017** 2:4
**11572** 1:24
**1276** 5:14
**129th** 113:25
**140** 103:25
**142,000** 104:2
**145** 2:6 4:2,22 32:8
**15,000** 18:12
**17** 12:20
**175** 113:23 114:3
**18** 53:17
  **961** 53:17
**1970's** 14:4
**1980's** 14:4,4
**1984** 56:7
**1985** 56:21
**1989** 12:20
**1990** 13:25 15:2,3
**1993** 9:4
**1999** 9:6,12

**2**

**20** 1:9,16 21:4 24:9
  33:19 58:14 97:17
  103:24
**20th** 19:10 124:10
**20-year** 58:11 96:3
  100:2
**2000** 9:5,12
**2001** 11:21
**2004** 104:16
**2005** 6:19 22:4,5
  104:14,17 105:8
  105:10

**2006** 1:9,16 39:9,15
  104:18 105:13,14
  124:10,23
**2007** 123:23
**2008** 15:9 104:25
  107:13
**207th** 83:15 109:25
**212** 1:25
**22** 98:11
**2200** 107:10
**23rd** 2:6 4:2,22
  17:22 18:22 32:9
  113:20
**25** 29:5
**25,000** 97:11,12,16
**250,000** 119:6
**27** 97:13

**3**

**30** 101:20 102:22
**30th** 124:23
**30,000** 97:14
**307** 10:15
**3255** 1:24
**33** 101:21 102:22
**347** 1:8,14 2:3
**36** 53:21

**4**

**4** 8:12
**4R** 2:6 4:3,22
**401** 26:2 39:12
  96:14
**401-K** 11:21 17:6,9
  25:4,9,22 27:5
  28:4,24 60:15
  93:3,5,16 95:15
  95:24 96:12 97:8
  97:12 98:19,21
  118:23
**401-K's** 73:12
**45** 101:4
**457** 11:17,20 15:11
  16:17 17:5,10
  25:4,9,22 26:2
  27:16,22 28:14,18
  28:20 29:18 31:25

**33**:14 39:8,11
  60:14 62:9 68:16
  92:19 94:10 95:10
  96:11,21,22 97:8
  97:12 98:17 117:6
  117:11 118:23
**457's** 61:5 73:12
**470,000** 21:8
**48th** 19:9

**5**

**50** 16:4,8 29:21
  100:24 107:3
**50,000** 22:19 27:10
  97:11
**500,000** 21:6 119:7
**516** 1:25
**527-0700** 1:25
**558,000** 106:3
**568,000** 106:2

**6**

**6** 61:12
**60** 63:4 82:13
**60,000** 27:25
**678-0700** 1:25
**68** 53:18

**7**

**7** 105:14
**7th** 16:8
**71,000** 105:16
**710,000** 21:4
  101:20

**8**

**85** 14:4

**9**

**9th** 2:3
**9/13/61** 7:13
**90** 68:7,12
**91** 13:24