**MEMO ENDORSED**

*[Handwritten margin notes: Application for default judgment against certain defendants is DENIED. See Sher letter of June 9, 2008. SO ORDERED. 7/15/08 USDJ]*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BRIAN BURKE          :     Docket #07 Civ. 9933 (PKC)

    Plaintiff    :     **DEFAULT JUDGMENT**

    -against-   :

Solomon Acosta & FASCore/Great West &  :
MTA/NYC Transit Authority Et. Al.
    Defendants,   :
-------------------------------------------------------X

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/15/08]*

    This action having been commenced on November 9, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant Solomon Acosta, on December 10, 2007 by Juan De Los Santos on Ann Cutler (CPLR §308), on defendant FASCore/ Great West on December 5, 2007 by Saul Manley, personal service on Carol Schmitz and on defendant MTA/NYC Transit December 3, 2007 by Juan De Los Santos, personal service on Victoria Clement, and proofs of service having been filed on December 21, 2007 and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendants, joint and several, in the liquidated amount of $1,150,000 with interest at 10% from November 9, 2007 amounting to $1,250,000 plus costs and disbursements of this action in the amount of $520 amounting in all to $1,285,520. Punitive & treble RICO damages to be waived for purposes of Default Judgement only.

Dated: New York, New York

                                U.S.D.J.

This document was entered on the docket on _____



*[Stamp: RECEIVED JAN X 9 2008 PRO SE OFFICE]*