DOC # 35

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
MAR 1 0 2008
S.D. OF N.Y.

PRO SE OFFICE

-------------------------------------------------X

BRIAN BURKE : Docket #07 Civ. 9933 (PKC)(DFE)

      Plaintiff :

    -against- : **NOTICE OF MOTION**
             : **FOR INJUNCTIVE**
             : **RELIEF**

Salomon Acosta & FASCore/Great West & :
MTA/NYC Transit Authority Et. Al. :
         Defendants, :

-------------------------------------------------X

      **PLEASE TAKE NOTICE,** Brian Burke, _____ Plaintiff

pro se, upon the annexed Memorandum of Law & Affirmation, dated March 9, 2008

and all other pleadings will move on **March 20, 2008,** before the Honorable

Douglas F. Eaton U.S. Magistrate Judge, at Daniel Patrick Moynihan Courthouse,

500 Pearl Street, New York, NY 10007 or as soon thereafter as parties by counsel

may be heard for an order granting injunctive relief in favor of Plaintiff and for all

other relief Court deems just and appropriate.

           All Rights Reserved Without Prejudice U.C.C. §1-308.

               Brian Burke pro-se
               145 East 23rd Street
               New York, NY 10010
               (212) 614-8515
               briantburke@gmail.com

*[Handwritten:]* Plaintiff has not shown a likelihood of success on the merits nor serious questions going to the merits and a balance of the hardships tipping decidedly in his favor. The relief plaintiff seeks is at direct variance with the terms of the Plans. See Chin Decl. at #6, 19, 21. Motion denied.

SO ORDERED.

*[signature]* USD. J.
4-8-08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08