USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4-11-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
BRIAN BURKE                              :    Docket #07 CIV. 9933 (PKC)(DFE)
    Plaintiff                                :
              -against-            :    **NOTICE OF MOTION**
                                                              :    **FOR DEFAULT &**
Solomon Acosta & Fascore/Great West &     :    **RECONSIDERATION**
MTA/NYC Transit Authority Et. Al.         :
    Defendants,                           :
-----------------------------------------------------X

**PLEASE TAKE NOTICE**, Brian Burke, _____ Plaintiff

pro se, upon the annexed Memorandum of Law & Affirmation, dated January 17,

2008 & exhibits and all other pleadings will move on **February 8, 2008**, before the

Honorable P. Kevin Castel U.S. District Judge, at Daniel Patrick Moynihan

Courthouse, 500 Pearl street, New York, NY 10007 or as soon thereafter as parties

by counsel may be heard for an order pursuant to Fed. R. Civ. P. 55, 12, 7 & Local

Civil Rule 5.3, 6.3, 11.1 & Individual Practices for Honorable Judges Castel &

Eaton 1(E) and 2 reversing attached Orders and granting Default Judgment in favor

of Plaintiff and for all other relief Court deems just and appropriate.

                                All Rights Reserved Without Prejudice U.C.C. §1-308.

*[Handwritten: Motion denied. SO ORDERED. JSDJ 4-11-08]*

                                                  Brian Burke pro-se
                                                  145 East 23rd Street
                                                  New York, NY 10010
                                                  (212) 614-8515
                                                  briantburke@gmail.com