**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------X

BRIAN BURKE : Docket #07 Civ. 9933 (PKC)(DFE)
       Plaintiff :

       -against- : **SECOND MOTION**
: **FOR**
Solomon Acosta & Fascore/Great West & : **RECONSIDERATION**
MTA/NYC Transit Authority Et. Al. :
       Defendants, :
-----------------------------------------------X

    **PLEASE TAKE NOTICE,** upon the annexed Affirmation & Memorandum of Law & exhibits annexed hereto and all other pleadings, Plaintiff _____, Brian Burke, pro se, dated May 5, 2009, will move on **June 8, 2009,** before the Honorable P. Kevin Castel U.S. District Judge, at Daniel Patrick Moynihan Courthouse, 500 Pearl street, New York, NY 10007 or as soon thereafter as parties by counsel may be heard for an order pursuant to *Fed. R. Civ. P. 6, 11, 15, 59, 60, 62* and for reversal of April 23, 2009 Order in favor of Plaintiff, allowing Fourth Amended Complaint and/or stay, as per order of August 25, 2008, and for all other relief Court deems just and appropriate. All Rights Reserved Without Prejudice U.C.C. §1-308.

*I have carefully reconsidered my decision in view of Mr. Burke's second motion for reconsideration. Having done so, I adhere to my prior ruling.*

Brian Burke pro-se
145 East 23rd Street
New York, NY 10010
(212) 614-8515
briantburke@gmail.com

SO ORDERED.
/s/ _____, USDJ
5-11-09

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-09